IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RELATED DDJ

FILED
CLERK, U.S. DISTRICT COURT
5/14/21
CENTRAL DISTRICT OF CALIFORNIA
BY: CS  DEPUTY

CV21-4066-GW(DFM)

JAMES WHITE
Plaintiff

-V-

J SANCHEZ
CORRECTION OFFICER
DEFENDANT
ET·AL

Civil No:_____

Complaint For Damages

Civil Right Action

42. USC 1983...

Civil Rights Complaint

JAMES WHITE A.I5074
CALIFORNIA MEN'S COLONY
P. O. Box 8101
San Luis Obispo CA 93409

PRESENTED IN PRO SE...

James White A-I 5074
California Men's Colony
P. O. Box 8101
San Luis Obispo CA 93409

Presented In Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

James White
Plaintiff

- v -
J Sanchez
Correction Officer
In His Official and
Individual Capacity
Defendant

Case No: _____

Civil Rights

Complaint For Damages

This is a Civil Rights Action 42 USC 1983
Filed on The Behalf of James White at Prison
In The California Men's Colony State Penitentiary
Alleging Federal Rights Violation and Seeking Declaratory
and Compensatory and Punitive Damages

## Jurisdiction

(1) This is a civil action under 42 USC 1983...
This Court Has Jurisdiction under 28 USC 1343...
The Plaintiff Also invokes The Pendent

## Jurisdiction of The Court

(2) The matter of controversy exceed The Sum or Value of 10,000 Exclusive of Interest And Cost.

## Party

(3) During All Times Herein Mentioned The Plaintiff James White was of majority Age, A Citizen of The United States And A Prisoner In The California Department of Correction In California Men's Colony State Penitentiary In The County of San Luis Obispo...

(4) During All Times Herein Mentioned The Defendant were Acting under color of Authority Law Usages of The State of California Department of Corrections In San Luis Obispo Penitentiary System...

(5) THE DEFENDANT IS BEING SUED IN OFFICIAL CAPACITY AND IN HIS INDIVIDUAL CAPACITY...

(6) DURING ALL TIMES HEREIN MENTIONED THE EMPLOYER OF THE DEFENDANT IS/WAS THE CALIFORNIA DEPARTMENT OF CORRECTIONS ALL ACTS AND OMISSIONS PERFORMED BY THE DEFENDANT ARE I WERE BEING DONE UNDER CALIFORNIA LAW.

(7) EVERY REFERENCE IN THIS COMPLAINT TO DEFENDANT J SANCHEZ IS TO BE READ AND REFERRED TO AS THE DEPARTMENT OF CORRECTION REHABILITATION INMATE APPEALS AN GRIEVANCES SYSTEM IN CALIFORNIA MEN'S COLONY.

(8) EVERY REFERENCE IN THIS COMPLAINT TO THE DEFENDANT IS TO BE READ TO REFER TO THE DEFENDANT UNLESS OTHERWISE REQUIRED...

## STATEMENT OF FACTS

(9) ON April 10, 2020 PLAINTIFF LEARNED AT APPROXIMATELY 12:30 HRS HE'S BEING ACCUSED OF THE ACT OF INCITING A RIOT AT THE CALIFORNIA MEN'S COLONY IN THE FACILITY C DINER.

(10) ON April 10, 2020 PLAINTIFF ALSO LEARNED THRU STAFF HIS PROPERTY WAS BEING PACKED FROM HIS CELL 6159 BY OFFICER J SANCHEZ.

(11) AT Approximately 2:30pm On April 10, 2020 Officer J. Sanchez approached the Hold cage Plaintiff was currently awaiting in with a CDCR 1083 Dated 4-10-20 Plaintiff couldn't Inventory the 1083 in Detail Before the officer J Sanchez stated sign the form or loss all your Property. Plaintiff sign.

(12) On 5-8-20 Officer J Sanchez inventoried Plaintiff's Personal Property Stating He consolidated Plaintiff's Property a action taken not Pursuant to an established state Procedure and Isolated Action That Do Not comply with state Practice Title 15 3191 (C) 1-5.

(13) On 5-8-20 Officer J Sanchez showed-up At Plaintiff's Cell ASU 4291 Asking Plaintiff To Sign a New 1083 Plaintiff Refused on 5-8-20. Officer J Sanchez Also Had in His Hand (2) Two Property Search Receipt/Notice CMC-214 of the Confiscation of Property under Authority of a Prison Administrative Directive was not Random and unAuthorized But "Suborn".

(14) Plaintiff initially attempted To Recover His Stolen/Theft By Conversion 6 Boxes of Legal Paper & Books And other missing Personal Property (See) Claimant Grievance Claims Decision Response Dated 8-25-2020 Through the inmate Grievance Procedure, But was unsuccessful.

(15) PLAINTIFF DUE PROCESS RIGHT AN ACTION FOR CONVERSION ALLEGES THAT THE DEFENDANT OFFICER J SANCHEZ HAS WITHOUT AUTHORIZATION DEPRIVED THE PLAINTIFF OF PERSONAL PROPERTY EITHER PERMANENTLY OR INDEFINITELY DESTROYED THESE LEGAL DOCUMENT IN RETALIATION FOR LAWSUITS CASE# 19-15793 SEE EXHIBIT ALSO CASE No: 21-02357-GW(DFM) AND GRIEVANCES FIRST AMENDMENT, FOURTEENTH AMENDMENT SEE EXHIBIT FOR RECEIPT OF CORRESPONDENCE CASE Number 55129 OFFICE OF THE Ombudsman.

(16) DEFENDANT CORRECTIONAL OFFICER J SANCHEZ ACTS AN Omissions

(1) DELIBERATE INDIFFERENCE

(2) CRUEL AND UNUSUAL PUNISHMENT

(3) DEPRIVATION OF LEGAL DOCUMENTS FOR Pending CASE

(4) VIOLATION OF STATE g FEDERAL LAW

(17) DEFENDANT CORRECTIONAL OFFICER J SANCHEZ ACTS AN Omissions NOT UNDERSTANDING THE SEVERITY OF PLAINTIFF'S LEGAL MATERIAL LEGAL BOOK, LEGAL CASE DENIED HIS ACCESS TO THE COURTS VARIOUS STATUES, COURT RULES FEDERAL PROCEDURES MATERIALS WHICH ARE PARAMOUNT TO PROCEED.

(18) DEFENDANT CORRECTIONAL OFFICER J SANCHEZ _Acts_ AND _Omissions_ DESTROYED MATERIALS RELATED TO PENDING LAWSUIT. PLAINTIFF A PRO SE LITIGANT IGNORANT TO THE LAW MUST USUALLY PLEAD SPECIFIC PREJUDICE TO STATE A CLAIM, SUCH AS by ALLEGING THAT HE MISSED COURT DEADLINES COVID-19 ALSO PLAYED A PART GETTING TO THE LAW LIBRARY. BUT ESSENTIAL MATERIALS INTENTIONALLY CONFISCATED DENIED REASONABLE ACCESS TO COURT.

(19) DEFENDANT CORRECTIONAL OFFICER J SANCHEZ Acts AND Omissions IN PART...

(1) DELIBERATE INDIFFERENCE

(2) CRUEL AND UNUSUAL PUNISHMENT

(3) DEPRIVATIONS CONCERNING LEGAL PROPERTY ETC.

(4) VIOLATION OF STATE & FEDERAL LAW

(20) DEFENDANT CORRECTIONAL OFFICER J SANCHEZ ACTS AND Omissions VIOLATED DEPARTMENT PROCEDURES TITLE 15 3191(c) Dom SECTION 54030.10.2 LEGAL MATERIAL _Also_ Dom SECTION 64030.12.2 PROCESSING DISAPPROVED PROPERTY "_SAYS_" AN I _QUOTE_ INMATES SHALL SIGN THE CDCR FORM 1083 INDICATING THEIR CHOICE OF DISPOSITION AND AGREEMENT TO THE METHOD FOR DISPOSING OF THEIR PROPERTY CLEARLY A CONSPIRACY TO RETALIATE AGAINST THE PLAINTIFF FOR FILING GRIEVANCE & LAWSUIT SEE WRIT OF HABEAS CORPUS PENDING IN COUNTY OF SAN LUIS OBISPO SUPERIOR COURT CASE # 21 HC-0095

(21) AN Administrative Remedy must have some Procedures To Be Considered Adequate the 3rd Level Review when Reviewing Associate Director Howard Moseley Response He never made ANY mention About the Second 1083 Dated 5-8-20 or the FACT why Correctional officer J Sanchez Filled-out (2) TWO Property Search Receipt/Notices 5-8-20 Destroying or stole (THEFT By CONVERSION) said items impounded with His OWN Signature Stating the Fact... Code of Silence the Administration Here at CMC Validate and Legitimize Prejudicial Behavior By Exercising the Blue Code of Silence with Nepotism To Justify the Behavior

(22) The Plaintiff Believes the Conduct of The Defendant Has Caused Some Permanent mental Stress And Plaintiff Loss His Pending Legal Case # 19-15793 For the Ninth Circuit These General Damages Exceed the Amount of 10,000 ......

*** Claim For Relief ***
First Cause of Action

(23) The Plaintiff James White Restates And Realleges Paragraphs #1 Thru #22.

(28) IN Concluding Upon Correctional Officer J Sanchez Deciding The Seized Property was contraband Plaintiff must have some opportunity to contest it. This cover-up By This Administration Here at the California men's colony continue to insist however that there will be and need be no procedure By which an inmate can Question the taking of property on an Officer's pronouncement that it is Contraband.

(29) Declare That The Defendant Correctional Officer J Sanchez Confiscation of a Particular Item is "improper" The inmate has an adequate remedy in a common law action for "Reverter" or "Conversion" as well as a constitutional action under the 1st First 5th Fifth and 14th Fourteenth Amendments.

## Claim For Relief
## Second Claim Of Action

(30) The Plaintiff James White states and realleges Paragraph #1 Thru #22

(31) The action of the Defendant in Paragraph #1 Thru #22 Denied the Plaintiff His Rights To Access the Courts According To State & Federal Laws.

(24) THE ACTIONS OF THE DEFENDANT IN PARAGRAPHS #1 THRU #22 DENIED PLAINTIFF HIS CONSTITUTIONAL DUE PROCESS THE DEFENDANT ACTED UNDER COLOR OF STATE LAW PURSUANT TO AN ESTABLISHED STATE PROCEDURE TITLE 15 3190(B) 3191(E) 1-5 TITLE 15 3193(B) ACTIONS THAT DO NOT COMPLY WITH AN UNAUTHORIZED ACT BY A STATE EMPLOYEE.

(25) THESE CONSTITUTIONAL RIGHTS WERE/ARE VIOLATED BY THIS DEFENDANT.

(26) THE FAILURE TO FOLLOW SOME OR ALL THESE PROCEDURES RESULTED IN A FINDING THAT THE CALIFORNIA MEN'S COLONY DOES NOT PROVIDE A MEANINGFUL POST-DEPRIVATION REMEDY FOR MISCONDUCT BY PRISON OFFICIALS ACTION FOR CONVERSION OR DETINUE.

***Relief Sought***
DECLARATORY AND INJUNCTIVE

(27) DECLARE THAT CORRECTIONAL OFFICER J SANCHEZ AND THE CALIFORNIA MEN'S COLONY ADMINISTRATION OFFICIALS SHOULD NOT BE IN A POSITION TO DECIDE FEDERAL AND STATE LAWS BARRING ANY OPPORTUNITY FOR PLAINTIFF TO SEND SEIZE PROPERTY HOME OR DONATE IT THE DEFENDANT ASSERTION OF POWER TO TAKE PROPERTY WITHOUT DUE PROCESS OF LAW.

(32) THis ACTION OF THE DEFENDANT IN PARAGRAPH #1 THRU #22 HAVE CAUSED THE PLAINTIFF TO SUFFER MENTAL AND EMOTIONAL STRESS, STRAIN AND DURESS CAUSING ANXIETY SLEEPLESSNESS AND MENTAL HEALTH SET-BACKS IN CORRECTIONAL CliNiCAl CASE MANAGEMENT (CCCMS) HEALTH CARE SERViCES.

(33) THis TREATMENT AND LACK THEREOF IS INHUME FOR A GROWiNG CONSCiOUS SOCiETY, AND is BEYOND SHOCKING TO PlAINTiFF UNACCEPTABLE TO ANOTHER CITIZEN OF THE UNiTED STATES OF AMERICA INCARCERATED OR NOT.

Relief

WHEREFORE THE PLAINTIFF REQUEST THAT THis HONORABLE COURT ORDER THE CASE TO TRIAL WERE A JURY CAN Hold AN AdjudiCATiON TO DETERMINE if PlAINTiFF SHould RECEiVE COMPENSATORY DAMAGES FROM DEFENDANT:

CORRECTIONAL J SANCHEZ IN His OFFiCiAl AND IN His INDiVidual CAPACiTY IN THE AMOUNT OF $50,000

DATED

RESPECTFullY SUBMITTED
James White #AI3074
IN-PRO SE

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                          GAVIN NEWSOM, GOVERNOR

**OFFICE OF THE OMBUDSMAN**

1515 S Street, Sacramento, CA  95811
P.O. Box 942883
Sacramento, CA 94283-0001

April 28, 2021

J. White, AI5074
CMC, A1-1169
P.O. Box 8101
San Luis Obispo, CA  93409

Subject:  **RECEIPT OF CORRESPONDENCE, (CASE NUMBER 55129)**

Your letter dated 3/16/2021 to the Office of the Ombudsman has been received.  Due to the high volume of inquiries received, the Ombudsman cannot intervene in all individual cases.  However, please note that the Office monitors all correspondence to identify systemic issues, which is a critical element of the Ombudsman's role as a liaison between institutions and Headquarters, and as a policy advisor for the Administration.

☒ Your recent letter to the Office of the Ombudsman was received and based on a review of your letter and of the appropriate policies and procedures relevant to your concerns, the Ombudsman has determined that:  Our Office does not conduct 'investigations'. The Office of Appeals is experiencing an extreme backlog.  If you do not receive a timely response to your Third Level Appeal(s), you can consider your administrative remedies to be exhausted and can move forward with the Courts if you so choose.  A lack of response from Third Level Appeals does not prevent you from seeking resolve from outside agencies.

A review the Third Level appeals, resulted in the below information regarding seven of the *many* appeal log numbers you provided in your letter.  You are encouraged to write to the Office of Appeals for any further status updates or responses to any other appeal log numbers.  Our Office does not process appeals.

CMC-19-03462 was closed by the Office of Legal Affairs on 4/30/2020.  Administrative remedies exhausted.
CMC-20-00149 was denied at Second Level on 12/3/2020.  Never logged as received into Third Level.
CMC-20-00435 was cancelled at the Second Level on 3/10/2020. Never logged as received into Third Level.
CMC-20-00746 was denied at the Second Level on 4/8/2020. Never logged as received into Third Level.
CMC-20-00944 was accepted at Third Level, had a due date of 8/26/2020, but has yet to be closed. Administrative remedies exhausted.
CMC-20-01023 was accepted at Third Level.  Closed on 8/12/2020.  Revert to Second Level response. No Third Level review.  Administrative remedies exhausted.

Page 2,  White, case # 55129

CMC-20-01110 was accepted at Third Level, had a due date of 9/14/2020, but has yet to be closed.  Administrative remedies exhausted.

☐ A review of the information you provided indicates that you have not exhausted your administrative remedies to resolve your issue and/or staff complaint.  In accordance with CCR, Title 15 § 3481, a claimant has the ability to submit a written grievance containing one or more claims, subject to the requirements in section 3482, to dispute a policy, decision, action, condition, or omission by the Department or departmental staff that causes some measurable harm to their health, safety, or welfare.  Please file a grievance to resolve this matter.  If you would like to send a copy, this Office can monitor your grievance for a timely and accurate response.  Please note:  this Office does not process grievances, nor does contacting this Office extend your timeframe for filing a grievance.

☐ An inquiry relative to your issue has been forwarded to the appropriate staff for review.

☐ No review will be conducted.  This issue is outside of the scope of this Office.

Thank you for contacting the Office of the Ombudsman.

P. Shellberg
Office of the Ombudsman

# EXHIBIT COVER PAGE



EXHIBIT

Description of Exhibit _____

_____

_____

_____

_____

_____

Number of pages to this Exhibit: ___ pages.

JURISICTION: (Mark only one)

\_\_ Municipal Court
\_\_ Superior Court
\_\_ State Supreme Court
\_\_ United States District Court
\_\_State Circuit Court
\_\_ United States Supreme Court
\_\_ Grand Jury

STATE OF CALIFORNIA
INMATE PROPERTY INVENTORY
CDCR 1083 (Rev. 05/16)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page1 of 1

NAME: WHITE    CDCR#: AI-5074    INSTITUTION: CMC-E    DATE: 4-10-

REASON FOR INVENTORY: ASV PIACEMENT    SENT TO: ASV    # OF BOXES: 7    # OF BAGS: 3

### Personal Clothing
- ☑ Athletic Shorts — 3
- ☐ Athletic Supporter
- ☑ Briefs / Boxers — 1
- ☑ Hats and Caps — 2
- ☐ Head Band
- ☐ Rain Coat / Poncho
- ☐ Shoelaces
- ☑ Shower Shoes — 2
- ☐ Slippers / House Shoes
- ☑ Socks — 1
- ☑ Sweat Pants — 4
- ☐ Sweat Shirts
- ☐ Tennis Shoes:
- ☑ Thermal Tops — 9
- ☐ Thermal Bottoms
- ☑ Undershirts — 2
- ☑ Wave Caps — 1

### Female Specific
- ☐ Brassieres
- ☐ Pajama / Nightgown
- ☐ Panties
- ☐ Personal Jeans
- ☐ Robe
- ☐ Sandals:
- ☐ Scarf
- ☐ Walking Shoes:

### Personal Care/Hygiene
- ☐ After Shave
- ☑ Body Powder — 2
- ☐ Comb/Hair Pick
- ☐ Cosmetic / Shave Bag
- ☐ Cotton Swabs
- ☐ Denture Adhesive
- ☐ Denture Cleanser
- ☑ Dental Flossers / Gliders — 1
- ☐ Depilatory's (Magic Shave
- ☑ Deodorant — 2
- ☐ Face Cream (Noxzema)
- ☐ Conditioner
- ☑ Hair Oil / Grease — 1
- ☐ Hair Ties
- ☐ Insect Repellant
- ☐ Laundry Detergent
- ☐ Laundry Soap Bar
- ☐ Lip Balm
- ☑ Lotions / Baby Oil — 5
- ☑ Medication /Over Counter — 12
- ☐ Mirror
- ☑ Mouth Wash — 1
- ☐ Muscle / Vapor Rub
- ☑ Nail Clipper — 1
- ☐ Palm Brush / Comb
- ☐ Perm Curl / Relax Kit
- ☐ Perm Wave Kit
- ☐ Perm Wave Rods
- ☐ Petroleum Jelly
- ☐ Razors, Disposable
- ☐ Shampoo
- ☐ Shaving Cream / Gel
- ☑ Soap Bars — 8
- ☐ Soap liquid-body wash/dish
- ☐ Sunblock
- ☑ Toothbrush — 7
- ☑ Toothbrush Holder — 1
- ☑ Toothpaste / Powder — 4
- ☑ Wash Cloths — 2

### Female Specific
- ☐ Bath Towel
- ☐ Blush
- ☐ Brush
- ☐ Cotton Balls
- ☐ Douche
- ☐ Emery Board
- ☐ Eyebrow Pencil / Eyeliner
- ☐ Eye Shadow Kit
- ☐ Fabric Softener
- ☐ Facial Astringent
- ☐ Facial Cleanser
- ☐ Feminine Hygiene Wash
- ☐ Foundation
- ☐ Hair Clips / Scrunches
- ☐ Hair Sprays
- ☐ Hair Rollers
- ☐ Lip gloss / Liner / Lipstick
- ☐ Mascara
- ☐ Pumice Stone
- ☐ Shower Bag
- ☐ Shower Cap
- ☐ Shower Puffs / Loofah
- ☐ Tweezers

### Food
- ☐ Artificial Sweetener
- ☐ Beverages
- ☐ Candy: Bags ___ Bars
- ☑ Canned Food — 2
- ☑ Cereals — 4
- ☐ Cheese
- ☐ Chips / Taco Shells
- ☐ Cocoa
- ☐ Cookies
- ☐ Coffee
- ☑ Condiments — 21
- ☐ Crackers
- ☐ Creamer
- ☐ Dry Mix Drinks
- ☑ Food Pouches — 18
- ☑ Supplements — 12Js
- ☑ Meats, Dry — 4
- ☐ Snack Items
- ☐ Nuts
- ☐ Peanut Butter
- ☑ Precooked Foods — 7
- ☐ Protein Supplements
- ☑ Soups / Noodles — 22
- ☐ Tea (Instant or Bags)
- ☐ Vitamins
- ☐ Dried Fruit/Veg (Female)

### Miscellaneous Items
- ☐ Address Book
- ☐ Audio Cassettes
- ☑ Ballpoint Pens — 7
- ☐ Battery Recharger
- ☑ Batteries — 6
- ☐ Books / Magazines / Newspapers
- ☑ Bowl — 5
- ☐ Calendar
- ☐ Can Opener
- ☐ Card Stock / Drawing
- ☐ Chalk / Pastels
- ☐ Clock
- ☐ Combination Lock
- ☑ Compact Discs — 10

### Correspondence Course — MISC
- ☐ Ear Plugs
- ☐ Envelopes
- ☐ Envelopes, Metered
- ☑ Extension Cord — 1
- ☐ Greeting Cards
- ☐ Handkerchiefs/Bandannas
- ☑ Legal Material — MISC
- ☐ Legal Pads / Tablets
- ☑ Legal Size Folders Etc. — MISC
- ☐ Light Bulb
- ☐ Pencils
- ☐ Pencil Eraser
- ☐ Pencil Sharpener
- ☐ Photos, Loose
- ☐ Photo Albums
- ☐ Reading Glasses
  (Non-prescription - magnifying glasses)
- ☐ Stamps
- ☐ Stationery
- ☐ Sun Glasses
- ☐ Storage Container
- ☑ Tumbler / Cups — 3
- ☐ Wallet

### Female Specific
- ☐ Antenna Wire (CIW only)
- ☐ Clothes Pins
- ☐ Eyeglass Repair Kit
- ☐ Footlocker (CIW only)
- ☐ Hangers
- ☐ Immersion Heater
- ☐ Umbrella (CIW only)

### Games
- ☐ Cards ☐ Checkers ☐ Chess
- ☐ Dominoes ☐ Scrabble
- ☐ Uno (Female Only)

### Religious Items
- ☐ Altar Cloth
- ☐ Head Band Bead
- ☐ Wrist Band bead
- ☐ Choker Bead
- ☐ Beading Materials: _____
- ☐ Bowl/Chalice ___ ☐ Chalk ___
- ☐ Religious Medallion & Chain
  Color ____ Material ____
- ☐ Devotional Scapular
- ☐ Dream Catcher
- ☐ Feathers
- ☐ Head Gear ___ ☐ Medicine Bag
- ☐ Miswak ___ ☐ Powders ___
- ☐ Prayer Beads ☐ Prayer Oil ___
- ☐ Prayer / Holy cards / Photos ___
- ☐ Prayer Rug/Mat ☐ Prayer Shawl
- ☐ Rune Tiles ☐ Sea Salt ___
- ☐ Stones ___ ☐ Tallit Katan/Tsitsit
- ☐ Tarot / Rune Cards ☐ Wand
- ☐ Tefillin / Phylacteries _____
- ☐ Herbs: _____

### Registerable Property
- ☐ Audio Entertainment Appliance
  ☐ AM/FM ☑ CD ☐ Cassette
  Make: AMPD
  S/N: 51161
- ☐ Calculator: _____
- ☐ CD Wallet
- ☐ Ear Buds / Headphones
  Make: _____
- ☐ Fan: _____
- ☑ Hair Clipper / Trimmer
  ☐ A/C ☑ Battery
  Make: NORELCO
- ☐ Handicraft: _____
- ☑ Hot Pot: BUSHY CREEK
- ☐ Lamp/Book Light
  ☐ A/C ☐ Battery
  Make: _____
- ☐ Musical Instrument: ☐ String
  Make: _____
  S/N: _____
- ☐ Razor / Groomer
  Make: _____
  ☐ A/C ☐ Battery
- ☑ Wedding Ring (CRACKED)
  ☑ White Metal ☐ Yellow Metal
  Stones ☐ Yes ☐ No
- ☑ Television: ☐ B&W ☐ Color
  ☐ With CD player ☐ With Radio
  Tested: ☑ Works ☐ Doesn't Work
  Make: CLEARTUNES
  S/N: n/a
- ☐ Electronic Tablet
  Make: _____
  S/N: _____
- ☐ MP3
  Make: _____
  S/N: _____
- ☐ Adapter ☐ Coaxial Cable
  ☐ Splitter ☐ Digital Antenna
- ☐ Typewriter
  ☐ Manual ☐ A/C ☐ Battery
  Make: _____
  S/N: _____
- ☑ Watch: ☑ Wrist ☐ Pocket
  Make: UNLISTED Color SILVER/PINK
- ☑ Battery Charger
  Make: AC DELCO

### Female Specific
- ☐ Chain / Necklace / Bracelet
  ☐ White Metal ☐ Yellow Metal
- ☐ Curling / Flat / Straightening Iron
  Make: _____
- ☐ Earrings: _____
- ☐ Hair Dryer
  Make: _____
- ☐ Hair Rollers
  Make: _____
- ☐ Pressing Comb
  Make: _____

Health Care Appliances

☐ With this signature, I agree that the above listed property is the extent of ALL my property.

_Signature_    AI5074    4-10-20
Inmate Signature (upon Inventory)    CDC #    Date

☐ With this signature, I am receiving the property as marked on this inventory sheet.

_____    _____    _____
Inmate Signature (upon Inventory)    CDC #    Date

☐ Property Inventoried by: _____    4-10-20
J. SANCHEZ
Staff Name (Print & Signature)    Date

☐ Property Received by: _____
_____    _____
Staff Name (Print & Signature)    Date

☐ Property Issued to Inmate by: _____
_____    _____
Staff Name (Print & Signature - upon Inventory)    Date

### Additional Items
KNEE BRACE
ORTHO BOOTS
ORTHO INSOLE

DISTRIBUTION • Original: R&R, Copies: Inventory Officer, Inmate. Retained in Property being Shipped/Transported

# EXHIBIT COVER PAGE



EXHIBIT

Description of Exhibit _____

_____

_____

_____

_____

_____

Number of pages to this Exhibit: _____ pages.

JURISICTION: (Mark only one)

    __ Municipal Court
    __ Superior Court
    __ State Supreme Court
    __ United States District Court
    __ State Circuit Court
    __ United States Supreme Court
    __ Grand Jury

STATE OF CALIFORNIA
**RIGHTS AND RESPONSIBILITY STATEMENT**
CDCR 1858 (Rev. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer]  **FOR ANY IMPROPER POLICE**  [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY.  CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED |  |
|---|---|---|---|
| JAMES WHITE | James White | 7-8-20 | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
| JAMES WHITE | James White | AI5074 | 7-8-20 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| | IAB USE ONLY | Institution/Parole Region | Log # | Category |
|---|---|---|---|---|
| | | | | |
| | | FOR STAFF USE ONLY | | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.          WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| WHITE   JAMES | A-I5074 | C 6272 | |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

CITIZENS Complaint FOR EMOTIONAl STRESS, AND THEFT By CONVERSION / RETALIATION

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): THE DEFENDANT OFFICER
J SANCHEZ CONFISCATED/STOLE THEFT By CONVERSION PenAl Code 8325 VARIOUS BOXES OF LEGAl DOCUMENTS, SEVERAl LEGAl Books POCKET BlACK LAW DICTIONARY GEORGETOWN JOURNAl PRISONER HANdBOOK 2018 CEB 2017 PETITIONER HAS AN ACTIVE CASE PENDing #1: 12-CV-00917 (BAM) SEE

B. Action requested (If you need more space, use Section B of the CDCR 602-A): THIS CITIZEN COMPLAINT INJUSTICE RETAliATION THEFT By CONVERSION PenAl Code 832.5 BE REFERRED TO THE OFFICE OF INTERNAl AFFAIRS DEPUTY CROWDing IN THE SACRAMENTO OFFICE FOR A COMPLETE INVESTIGATION CAUSE OFFICER J SANCHEZ STOLE MY LEGAl DOCUMENTS / Books HINDERING

Supporting Documents: Refer to CCR 3084.3.

☑ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

(1) FORM 22       (7) PACKAGE RECEIPT Slip OF STOLEN PROPERTY
(1) VERIFICATION OF PENDING ACTIVE ONE # 19-15793    (3) 1083   (2) PROPERTY SEARCH Slips

☐ No, I have not attached any supporting documents. Reason :_____

Inmate/Parolee Signature: _James White_     Date Submitted: 7-8-20

[ ] By placing my initials in this box, I waive my right to receive an interview.

JUL 09 2020

**CMC APPEALS OFFICE**

STAFF USE ONLY

---

**C. First Level - Staff Use Only**        Staff – Check One: Is CDCR 602-A Attached?   ☐ Yes   ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction)  Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
    (Print Name)

Reviewer: _____ Title: _____ Signature: _____
    (Print Name)

Date received by AC: _____

| | AC Use Only |
|---|---|
| | Date mailed/delivered to appellant ____/____/____ |

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Installation/Parole Region | Log # | Category |
|---|---|---|---|
| | | | |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| WHITE James | AI5074 | C-6272 | |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** ATTAched Document PERMANENTly OR indEFinitely DESTROYED in RETAliATION FOR LAWSUIT AND GRIEVANCES AGAINST CMC STAFF UNDER THE AUTHORITY OF PRISON administrative DIRECTIVE, THIS IS BlATANTly UNCONSTITUTIONAL JEPRIVATION OF PROPERTY WITHOUT DUE PROCESS OF LAW, THESE Procedures ARE DESIGNED TO PREVENT improPER DEPRIVATION OF PROPERTY PETITIONER HAD BEEN PREVIOUSLY BEEN PERMITTED VIOLATES A STATE STATUE. THE FAILURE TO FOLLOW DUE PROCESS REQUIREMENT WAS VIOLATED TITLE 15 3190(B).3191(C) 3191(C)(1-5) TITLE 15 3193(B) PRISON OFFICIALS EMPLOYEE J. SANCHEZ UNLAWFULLY STOLE KROSS CL/20's AC DEICO BATTERY CHARGER AdApTOR(4) AC DEICO AAA BATTERIES (4) AC DEICO AA BATTERIES (1) F AdAPTOR 90 DEGREE (1) BOOSTAROO AmplIFIER (10) CD'S (1) SPLITTER (1) RElIGIOUS Rock NECKlace (2) 6" NON-COILED HEAdPHONE EXT/W mini YACK SEE AlSO (2) PROPERTY SEARCH/NOTICE SlipS multiple ITEMS TAKEN. BUT WHEN PETITIONER is AFFORDED THE OPPORTUNITY TO POSSESS PROPERTY THEY ENJOY A PROTECTED INTEREST IN THAT PROPERTY THAT CANNOT BE INFRINGED WITHOUT DUE PROCESS O'CONNER.V.KELLER 510 F SUPP 1359 (1981) THIS REPLEVIN ACT BY PRISON OFFICIAL J.SANCHEZ WILLFULLY EXERTED CONTROL OVER PETITIONER PERSONAL PROPERTY IN A MANNER INCONSISTENT WITH PETITIONER RIGHTS TO THE PROPERTY PRISON AUTHORITY CREATED A BAILMENT WHEN THEY TOOK POSSESSION OF THE PETITIONER PERSONAL PROPERTY WHEN MOVING HIM TO ASU HOUSING UNIT. THIS CITIZEN COMPLAINT/FIRST AMENDMENT THEFT BY CONVERSION AN A RETALIATION complAINT FOR THE CONSTANT RETALIATORY ACTS BY CMC PROMINENT STAFF A VIOLATION OF TITLE 15 3084.1 No REPRISAL

Inmate/Parolee Signature: *James white*        Date Submitted: 7-8-20

JUL 09 2020
CMC APPEALS OFFICE

STAFF USE ONLY

**B. Continuation of CDCR 602, Section B only (Action requested):** PETITIONER MEANINGFUL ACCESS TO THE COURTS TO FURTHER CHALLENGE VIOLATIONS OF CONSTITUTIONAL RIGHTS GIVES RISE TO AN INFERENCE OF NEGLIGENCE TO OBSTRUCT OR DENY ACCESS TO COURT (2) THAT THIS MISUSE OF GOVERNMENTAL POWER CAN NOT BE NORMALIZED WITH THIS CONTINUED RETALIATION AGAINST PETITIONER (3) PETITIONER BE REIMBURST FOR All THE STOLEN ITEMS AN A EXPLANATION FOR STOLEN LEGAL MATERIAL PERTAINING TO HIS PENDING LAWSUIT AN multiple GRIEVANCES AGAINST CMC STAFF (4) A LETTER OF INSTRUCTION (LOI) BE ISSUED TO All STAFF, THAT RESPONDENTS RECEIVE 2-5 HOURS OF IN SERVICE TRAINING (IST) AND AN INSTRUCTIONAL MEMORANDUM BE ISSUED TO All STAFF (5) INTERNAL AFFAIRS LOOK INTO THIS INVESTIGATION FOR CRIMINAL CHARGES TO BE PRESSED CAUSE OFFICER J SANCHEZ STOLE my PERSONAL PROPERTY SEE All EXHIBITS OF PROPERTY RECEIPTS DECLARATION - I THE PETITIONER DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT All OF THE FACTS STATED IN SECTION (A) OF THIS APPEAL ARE TRUE AND CORRECT EXECUTED ON 7-8-20 AT CALIFORNIA MEN'S Colony IN SAN Luis Obispo CA    All RightS RESERVE

Inmate/Parolee Signature: *James white*        Date Submitted: 7-8-20

# EXHIBIT COVER PAGE

EXHIBIT

Description of Exhibit _____

_____

_____

_____

_____

_____

Number of pages to this Exhibit: _____ pages.

JURISICTION: (Mark only one)

___ Municipal Court
___ Superior Court
___ State Supreme Court
___ United States District Court
___State Circuit Court
___ United States Supreme Court
___ Grand Jury



CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

**Offender Name:** WHITE, JAMES EVERTT
**CDC#:** AI5074

**Date:** 08/25/2020

**Current Location:** CMC-Facility A

**Current Area/Bed:** A 001 3 - 308001L

**Log #:** 000000014302

## Claim #: 001

**Institution/Parole Region of Origin:** California Men's Colony
**Housing Area/Parole Unit of Origin:**
**Category:** Offender Resources

**Facility/Parole District of Origin:** CMC-Facility C

**Sub-Category:** Property

### I. CLAIM

You claim after being placed in the Administrative Segregation Unit (ASU) Officer J. Sanchez inventoried your property. You allege Officer Sanchez stole your legal documents as well as the personal property outlined within your grievance.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

California Code Of Regulations (CCR) Title 15, Section 3193(b) Liability California Men's Colony (CMC) Department of Corrections Operations Manual (DOM) Supplement 54030.6 Liability

#### B. DOCUMENTS CONSIDERED

CDCR Form 602-1 Form Log # 014302CDCR 1083 Inmate Property Inventory Form Dated April 10, 2020, and May 08, 2020CDC 143 Property Transfer Receipt Dated May 09, 2020 and June 19, 2020CMC 160 Inmate Property Control CardCMC Property Search Receipt/Notice Dated May 08, 2020Access Securepak Packing Slip Dated November 11, 2016, June 20, 2017 and January 03, 2020Access Securepak invoice# 3043872 Dated February 13, 2013Court Document Case Number: 19-15793

### III. REASONING AND DECISION

In your grievances you state Officer Sanchez stole your legal materials, KROSS CL 20's Headphones, Ac Delco battery charger, four (4) AAA batteries, (4) Ac Delco AA Batteries, one(1) F Adaptor 90 Degree, (1)Boostaroo Amplifier, ten (10) compact disks, (1) splitter, (1) religious rock necklaces, two (2) six inch non-coiled headphone extension with mini jack. However, CMC Department of Corrections Operations Manual (DOM) Supplement 54030.6 Liability states "The inmate's property shall be immediately searched and inventoried. The inmate shall then sign the CDCR 1083. To which you did sign on April 10, 2020 stating "With this signature, I agree that the above listed property is the extent of all my property." The CDCR 1083 form dated April 10, 2020 you submitted does not have following property noted, (4) AAA batteries, (4) Ac Delco AA Batteries, one (1) F Adaptor 90 Degree, (1) Boostaroo Amplifier, ten (1) splitter, (1) religious rock necklaces, two (2) six inch non-coiled headphone extension with mini jack. Therefore, CDCR is not liable for the items which are on your packing slips for your packages, but were not in your property at the time of your placement into ASU. As for your legal materials, Officer Sanchez states all legal material was already in boxes and added to your 1083. Officer Sanchez did not remove any of your legal material and it was trans-packed in original state. During the fact finding inquiry it was discovered you summited a false document. While reviewing all documents you submitted the fact finder discovered packing slip identification number 3500473090-A, did not belong to you. This further leads the fact finder to believe you attempted to compromise the fact finding inquiry to your favor which gives even more credibility staff accurately inventoried and trans-packed your property.Therefore, based on the totality of circumstances, your grievances is disapproved.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| D. Samuel [SADA023] | CDW | 08/24/2020 |

# EXHIBIT COVER PAGE



EXHIBIT

Description of Exhibit _PETITIONER WHITE'S EQUITABLE TOLLING IN PROGRESS, PETITIONER WHITE'S PETITION CURRENTLY CONSISTS OF (6) IN THE CALIFORNIA SUPREME COURT_

Number of pages to this Exhibit: _55_ pages.

JURISICTION: (Mark only one)

__ Municipal Court
__ Superior Court
__ State Supreme Court
_x_ United States District Court
__ State Circuit Court
__ United States Supreme Court
__ Grand Jury

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| **STAFF USE ONLY** | Appeal #:_____ Date Received:_____ |
| | Date Due:_____ |
| | Categories:_____ |
| | Grievance #:_____ |

Claimant Name: __JAMES WHITE__    CDCR #: __AI 5074__

Current Housing/Parole Unit: __CMC 1169__    Institution/Facility/Parole Region: __CMC 1169__

REC BY OOA

☐ There are no claims that can be appealed.

☐ The following claims cannot be appealed:

OCT 05 2020

Claim #s: __14302__
THEFT BY CONVERSION BY OFFICER J SANCHEZ OF LEGAL PROPERTY
AND EVERYTHING ELSE IN THIS CITIZEN Complaint PENAL CODE 832.5 832.7

_This is the process to appeal the decision made regarding a claim that is not listed above._

Claim #: __14302__

Explain the reason for your appeal of any claims not listed above. Be as specific as you can.

I am dissatisfied with the response I was given because THIS Appeal is To challenge & confront THIS staff's Action which Pertains To THE LOSS THEFT OR DESTRUCTION OF PROPERTY RATHER Improper inventories Defective Receipts and missing legal property Redress-able ACTION FOR DETINUE TRESPASS To chattel an CONVERSION. Before Proceeding TO THE merits THE INSTANT controversy surrounds cmc DEPARTMENT Policy THAT enable Officer BENAVIDEZ THE Employer standard coming From Facility D-yard carrying out THE SERGEANT OR LIEUTENANT Responsibility interviewing Inmate WHITE in This Grievance Procedure on Aug 15 2020 in exercises considerable Independent Judgment to Adopt and Apply THE Guidelines To specific situations FOR THE DEFENDANT J SANCHEZ illegal Actions 42 USC 1985 To Redress Deprivation of THE Equal Protection of THE Law which has been caused by THE conspiracy of Two or more persons. Where the Rights of Prisoners are Affected ET SS incumbent upon THE Department of Correction To Follow THEIR own Procedure TITLE 15-3191(e) THE Appeals Process Is seriously FLAWED Inclerical internally inconsistent they never Addressed anything About THE 1083 11-2-16 THAT HAS LOSS of 20's As Well As Inmate Property card To say THE LOST. on 4-10-20 1083 not Inventoried 6 legal Books

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below: All Documents ARE Enclosed

DISTRIBUTION    Original: Claimant's File    Copies: DAI, DAPO, and Claimant

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

Claim #: 14,302 Logff

Explain the reason for your appeal. Be as specific as you can.

I am dissatisfied with the response I was given because (cont) I acknowledge an everything from Inmate Property Receipt Dated 5-8-20. J Sanchez had Already examined Inmate White cell filled-out A incomplete 1083 on 4-10-20 fast forward to 1083 unsigned and property stored receipt in no way justifies taking and destroying noncontraband legal property a violation of Dom 54030.12.2 & Dom 54100 there is no evidence in the instant case J Sanchez or any staff at CMC allowing inmate white to sign the CDCR Form 1083 indicating this choice of disposition and agreement to the method for disposing of his property Dom 54030.12.2 the defendants are guilty of retaliatory conduct in violation of the Fourteenth Amendment these substantive constitutional rights affirmatively protect white right to possess the material in question free from state interference with the courts. the Department of corrections staff at CMC conclusive presumption that all conduct by prison guards is reasonable is supported by nothing more than its idiosyncratic view of the imperatives of prison administration a view shared by prison administrators throughout. This is a blatantly unconstitutional deprivation of property without due process of law in retaliation of the First Amendment an Fourteenth Amendment rights. This Dicta supports petitioner position that the institution in this case at CMC based upon the evidence or lack thereof fit the quoted language. Officer Sanchez thought I was being transferred out of CMC an the retaliatory conduct he justified.

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

All Documents Are Enclosed

Reminder: Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

Claimant Signature: James White

Date Signed: 9-24-20

MAIL TO:

Office of Appeals
Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento, CA 95811



CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT APPEAL CLAIMS DECISION RESPONSE

**Re:**  Appeal Claims Decision Response

**Offender Name:**  WHITE, JAMES EVERTT

**CDC#:** AI5074

**Current Location:**  CMC-Facility A

**Date:**  12/05/2020

**Current Area/Bed:** A  001 1 - 169001U

**Log #:**  000000014302

---

**Claim #   001**

**Institution/Parole Region of Origin:** California Men's Colony

**Facility/Parole District of Origin:**  CMC-Facility C

**Housing Area/Parole Unit of Origin:**

**Category:**  Offender Resources

**Sub-Category:**  Property

### I. ISSUE ON APPEAL

Appellant contends that upon placement into Administrative Segregation Unit, staff inventoried your property and stole legal documents in addition to personal property.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, section 3190, 3193, 3481

#### B. DOCUMENTS CONSIDERED

Grievance/Appeal Log #143021083-Inmate Property Inventory dated April 10, 20201083-Inmate Property Inventory dated May 8, 2020Inmate Property Card CDCR #AI5074

### III. REASONING AND DECISION

Title 15, section 3193 specifies that the department shall accept liability for the loss or destruction of inmate personal property when it is established that such loss or destruction results from employee action. The Inmate Property Inventory Form 1083 dated April 10, 2020, was signed by the appellant upon receipt of the packaged property as inventoried on April 10, 2020. This signature is to confirm that the listed property is the extent of the inmate's property, and there are no discrepancies noted. The items appellant claimed as missing upon transfer to Administrative Segregation were not demonstrated to be in appellant's possession. The response by the Office of Grievances' was proper, therefore this claim is denied.

### IV. REMEDY

Your claim has been denied. Therefore, there is no applicable remedy.

**Decision: Denied**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is denied. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Chief | 12/04/2020 |

# EXHIBIT COVER PAGE



EXHIBIT

Description of Exhibit _____

_____

_____

_____

_____

_____

_____

Number of pages to this Exhibit: _____ pages.

JURISICTION: (Mark only one)

\_\_ Municipal Court
\_\_ Superior Court
\_\_ State Supreme Court
\_\_ United States District Court
\_\_State Circuit Court
\_\_ United States Supreme Court
\_\_ Grand Jury

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 12/02/2019 at 12:29:23 PM PST and filed on 12/02/2019

**Case Name:**    James White v. Mark Pazin, et al
**Case Number:**  19-15793

**Docket Text:**
Streamlined request [15] by Appellee County of Merced to extend time to file the brief is approved. Streamlined requests allow for a 30 day extension of time to file the brief. Amended briefing schedule: Appellee County of Merced answering brief due 01/13/2020. The optional reply brief is due 21 days from the date of service of the answering brief. [11517316] (Nidorf, Jennifer)

**Notice will be electronically mailed to:**

Mr. Roger S. Matzkind

**Case participants listed below will not receive this electronic notice:**

James E. White
#AI5074
CMC - CALIFORNIA MEN'S COLONY
P.O. Box 8103
San Luis Obispo, CA 93409

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 11517316
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 14162164, 14161671

# EXHIBIT COVER PAGE



**EXHIBIT**

Description of Exhibit _PETITIONER WAITED EQUITABLE TOLLING_

_IN PROCESS, PETITIONER WAITED PETITION SUPPORTED DOCUMENTS UPON_

_THE CALIFORNIA SUPREME COURT_

Number of pages to this Exhibit: ___55___ pages.

JURISICTION: (Mark only one)

___ Municipal Court

___ Superior Court

___ State Supreme Court

_X_ United States District Court

___ State Circuit Court

___ United States Supreme Court

___ Grand Jury

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| WHite | James | AI5074 | James White |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| C-6272 | | HOURS FROM_____ TO_____ | |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☐ SENT THROUGH MAIL:  ADDRESSED TO:_____    DATE MAILED: _____

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| | | | (CIRCLE ONE)    YES      NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| J SANCHEZ | 6-18-20 | (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

# EXHIBIT COVER PAGE $\boxed{A}$

EXHIBIT

Description of this Exhibit:

*ORDER GRANTING PETITIONER'S MOTION TO AMEND THE PETITION*

Number of pages to this Exhibit: __4__ pages.

JURISDICTION: (Check only one)

- ☐ Municipal Court
- ☐ Superior Court
- ☐ Appellate Court
- ☐ State Supreme Court
- ☒ United States District Court
- ☐ State Circuit Court
- ☐ United States Supreme Court
- ☐ Grand Jury

Approved for
use with
Judicial
Council forms
Jan 1, 1997

## California Men's Colony
## Property Search Receipt/Notice

In accordance with California Code of Regulations, Title 15, § 3287(4) this notice is being issued to you due to a search having been done on your cell.

Date: 5-8-20  Occupant: WHITE  CDCR#: AI5074  Facility: C  Building/Dorm: 6  Cell/Bed: 159

Occupant: _____  CDCR#: _____  Facility: _____  Building/Dorm: _____  Cell/Bed: _____

| Quantity | Item(s) Impounded | Personal/State | | Reason* | | | | Disposition** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BLACK/GREEN GLOVES | (P) | S | A | (U) | E | D | (A) | B | C | D |
| 1 | TENNIS SHOES (NIKE) | (P) | S | A | (U) | E | D | (A) | B | C | D |
| 1 | TV ANNTENA | (P) | S | A | (U) | E | D | (A) | B | C | D |
|  |  | P | S | A | U | E | D | A | B | C | D |
|  |  | P | S | A | U | E | D | A | B | C | D |
|  |  | P | S | A | U | E | D | A | B | C | D |

Breach of Security–Follow up Action/Comments. ***

Inspecting Officer(s)  J. SANCHEZ
Print Name

Signature

*Reason:     A = Altered     U = Unauthorized     E = Excess     D = Dangerous
**Disposition:   A = Disposed of per Title 15, §3191(c)     B = Turned over to R & R     C = Secured as evidence     D = Other (explain in Comments section)
***Any breach of security will be noted in this area and what follow-up action will be taken, i.e. work order or disciplinary (128A/115).

White: **Inmate**     Yellow: **Program Sergeant**

CMC-214 (6/16) DTP

Case 2:21-cv-04066-GW-DFM    Document 1    Filed 05/14/21    Page 33 of 54    Page ID #:33

# California Men's Colony
## Property Search Receipt/Notice

In accordance with California Code of Regulations, Title 15, § 3287(4) this notice is being issued to you due to a search having been done on your cell.

Date: 5-8-20   Occupant: WHITE   CDCR#: AI 5074   Facility: C   Building/Dorm: G   Cell/Bed: 159

Occupant: _____   CDCR#: _____   Facility: ___   Building/Dorm: _____   Cell/Bed: _____

| Quantity | Item(s) Impounded | Personal/State | | Reason* | | | | Disposition** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Cups | Ⓟ | S | A | U | Ⓔ | D | Ⓐ | B | C | D |
| 3 | Bowls | Ⓟ | S | A | U | Ⓔ | D | Ⓐ | B | C | D |
| 2 | Athleate Shorts | Ⓟ | S | A | U | Ⓔ | D | Ⓐ | B | C | D |
| 1 | Sweat top | Ⓟ | S | A | U | Ⓔ | D | Ⓐ | B | C | D |
| 1 | Ortho Boots | P | Ⓢ | A | Ⓤ | E | D | Ⓐ | B | C | D |
| 6 | Boxes of legal Paperwork | Ⓟ | S | A | U | Ⓔ | D | A | B | C | D |

**Breach of Security—Follow up Action/Comments. ***

Inspecting Officer(s) _____

                    Print Name                                      Signature

*Reason:       A = Altered       U = Unauthorized       E = Excess       D = Dangerous
**Disposition:   A = Disposed of per Title 15, §3191(c)       B = Turned over to R & R       C = Secured as evidence       D = Other (explain in Comments section)
***Any breach of security will be noted in this area and what follow-up action will be taken, i.e. work order or disciplinary (128A/115).

CMC-214 (6/16) DTP                              White: **Inmate**     Yellow: **Program Sergeant**

# EXHIBIT COVER PAGE



**EXHIBIT**

Description of Exhibit _ORDER OF THIS COURT GRANTING MOTION TO STAY petition FOR WRIT OF Habeas Corpus_

Number of pages to this Exhibit: _6_ pages.

JURISICTION: (Mark only one)

___ Municipal Court
___ Superior Court
___ State Supreme Court
_X_ United States District Court
___ State Circuit Court
___ United States Supreme Court
___ Grand Jury

CDCR 1083 (Rev. 05/16)

Page1 of 1

NAME: White    CDCR#: AI5074    INSTITUTION: CMC-East    DATE: 11-2-16

REASON FOR INVENTORY: New Arrival - ISP    SENT TO: _____  # OF BOXES: _____  # OF BAGS: _____

## Personal Clothing
- ☒ Athletic Shorts — 2
- ☐ Athletic Supporter —
- ☐ Briefs / Boxers —
- ☒ Hats and Caps — 1
- ☐ Head Band —
- ☐ Rain Coat / Poncho —
- ☐ Shoelaces —
- ☒ Shower Shoes — 1
- ☐ Slippers / House Shoes —
- ☒ Socks — 1
- ☒ Sweat Pants — 1
- ☒ Sweat Shirts — 1
- ☐ Tennis Shoes: _____
- ☒ Thermal Tops — 2
- ☒ Thermal Bottoms — 1
- ☒ Undershirts — 3
- ☒ Wave Caps — 1

### Female Specific
- ☐ Brassieres —
- ☐ Pajama / Nightgown —
- ☐ Panties —
- ☐ Personal Jeans —
- ☐ Robe —
- ☐ Sandals: _____
- ☐ Scarf —
- ☐ Walking Shoes: _____

## Personal Care/Hygiene
- ☐ After Shave —
- ☒ Body Powder — 2
- ☒ Comb/Hair Pick — 1
- ☐ Cosmetic / Shave Bag —
- ☐ Cotton Swabs —
- ☐ Denture Adhesive —
- ☐ Denture Cleanser —
- ☐ Dental Flossers / Gliders —
- ☐ Depilatory's (Magic Shave
- ☒ Deodorant — 3
- ☒ Face Cream (Noxzema) — 1
- ☐ Conditioner —
- ☒ Hair Oil / Grease — 2
- ☐ Hair Ties —
- ☐ Insect Repellant —
- ☒ Laundry Detergent — 3
- ☐ Laundry Soap Bar —
- ☒ Lip Balm — 4
- ☒ Lotions / Baby Oil — 1
- ☒ Medication /Over Counter — X
- ☐ Mirror —
- ☐ Mouth Wash —
- ☐ Muscle / Vapor Rub —
- ☐ Nail Clipper —
- ☐ Palm Brush / Comb —
- ☐ Perm Curl / Relax Kit —
- ☐ Perm Wave Kit —
- ☐ Perm Wave Rods —
- ☐ Petroleum Jelly —
- ☐ Razors, Disposable —
- ☒ Shampoo — 1
- ☐ Shaving Cream / Gel —
- ☒ Soap Bars — 6
- ☐ Soap liquid-body wash/dish _____
- ☐ Sunblock —
- ☒ Toothbrush — 1
- ☒ Toothbrush Holder — 1
- ☒ Toothpaste / Powder — 2
- ☒ Wash Cloths — 2

## Female Specific
- ☐ Bath Towel —
- ☐ Blush —
- ☐ Brush —
- ☐ Cotton Balls —
- ☐ Douche —
- ☐ Emery Board —
- ☐ Eyebrow Pencil / Eyeliner —
- ☐ Eye Shadow Kit —
- ☐ Fabric Softener —
- ☐ Facial Astringent —
- ☐ Facial Cleanser —
- ☐ Feminine Hygiene Wash —
- ☐ Foundation —
- ☐ Hair Clips / Scrunches —
- ☐ Hair Sprays —
- ☐ Hair Rollers —
- ☐ Lip gloss / Liner / Lipstick —
- ☐ Mascara —
- ☐ Pumice Stone —
- ☐ Shower Bag —
- ☐ Shower Cap —
- ☐ Shower Puffs / Loofah —
- ☐ Tweezers —

## Food
- ☐ Artificial Sweetener —
- ☐ Beverages —
- ☐ Candy: Bags ___ Bars —
- ☐ Canned Food —
- ☒ Cereals — 1
- ☐ Cheese —
- ☐ Chips / Taco Shells —
- ☐ Cocoa —
- ☐ Cookies —
- ☐ Coffee —
- ☐ Condiments —
- ☐ Crackers —
- ☐ Creamer —
- ☐ Dry Mix Drinks —
- ☒ Food Pouches — 2
- ☐ Supplements —
- ☒ Meats, Dry — 1
- ☐ Snack Items —
- ☐ Nuts —
- ☐ Peanut Butter —
- ☒ Precooked Foods — 2
- ☐ Protein Supplements —
- ☒ Soups / Noodles — X
- ☐ Tea (Instant or Bags) —
- ☐ Vitamins —
- ☐ Dried Fruit/Veg (Female) —

## Miscellaneous Items
- ☐ Address Book —
- ☐ Audio Cassettes —
- ☐ Ballpoint Pens —
- ☐ Battery Recharger —
- ☐ Batteries —
- ☒ Books / Magazines / Newspapers — 6
- ☐ Bowl —
- ☐ Calendar —
- ☐ Can Opener —
- ☐ Card Stock / Drawing —
- ☐ Chalk / Pastels —
- ☐ Clock —
- ☐ Combination Lock —
- ☒ Compact Discs — 10

- ☐ Correspondence Course —
- ☐ Ear Plugs —
- ☐ Envelopes —
- ☐ Envelopes, Metered —
- ☒ Extension Cord Yellow — 1
- ☐ Greeting Cards —
- ☐ Handkerchiefs/Bandannas —
- ☒ Legal Material — X
- ☐ Legal Pads / Tablets —
- ☐ Legal Size Folders Etc —
- ☐ Light Bulb —
- ☒ Pencils — X
- ☐ Pencil Eraser —
- ☐ Pencil Sharpener —
- ☐ Photos, Loose —
- ☐ Photo Albums —
- ☐ Reading Glasses —
  (Non-prescription - magnifying glasses)
- ☐ Stamps —
- ☐ Stationery —
- ☒ Sun Glasses — 1
- ☐ Storage Container —
- ☒ Tumbler / Cups — 2
- ☐ Wallet —

### Female Specific
- ☐ Antenna Wire (CIW only) —
- ☐ Clothes Pins —
- ☐ Eyeglass Repair Kit —
- ☐ Footlocker (CIW only) —
- ☐ Hangers —
- ☐ Immersion Heater —
- ☐ Umbrella (CIW only) —

## Games
- ☐ Cards  ☐ Checkers  ☐ Chess
- ☐ Dominoes  ☐ Scrabble
- ☐ Uno (Female Only)

## Religious items
- ☐ Altar Cloth
- ☐ Head Band Bead
- ☐ Wrist Band bead
- ☐ Choker Bead
- ☐ Beading Materials: _____
- ☐ Bowl/Chalice ___ ☐ Chalk ___
- ☐ Religious Medallion & Chain
  Color _____ Material _____
- ☐ Devotional Scapular
- ☐ Dream Catcher
- ☐ Feathers
- ☐ Head Gear ___ ☐ Medicine Bag
- ☐ Miswak ___ ☐ Powders ___
- ☐ Prayer Beads ☐ Prayer Oil ___
- ☐ Prayer / Holy cards / Photos ___
- ☐ Prayer Rug/Mat  ☐ Prayer Shawl
- ☐ Rune Tiles  ☐ Sea Salt ___
- ☐ Stones ___ ☐ Tallit Katan/Tsitsit
- ☐ Tarot / Rune Cards  ☐ Wand
- ☐ Tefillin / Phylacteries _____
- ☐ Herbs: _____

## Registerable Property
- ☒ Audio Entertainment Appliance
  ☐ AM/FM  ☐ CD  ☐ Cassette
  Make: AMPD
  S/N: NO #
- ☐ Calculator: _____
- ☐ CD Wallet
- ☒ Ear Buds / Headphones
  Make: Koss cL/20
- ☐ Fan: _____
- ☐ Hair Clipper / Trimmer
  ☐ A/C  ☒ Battery
  Make: Novelco
- ☐ Handicraft: _____
- ☒ Hot Pot: Br. Creek
- ☐ Lamp/Book Light
  ☐ A/C  ☐ Battery
  Make: _____
- ☐ Musical Instrument: ☐ String
  Make: _____
  S/N: _____
- ☐ Razor / Groomer
  Make: _____
  ☐ A/C  ☐ Battery
- ☐ Wedding Ring
  ☐ White Metal  ☐ Yellow Metal
  Stones  ☐ Yes  ☐ No
- ☒ Television: ☐ B&W  ☒ Color
  ☐ With CD player  ☐ With Radio
  Tested: ☒ Works  ☐ Doesn't Work
  Make: Konchris
  S/N: 0144
- ☐ Electronic Tablet
  Make: _____
  S/N: _____
- ☐ MP3
  Make: _____
  S/N: _____
- ☐ Adapter  ☒ Coaxial Cable
  ☒ Splitter  ☐ Digital Antenna
- ☐ Typewriter
  ☐ Manual  ☐ A/C  ☐ Battery
  Make: _____
  S/N: _____
- ☐ Watch: ☐ Wrist ☐ Pocket
  Make: _____ Color _____
- ☒ Battery Charger
  Make: AC Delco

### Female Specific
- ☐ Chain / Necklace / Bracelet
  ☐ White Metal  ☐ Yellow Metal
- ☐ Curling / Flat / Straightening Iron
  Make: _____
- ☐ Earrings: _____
- ☐ Hair Dryer
  Make: _____
- ☐ Hair Rollers
  Make: _____
- ☐ Pressing Comb
  Make: _____

Health Care Appliances

---

☐ With this signature, I agree that the above listed property is the extent of ALL my property.

Inmate Signature (upon inventory) _____  CDC # _____  Date _____

☒ With this signature, I am receiving the property as marked on this inventory sheet.

Inmate Signature (upon inventory) _____  AI5074  CDC # _____  11-2-16  Date

☐ Property Inventoried by:

Staff Name (Print & Signature) _____  Date _____

☐ Property Received by:

Staff Name (Print & Signature) _____  Date _____

☐ Property Issued to inmate by:

Staff Name (Print & Signature - upon inventory) _____  Date _____

## Additional Items
1-Rock Necklace, Personal Papers,
1-RX Glasses, Soap dish

Confiscated: Massey Fan, Sony AM/FM
Walkman, Ext. Cord (No Breaker)

Donated X _____

DISTRIBUTION — Original: R&R.  Copies: Inventory Officer, Inmate. Retained in Property being Shipped/Transported

# EXHIBIT COVER PAGE

D.

EXHIBIT

Description of Exhibit UNITED STATES DISTRICT COURT OF EASTERN DISTRICT OF CALIFORNIA, GRANTING PETITIONER WHITE, EQUITABLE TOLLING TO EXHASTING 6 FEDERAL CLAIMS OF MERIT

Number of pages to this Exhibit: __6.__ pages.

JURISICTION: (Mark only one)

__ Municipal Court
__ Superior Court
X State Supreme Court
__ United States District Court
__ State Circuit Court
__ United States Supreme Court
__ Grand Jury

STATE OF CALIFORNIA
INMATE PROPERTY INVENTORY
CDCR 1083 (Rev. 05/16)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

NAME: __WHITE__    CDCR#: __AI 5074__   INSTITUTION: __CMC-E__   DATE: __5-8-20__

REASON FOR INVENTORY: __ASU Placement__   SENT TO: __ASU__   # OF BOXES: __3__   # OF BAGS: ____

## Personal Clothing

| Item | Qty |
|---|---|
| ☑ Athletic Shorts | 2 |
| ☐ Athletic Supporter | |
| ☑ Briefs / Boxers | 1 |
| ☑ Hats and Caps | 2 |
| ☐ Head Band | |
| ☐ Rain Coat / Poncho | |
| ☐ Shoelaces | |
| ☑ Shower Shoes | 1 |
| ☐ Slippers / House Shoes | |
| ☑ Socks | 2 |
| ☑ Sweat Pants | 2 |
| ☑ Sweat Shirts | 2 |
| ☐ Tennis Shoes: | |
| ☑ Thermal Tops | 2 |
| ☑ Thermal Bottoms | 2 |
| ☑ Undershirts | 5 |
| ☐ Wave Caps | |

### Female Specific

| Item | Qty |
|---|---|
| ☐ Brassieres | |
| ☐ Pajama / Nightgown | |
| ☐ Panties | |
| ☐ Personal Jeans | |
| ☐ Robe | |
| ☐ Sandals: | |
| ☐ Scarf | |
| ☐ Walking Shoes: | |

## Personal Care/Hygiene

| Item | Qty |
|---|---|
| ☐ After Shave | |
| ☑ Body Powder | 2 |
| ☐ Comb/Hair Pick | |
| ☑ Cosmetic / Shave Bag | 1 |
| ☐ Cotton Swabs | |
| ☐ Denture Adhesive | |
| ☐ Denture Cleanser | |
| ☑ Dental Flossers / Gliders | 1 |
| ☐ Depilatory's (Magic Shave | |
| ☑ Deodorant | 2 |
| ☐ Face Cream (Noxzema) | |
| ☐ Conditioner | |
| ☑ Hair Oil / Grease | 1 |
| ☐ Hair Ties | |
| ☐ Insect Repellant | |
| ☐ Laundry Detergent | |
| ☐ Laundry Soap Bar | |
| ☐ Lip Balm | |
| ☑ Lotions / Baby Oil | 3 |
| ☑ Medication /Over Counter | 12 |
| ☐ Mirror | |
| ☑ Mouth Wash | 1 |
| ☐ Muscle / Vapor Rub | |
| ☑ Nail Clipper | 1 |
| ☑ Pain Brush / Comb | 1 |
| ☐ Perm Curl / Relax Kit | |
| ☐ Perm Wave Kit | |
| ☐ Perm Wave Rods | |
| ☐ Petroleum Jelly | |
| ☐ Razors, Disposable | |
| ☐ Shampoo | |
| ☐ Shaving Cream / Gel | |
| ☑ Soap Bars | 4 |
| ☑ Soap liquid-body wash/dish | 4 |
| ☐ Sunblock | |
| ☑ Toothbrush | 3 |
| ☑ Toothbrush Holder | 1 |
| ☑ Toothpaste / Powder | 4 |
| ☑ Wash Cloths | 2 |

## Female Specific

| Item | Qty |
|---|---|
| ☐ Bath Towel | |
| ☐ Blush | |
| ☐ Brush | |
| ☐ Cotton Balls | |
| ☐ Douche | |
| ☐ Emery Board | |
| ☐ Eyebrow Pencil / Eyeliner | |
| ☐ Eye Shadow Kit | |
| ☐ Fabric Softener | |
| ☐ Facial Astringent | |
| ☐ Facial Cleanser | |
| ☐ Feminine Hygiene Wash | |
| ☐ Foundation | |
| ☐ Hair Clips / Scrunchies | |
| ☐ Hair Sprays | |
| ☐ Hair Rollers | |
| ☐ Lip gloss / Liner / Lipstick | |
| ☐ Mascara | |
| ☐ Pumice Stone | |
| ☐ Shower Bag | |
| ☐ Shower Cap | |
| ☐ Shower Puffs / Loofah | |
| ☐ Tweezers | |

## Food

| Item | Qty |
|---|---|
| ☐ Artificial Sweetener | |
| ☐ Beverages | |
| ☐ Candy: Bags ___ Bars | |
| ☑ Canned Food | 2 |
| ☑ Cereals | 4 |
| ☐ Cheese | |
| ☐ Chips / Taco Shells | |
| ☐ Cocoa | |
| ☐ Cookies | |
| ☐ Coffee | |
| ☑ Condiments | 20 |
| ☐ Crackers | |
| ☐ Creamer | |
| ☐ Dry Mix Drinks | |
| ☑ Food Pouches | 12 |
| ☐ Supplements | |
| ☑ Meals, Dry | 4 |
| ☐ Snack Items | |
| ☐ Nuts | |
| ☐ Peanut Butter | |
| ☑ Precooked Foods | 7 |
| ☐ Protein Supplements | |
| ☑ Soups / Noodles | 22 |
| ☐ Tea (instant or Bags) | |
| ☐ Vitamins | |
| ☐ Dried Fruit/Veg (Female) | |

## Miscellaneous Items

| Item | Qty |
|---|---|
| ☐ Address Book | |
| ☐ Audio Cassettes | |
| ☐ Ballpoint Pens | |
| ☐ Battery Recharger | |
| ☑ Batteries | |
| ☑ Books / Magazines / Newspapers | 6 |
| ☑ Bowl | 2 |
| ☐ Calendar | |
| ☐ Can Opener | |
| ☐ Card Stock / Drawing | |
| ☐ Chalk / Pastels | |
| ☐ Clock | |
| ☐ Combination Lock | |
| ☑ Compact Discs | 10 |

| Item | Qty |
|---|---|
| ☐ Correspondence Course | |
| ☐ Ear Plugs | |
| ☐ Envelopes | |
| ☐ Envelopes, Metered | |
| ☑ Extension Cord | 1 |
| ☐ Greeting Cards | |
| ☐ Handkerchiefs/Bandannas | |
| ☐ Legal Material | |
| ☐ Legal Pads / Tablets | |
| ☐ Legal Size Folders Etc. | |
| ☐ Light Bulb | |
| ☐ Pencils | |
| ☐ Pencil Eraser | |
| ☐ Pencil Sharpener | |
| ☑ Photos, Loose | 5 |
| ☐ Photo Albums | |
| ☐ Reading Glasses (Non-prescription - magnifying glasses) | |
| ☐ Stamps | |
| ☐ Stationery | |
| ☑ Sun Glasses | 1 |
| ☑ Storage Container | 1 |
| ☑ Tumbler / Cups | 1 |
| ☐ Wallet | |

### Female Specific

| Item | Qty |
|---|---|
| ☐ Antenna Wire (CIW only) | |
| ☐ Clothes Pins | |
| ☐ Eyeglass Repair Kit | |
| ☐ Footlocker (CIW only) | |
| ☐ Hangers | |
| ☐ Immersion Heater | |
| ☐ Umbrella (CIW only) | |

### Games

☐ Cards   ☐ Checkers   ☐ Chess
☐ Dominoes   ☐ Scrabble
☐ Uno (Female Only)

### Religious Items

| Item | Qty |
|---|---|
| ☐ Altar Cloth | |
| ☐ Head Band Bead | |
| ☐ Wrist Band bead | |
| ☐ Choker Bead | |
| ☐ Beading Materials: | |
| ☐ Bowl/Chalice___ ☐ Chalk___ | |
| ☐ Religious Medallion & Chain Color_____ Material_____ | |
| ☐ Devotional Scapular | |
| ☐ Dream Catcher | |
| ☐ Feathers | |
| ☐ Head Gear ___ ☐ Medicine Bag | |
| ☐ Miswak ____ ☐ Powders ____ | |
| ☐ Prayer Beads ☐ Prayer Oil___ | |
| ☐ Prayer / Holy cards / Photos___ | |
| ☐ Prayer Rug/Mat ☐ Prayer Shawl | |
| ☐ Rune Tiles ☐ Sea Salt _____ | |
| ☐ Stones____ ☐ Tefit Katan/Tsitsit | |
| ☐ Tarot / Rune Cards   ☐ Wand | |
| ☐ Tefillin / Phylacteries _____ | |
| ☐ Herbs:_____ | |

## Registerable Property

☑ Audio Entertainment Appliance
· ☐ AM/FM   ☑ CD   ☐ Cassette
Make: __AM PV__
S/N: __5162__

☐ Calculator: _____
☐ CD Wallet
☐ Ear Buds / Headphones
Make: _____
☐ Fan: _____
☑ Hair Clipper / Trimmer
☐ A/C   ☑ Battery
Make: __Norelco__
☐ Handicraft: _____

☑ Hot Pot: __Bushy Creek__
☐ Lamp/Book Light
☐ A/C   ☐ Battery
Make: _____
☐ Musical Instrument:   ☐ String
Make: _____
S/N: _____
☐ Razor / Groomer
Make: _____
☐ A/C   ☐ Battery
☑ Wedding Ring   covered
☑ White Metal  ☐ Yellow Metal
Stones   ☐ Yes   ☐ No
☑ Television:  ☐ B&W   ☐ Color
☐ With CD player ☐ With Radio
Tested:  ☐ Works   ☐ Doesn't Work
Make: __Clear tunes__
S/N: __N/A__
☐ Electronic Tablet
Make: _____
S/N: _____
☐ MP3
Make: _____
S/N: _____
☐ Adapter  ☐ Coaxial Cable
☐ Splitter   ☐ Digital Antenna
☐ Typewriter
☐ Manual ☐ A/C ☐ Battery
Make: _____
S/N: _____
☑ Watch:  ☑ Wrist ☐ Pocket
Make: __Unlisted__  Color __Silver/Pewter__
☑ Battery Charger
Make: __AC belero__
### Female Specific
☐ Chain / Necklace / Bracelet
☐ White Metal  ☐ Yellow Metal
☐ Curling / Flat / Straightening Iron
Make: _____
☐ Earrings: _____
☐ Hair Dryer
Make: _____
☐ Hair Rollers
Make: _____
☐ Pressing Comb
Make: _____
Health Care Appliances

☐ With this signature, I agree that the above listed property is the extent of ALL my property.

Inmate Signature (upon Inventory) _____ CDC # _____ Date _____

☐ With this signature, I am receiving the property as marked on this Inventory sheet.

Inmate Signature (upon inventory) _____ · CDC # _____ Date _____

☐ Property Inventoried by: __J. Sancher__ _____ __5-8-20__
Staff Name (Print & Signature) _____ Date

☐ Property Received by: _____
Staff Name (Print & Signature) _____ Date

☐ Property Issued to Inmate by: _____
Staff Name (Print & Signature - upon Inventory) _____ Date

## Additional Items

__in the in bles__

__Property inventory on 4-10-20__
__consolidated 5-8-20__

STATE OF CALIFORNIA
INMATE PROPERTY INVENTORY
CDCR 1083 (Rev. 06/10)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

NAME: WHITE   CDCR#: AZ 5074   INSTITUTION: CMC-E   DATE: 5-8-20

REASON FOR INVENTORY: ASU PlAcemeNT   SENT TO: ASCI   # OF BOXES: 8   # OF BAGS: ____

## Personal Clothing
- ☑ Athletic Shorts .... 2
- ☐ Athletic Supporter ....
- ☑ Briefs / Boxers .... 1
- ☑ Hats and Caps .... 2
- ☐ Head Band ....
- ☐ Rain Coat / Poncho ....
- ☐ Shoelaces ....
- ☑ Shower Shoes .... 1
- ☐ Slippers / House Shoes ..
- ☑ Socks .... 2
- ☑ Sweat Pants .... 2
- ☑ Sweat Shirts .... 2
- ☐ Tennis Shoes: ____
- ☑ Thermal Tops .... 2
- ☑ Thermal Bottoms .... 2
- ☑ Undershirts .... 5
- ☐ Wave Caps ....

### Female Specific
- ☐ Brassieres ....
- ☐ Pajama / Nightgown ....
- ☐ Panties ....
- ☐ Personal Items ....
- ☐ Robe ....
- ☐ Sandals: ____
- ☐ Scarf ....
- ☐ Walking Shoes: ____

## Personal Care/Hygiene
- ☐ After Shave ....
- ☑ Body Powder .... 2
- ☐ Comb/Hair Pick ....
- ☑ Cosmetic / Shave Bag .... 1
- ☐ Cotton Swabs ....
- ☐ Denture Adhesive ....
- ☐ Denture Cleanser ....
- ☑ Dental Flossers / Glides .... 1
- ☐ Depilatory's (Magic Shave)
- ☑ Deodorant .... 2
- ☐ Face Cream (Noxzema) ....
- ☐ Conditioner ....
- ☑ Hair Oil / Grease .... 1
- ☐ Hair Ties ....
- ☐ Insect Repellent ....
- ☐ Laundry Detergent ....
- ☐ Laundry Soap Bar ....
- ☐ Lip Balm ....
- ☑ Lotions / Baby Oil .... 3
- ☑ Medication /Over Counter .... 12
- ☐ Mirror ....
- ☑ Mouth Wash .... 1
- ☐ Muscle / Vapor Rub ....
- ☑ Nail Clipper .... 1
- ☑ Palm Brush / Comb .... 1
- ☐ Perm Curl / Relax Kit ....
- ☐ Perm Wave Kit ....
- ☐ Perm Wave Rods ....
- ☐ Petroleum Jelly ....
- ☐ Razors, Disposable ....
- ☐ Shampoo ....
- ☐ Shaving Cream / Gel ....
- ☑ Soap Bars .... 6
- ☑ Soap liquid-body wash/dish .... 4
- ☐ Sunblock ....
- ☑ Toothbrush .... 2
- ☑ Toothbrush Holder .... 1
- ☑ Toothpaste / Powder .... 4
- ☑ Wash Cloths .... 2

## Female Specific
- ☐ Bath Towel ....
- ☐ Blush ....
- ☐ Brush ....
- ☐ Cotton Balls ....
- ☐ Douche ....
- ☐ Emery Board ....
- ☐ Eyebrow Pencil / Eyeliner ....
- ☐ Eye Shadow Kit ....
- ☐ Fabric Softener ....
- ☐ Facial Astringent ....
- ☐ Facial Cleanser ....
- ☐ Feminine Hygiene Wash ....
- ☐ Foundation ....
- ☐ Hair Clips / Scrunchies ....
- ☐ Hair Sprays ....
- ☐ Hair Rollers ....
- ☐ Lip gloss / Liner / Lipstick ....
- ☐ Mascara ....
- ☐ Pumice Stone ....
- ☐ Shower Bag ....
- ☐ Shower Cap ....
- ☐ Shower Puffs / Loofah ....
- ☐ Tweezers ....

### Food
- ☐ Artificial Sweetener ....
- ☐ Beverages ....
- ☐ Candy: Bags ____ Bars ____
- ☑ Canned Food .... 2
- ☑ Cereals .... 4
- ☐ Cheese ....
- ☐ Chips / Taco Shells ....
- ☐ Cocoa ....
- ☐ Cookies ....
- ☐ Coffee ....
- ☑ Condiments .... 2-0
- ☐ Crackers ....
- ☐ Creamer ....
- ☐ Dry Mix Drinks ....
- ☑ Food Pouches .... 12
- ☐ Supplements ....
- ☑ Meats, Dry .... 14
- ☐ Snack Items ....
- ☐ Nuts ....
- ☐ Peanut Butter ....
- ☑ Precooked Foods .... 1
- ☐ Protein Supplements ....
- ☑ Soups / Noodles .... 22
- ☐ Tea (Instant or Bags) ....
- ☐ Vitamins ....
- ☐ Dried Fruit/Veg (Female) ....

### Miscellaneous Items
- ☐ Address Book ....
- ☐ Audio Cassettes ....
- ☐ Ballpoint Pens ....
- ☐ Battery Recharger ....
- ☑ Batteries .... 6
- ☑ Books / Magazines / Newspapers .... ____
- ☑ Bowl .... 2
- ☐ Calendar ....
- ☐ Can Opener ....
- ☐ Card Stock / Drawing ....
- ☐ Chalk / Pastels ....
- ☐ Clock ....
- ☐ Combination Lock ....
- ☑ Compact Discs .... 10

- ☐ Correspondence Course ....
- ☐ Ear Plugs ....
- ☐ Envelopes ....
- ☐ Envelopes, Metered ....
- ☑ Extension Cord .... 1
- ☐ Greeting Cards ....
- ☐ Handkerchief /Bandannas ....
- ☐ Legal Material ....
- ☐ Legal Pads / Tablets ....
- ☐ Legal Size Folders Etc ....
- ☐ Light Bulb ....
- ☐ Pencils ....
- ☐ Pencil Eraser ....
- ☐ Pencil Sharpener ....
- ☑ Photos, Loose .... 5
- ☐ Photo Albums ....
- ☐ Reading Glasses ....
  (Non-prescription - magnifying glasses)
- ☐ Stamps ....
- ☐ Stationery ....
- ☑ Sun Glasses .... 1
- ☑ Storage Container .... 1
- ☑ Tumbler / Cups .... 1
- ☐ Wallet ....

### Female Specific
- ☐ Antenna Wire (CIW only) ....
- ☐ Clothes Pins ....
- ☐ Eyeglass Repair Kit ....
- ☐ Footlocker (CIW only) ....
- ☐ Hangers ....
- ☐ Immersion Heater ....
- ☐ Umbrella (CIW only) ....

### Games
- ☐ Cards  ☐ Checkers  ☐ Chess
- ☐ Dominoes  ☐ Scrabble
- ☐ Uno (Female Only)

### Religious Items
- ☐ Altar Cloth
- ☐ Head Band Bead
- ☐ Wrist Band band
- ☐ Choker Band
- ☐ Beading Materials: ____
- ☐ Bowl/Chalice ____ ☐ Chalk ____
- ☐ Religious Medallion & Chain
  Color ____ Material ____
- ☐ Devotional Scapular
- ☐ Dream Catcher
- ☐ Feathers
- ☐ Hand Gear ____ ☐ Medicine Bag
- ☐ Miswak ____ ☐ Powders ____
- ☐ Prayer Beads ☐ Prayer Oil ____
- ☐ Prayer / Holy cards / Photos ____
- ☐ Prayer Rug/Mat ☐ Prayer Shawl
- ☐ Runa Tiles ☐ Sea Salt ____
- ☐ Stones ____ ☐ Tallit Katan/Tsitsit
- ☐ Tarot / Rune Cards ☐ Wand
- ☐ Tefillin / Phylacteries ____
- ☐ Herbs: ____

## Registerable Property
- ☑ Audio Entertainment Appliance
  ☐ AM/FM  ☑ CD  ☐ Cassette
  Make: AMP
  S/N: 5116
- ☐ Calculator: ____
- ☐ CD Wallet
- ☐ Ear Buds / Headphones
  Make: ____
- ☐ Fan: ____
- ☑ Hair Clipper / Trimmer
  ☐ A/C  ☑ Battery
  Make: Noreico
- ☐ Handicraft: ____
- ☑ Hot Pot: Beechy Creek
- ☐ Lamp/Book Light
  ☐ A/C  ☐ Battery
  Make: ____
- ☐ Musical Instrument: ☐ String
  Make: ____
  S/N: ____
- ☐ Razor / Groomer
  Make: ____
  ☐ A/C  ☐ Battery
- ☑ Wedding Ring  cRacked
  ☑ White Metal  ☐ Yellow Metal
  Stones ☐ Yes  ☐ No
- ☑ Television: ☐ B&W  ☐ Color
  ☐ With CD player ☐ With Radio
  Tested: ☐ Works  ☐ Doesn't Work
  Make: Clear tunes
  S/N: N/A
- ☐ Electronic Tablet
  Make: ____
  S/N: ____
- ☐ MP3
  Make: ____
  S/N: ____
- ☐ Adapter  ☐ Coaxial Cable
  ☐ Splitter  ☐ Digital Antenna
- ☐ Typewriter
  ☐ Manual ☐ A/C ☐ Battery
  Make: ____
  S/N: ____
- ☑ Watch: ☑ Wrist ☐ Pocket
  Make: Mistie  Color: Silver/pink
- ☑ Battery Charger
  Make: AC Delco

### Female Specific
- ☐ Chain / Necklace / Bracelet
  ☐ White Metal ☐ Yellow Metal
- ☐ Curling / Flat / Straightening Iron
  Make: ____
- ☐ Earrings: ____
- ☐ Hair Dryer
  Make: ____
- ☐ Hair Rollers
  Make: ____
- ☐ Pressing Comb
  Make: ____

### Health Care Appliances

☐ With this signature, I agree that the above listed property is the extent of ALL my property.

Inmate Signature (Upon Inventory) _____  CDC # _____  Date _____

☐ With this signature, I am receiving the property as marked on this inventory sheet.
Inmate Signature (upon Inventory) _____  CDC # AT5074  Date 6-19-20

☐ Property Inventoried by:
Staff Name (Print & Signature) _____  Date 5-8-20

☐ Property Received by:
Staff Name (Print & Signature) _____  Date _____

☐ Property Issued to Inmate by:
Gonzalez
Staff Name (Print & Signature - upon Inventory)  Date 6-19-20

### Additional Items
- Ortho Insoles
- PROPERTY INVENTORY ON 4-10-20 CONSOLIDATED 5-8-20
- 5 Boxes of legal work

DISTRIBUTION • Original: R&R.   Copies: Inventory Officer, Inmate, Retained in Property being Shipped/Transported

# EXHIBIT COVER PAGE



EXHIBIT

Description of Exhibit _____

_____

_____

_____

_____

_____

Number of pages to this Exhibit: _____ pages.

JURISICTION: (Mark only one)

    __ Municipal Court
    __ Superior Court
    __ State Supreme Court
    __ United States District Court
    __ State Circuit Court
    __ United States Supreme Court
    __ Grand Jury



**UNION SUPPLY Direct**

2301 E. Pacifica Place
Rancho Dominguez, CA 90220
Phone: 888-308-6466
Fax: 888-283-2987
www.UNIONSUPPLY.com

P.O. Box 9018,
Rancho Dominguez
CA 90224-9018
Phone: 888.308.6466

| | Number |
|---|---|
| 11/19/2012 | INV1745549 |

Page   1   of   1

| SLMN | CUSTOMER # | SALES ORDER | PICK TICKET # | SHIP VIA | PAYMENT METHOD | ORDER SOURCE |
|---|---|---|---|---|---|---|
| 403 | 00547444 | | PL1580496 | UPSG | CCD | Phone |

**BILL TO:**

**SHIP TO:**     **ATTENTION**

CORCORAN – CSP
CORCORAN
4001 KING AVENUE
QUARTERLY PACKAGE
CORCORAN, CA 93212

5639561592A/B

Special Notes No special notes.

| QTY ORD | QTY SHPD | ITEM # | DESCRIPTION | SIZE | U/M | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 4001111 | CLEAR TUNES CLEAR DIGITAL ANTENNA | | EA | 15.60 | 15.60 |
| 1 | 1 | 4020099 | KOSS CL-5 HEADPHONE 6FT CORD | | EA | 8.00 | 8.00 |
| 1 | 1 | 4001100 | COAXIAL CABLE CONNECTOR 2/PK | | PK | 2.80 | 2.80 |
| 1 | 1 | 4001058 | MALE COUPLERS 2/PK | | PK | 1.95 | 1.95 |
| 1 | 1 | 4001115 | CLEAR TUNES 6' RG6 SHIELDED COAX. CABLE W/GOLD QUICK CONNECT | | EA | 2.95 | 2.95 |
| 1 | 1 | 4001021 | 2-WAY SIGNAL SPLITTER | | EA | 3.25 | 3.25 |

Tracking#1Z60EW200394526984
Total Qty Shipped:   6

**Paid n Full**

| | |
|---|---|
| SUBTOTAL | 34.55 |
| SHIPPING & HANDLING | 5.00 |
| SALES TAX | 0.00 |
| TOTAL | 39.55 |

Print Invoice

Confirmation: 4596369



ACCESS SECUREPAK®

**INVOICE**

Access Securepak
10880 Lin Page Place
St. Louis, MO 63132
Phone: 1-800-546-6283

| **Date** | **Invoice #** |
|---|---|
| February 13, 2013 | 3043872 |

**Bill To:**

Dimitrez Harrison
1972 Clinton Rd. Apt. F
Macon, GA 31211 US
Phone: 4782625227
Email:
dimitrezharrison@yahoo.com

**Ship To:**

JAMES WHITE
Inmate#: AI5074
Tier: A
Block: 03A
Corcoran - CA State Prison PG A/B 2013 - 1st
4001 King Ave.
Corcoran, CA 93212

**Quarter:** 1

**Substitutions:** Yes

**Notes/Special Instructions:**

| Qty | Name | Price | Total |
|---|---|---|---|
| 2 | 826099 Speed Stick Power Anti-Perspirant - Energy Surge 3 oz. | 3.25 | 6.50 |
| 1 | 28377 Murray's 4 oz. Pomade | 2.60 | 2.60 |
| 1 | 822336 Power-Up® 2.5 oz. Clear A/P Deodorant - Drive | 2.65 | 2.65 |
| 2 | 826060 Aqua Fresh Toothpaste - Extra Clean Pure Breath 5.6 oz. | 4.95 | 9.90 |
| 1 | 824964 Degree 2.7 oz. Everest Invisible Stick | 7.15 | 7.15 |
| 2 | 28538 Denture Floss & Gum Stimulator | 1.30 | 2.60 |
| 2 | 28517 Chap-Et 1 oz. Lip Conditioner | 0.95 | 1.90 |
| 1 | 822377 New Day 13 oz. Bath & Shower Powder | 1.70 | 1.70 |
| 1 | 824954 Zest 18 oz. Tangerine Mango Body Wash | 6.00 | 6.00 |
| 1 | 824942 Elementz 3n1 - 15 oz. Coconut Lime Hair & Body Wash | 2.10 | 2.10 |
| 6 | 826061 Irish Spring Moisture Blast Soap 3.75 oz. (1 Bar) | 1.00 | 6.00 |
| 2 | 824150 Bowl with Lid 1.6 Quart Servin' Saver | 1.75 | 3.50 |
| 1 | 822604 Cross Strap Thongs | 1.50 | 1.50 |
| 1 | Size: Large- #822604 | | |
| 2 | 86462 Folgers 16 oz. Classic Roast Coffee Jar | 9.95 | 19.90 |
| 10 | 86388 Milky Way Simply Caramel Bar 1.91 oz. | 0.75 | 7.50 |
| 1 | 822950 Softee Bergamot Green Hair Dress & Pressing Oil 5 oz. | 2.00 | 2.00 |
| 1 | 50829010N 6' Non-Coiled Headphone Ext w/ Mini Jack | 4.25 | 4.25 |
| 1 | 51182010N Brushy Creek® Hot Pot with insert | | |

| | | | |
|---|---|---|---|
| | | 14.90 | 14.90 |
| 1 | 824583 Bic Blue Cristal Pen 2 pk | 1.00 | 1.00 |
| 1 | 824584 Bic Black Cristal Pen 2 pk | 1.00 | 1.00 |
| 3 | 84388 Fresh Catch® 3.53 oz. Sardines in Soybean Oil | 1.00 | 3.00 |
| 3 | 84397 Fresh Catch® 3.53 oz. Fish Steaks in Louisiana Hot Sauce | 1.10 | 3.30 |
| 3 | 84396 Fresh Catch® 3.53 oz. Smoked Kippered Herring | 1.35 | 4.05 |
| 2 | 85880 Keefe® 8 oz. Pre-Cooked Long Grain Rice | 1.05 | 2.10 |
| 3 | 86673 Ralston 18 oz. Quick Oats | 2.35 | 7.05 |
| 1 | 86824 Cactus Annie's® 10 oz. Habanero Tortilla Chips | 2.20 | 2.20 |
| 2 | 85110 Moon Lodge® 6 oz. Stuffed Jalapeno Potato Chips | 1.40 | 2.80 |
| 3 | 81712 Brushy Creek® 11.25 oz. Hot Chili with Beans (HOT) | 1.95 | 5.85 |
| 2 | 810187 Chinese Pork Sausage 4.5 oz. | 2.15 | 4.30 |
| 10 | 810502 Snickers 1.86 oz. | 0.75 | 7.50 |
| 1 | 42842 Fritos Chili Cheese Corn Chips & Doritos Cool Ranch Kit | 0.01 | 0.01 |

**Subtotal:** 146.81

**Tax:** 0.00

**Shipping:** 5.99

**Total:** **$152.80**

**Balance Due:** **$0.00**

Miami-W $\frac{265}{265}$

530

Florida-W $\frac{195}{3}$

San Diego-L $\frac{4.2}{6}$ $\overline{5.85}$

Ole miss-L $\overline{25.2}$

Duke-W $\frac{14.4}{3}$ $\frac{4.8}{3}$

$\overline{43.2}$ $\overline{14.4}$

25.95
6.50
5.30
9.00
36.75
2.75
6.00
5.85
50.35
3.30
53.65
45
6.60

66.70
975
10.00
11.00
96.45

96.95
3.70
100.65

15.8
15.8
31.6

2.15
$\frac{3}{6.45}$

185
185
37.0

100.65
3.15
103.80
450
108.30
2.20
110.50

11.6
$\frac{3}{32}$
1.65
$\frac{165}{330}$

115
$\frac{12}{0.30}$

11.8
11.8
23.2

8.4
$\frac{3}{252}$

# Packing Slip



55-101 VISTA BLVD.
SPARKS, NV 89434
1-800-546-6283

| Package Id | Batch Id | Delivery Id | Page 1 of 2 |
|---|---|---|---|

CA_08052016_081646_61051

20160808
083722

## 350-4643916-A

Deliver To:

| Order #: | Order Date: | Ordered By: | Paid By: |
|---|---|---|---|
| 6445197 | 08/04/2016 | | |

IRONWOOD STATE PRISON PG A B QP
19005 WILEY S WELL RD
BLYTHE, CA, 92225-2287
Housing:

| Sub Allowed | Whse | Carrier | Schd Ship Date | Customer # | PKG Weight | Program |
|---|---|---|---|---|---|---|
| Y | 350 | | 08/05/2016 | 20920 (73543) | 18.60494 Lbs | CA QP A/B 3rd Quarter 2016 9941 |

| QTY ORD | QTY SHP | LT | ITEM # | U/M | DESCRIPTION | SIZE | COLOR | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | K | 80000802 | KIT | CA COFFEE & BUTTRHRN KIT | | | 4.99 | 4.99 |
| 1 | 1 | C | 10938 | EA | FRIED CINNAMON BUN 4 OZ | 4 OZ | | | |
| 1 | 1 | C | 4650 | EA | APPLE DANISH 4.25 OZ | 4.25 OZ | | | |
| 1 | 1 | C | 6462 | EA | FLGRS REG INST COFFEE 16OZ | 16 OZ | | | |
| 1 | 1 | C | 6539 | EA | BUTTERHORN SWIRL 4 OZ | 4 OZ | | | |
| 1 | 1 | K | 80002644 | KIT | CA SP PROMO KIT JOHNSONVILLE | | | 2.95 | 2.95 |
| 1 | 1 | C | 80001189 | EA | SUMMER SSAGE ORIG | 12 OZ | | | |
| 1 | 1 | C | 80001191 | EA | SMMER SSAGE GARLIC | 12 OZ | | | |
| 1 | 1 | K | 80003111 | KIT | MIDAMAR KIT | | | 0.01 | 0.01 |
| 2 | 2 | C | 7238 | EA | MIDMAR HOT HALAL BEEF | 5 OZ | | | |
| 1 | 1 | C | 7239 | EA | HALAL BEEF SAUSAGE 5 OZ | 5 OZ | | | |
| 1 | 1 | K | 80003120 | KIT | CHATA PORK KIT | | | 2.50 | 2.50 |
| 2 | 2 | C | 80000586 | EA | CHATA SHREDDED PORK 8.8 OZ | 8.8 OZ | | | |
| 2 | 2 | | 20496 | EA | TEK TTHBRUSH MEDIUM | MEDIUM | | 1.10 | 2.20 |
| 1 | 1 | | 20517 | EA | CHAP ET LIP BALM .16 OZ | .16 OZ | | 0.95 | 0.95 |
| 1 | 1 | | 20519 | EA | BLISTEX .21 OZ | .21 OZ | | 2.50 | 2.50 |
| 1 | 1 | | 24985 | EA | AC DELCO AA RECHARGBL | | | 13.95 | 13.95 |
| 2 | 2 | | 6272 | EA | YAKI FOUR CHEESE 3.91 OZ | 3.91 OZ | | 1.30 | 2.60 |
| 4 | 4 | | 7238 | EA | MIDMAR HOT HALAL BEEF | 5 OZ | | 2.25 | 9.00 |
| 10 | 10 | | 80000211 | EA | FC MCKERL CHILI OIL 3.53OZ | 3.53 OZ | | 1.55 | 15.50 |
| 4 | 4 | | 80001721 | EA | BC HOT SMMR SAUSAGE 5OZ | 5 OZ | | 2.50 | 10.00 |
| 1 | 1 | | 80002589 | EA | BRUT DEODORNT STAMINA 2OZ | 2 OZ | | 3.65 | 3.65 |
| 2 | 2 | | 80002599 | EA | BRUT AP DEOD BLUE WAVE 2OZ | 2 OZ | | 3.65 | 7.30 |
| 4 | 4 | | 80002945 | EA | BC SPCY VIENNA SASGE | 5 OZ | | 1.95 | 7.80 |
| 4 | 4 | | 80003012 | EA | MARUCHAN SPCY BF TERIYKI | 3.97 OZ | | 1.30 | 5.20 |
| 4 | 4 | | 80003084 | EA | CAJUN RICE W CHKCN SAUSGE | 8 OZ | | 2.65 | 10.60 |
| 2 | 2 | | 80003085 | EA | MEXI STYLE CHKCN STEW | 8 OZ | | 2.65 | 5.30 |
| | | | | | | | Section Total | | $107.00 |

# Packing Slip



**ACCESS SECUREPAK**

55-101 VISTA BLVD.
SPARKS, NV 89434
1-800-546-6283

| Package Id | Batch Id | Delivery Id | Page 2 of 2 |
|---|---|---|---|
| | CA_08052016_081646_61051 | | 20160808 083722 |

## 350-4643916-A

**Deliver To:**

| | Order #: | Order Date: | Ordered By: | Paid By: |
|---|---|---|---|---|
| | 6445197 | 08/04/2016 | | |

IRONWOOD STATE PRISON PG A B QP
19005 WILEY S WELL RD
BLYTHE, CA, 92225-2287
Housing:

| Sub Allowed | Whse | Carrier | Schd Ship Date | Customer # | PKG Weight | Program |
|---|---|---|---|---|---|---|
| Y | 350 | | 08/05/2016 | 20920 (73543) | 18.60494 Lbs | CA QP A/B 3rd Quarter 2016 9941 |

This package must be signed at the time of receipt with any shortages or damages noted at time on this packing slip. All refunds will be sent to sender of package. Sales tax of $2.41 is included in the item price.

| | |
|---|---|
| Sub Total | $107.00 |
| Processing Fee | $6.99 |
| Sales Tax | $0.00 |
| Discount-Promo | $0.00 |
| Order Total | $113.99 |
| Amount Received | $113.99 |
| Discount-Shortage | $0.00 |
| Refund Due | $0.00 |

RECEIVED BY_____        DATE_____

STAFF - REPORT ALL DISCREPANCIES BELOW AND RETURN TO ACCESS SECUREPAK.

| ITEM# | ISSUE (CIRCLE) | QTY | ACTION (CIRCLE) |
|---|---|---|---|
| _____ | SHORT OR DAMAGED | _____ | REFUND OR REPLACE |
| _____ | SHORT OR DAMAGED | _____ | REFUND OR REPLACE |

Line Type (LT) NA=Not Available S=Substituted K=Kit C=Kit Component BB=Backorder BS=Backorder Ship

INMATE COPY

# Packing Slip



55-101 VISTA BLVD.
SPARKS, NV 89434
1-800-546-6283

| Package Id | Batch Id | Delivery Id | Page 1 of 2 |
|---|---|---|---|
| | CA_11112016_081104_67099 | | 20161114 150354 |

## 350-5102702-A

Deliver To:

CA MEN'S COLONY EAST PG A B QP
3 MI N SANLUIS HWY 1
SAN LUIS OBISPO, CA, 93409-0001
Housing:

| Order #: | Order Date: | Ordered By: | Paid By: |
|---|---|---|---|
| 6972297 | 11/10/2016 | | |

| Sub Allowed | Whse | Carrier | Schd Ship Date | Customer # | PKG Weight | Program |
|---|---|---|---|---|---|---|
| Y | 350 | | 11/11/2016 | 20906 (73516) | 19.38994 Lbs | CA QP A/B 4th Quarter 2016 10041 |

| QTY ORD | QTY SHP | LT | ITEM # | U/M | DESCRIPTION | SIZE | COLOR | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | K | 80000803 | KIT | CA COFFEE & CINN BUN KIT | | | 0.01 | 0.01 |
| 1 | 1 | C | 10938 | EA | FRIED CINNAMON BUN 4 OZ | 4 OZ | | | |
| 1 | 1 | C | 10959 | EA | COFFEEMATE CRMR 6OZ | 6 OZ | | | |
| 1 | 1 | C | 10961 | EA | FOLGERS CLMBN 4OZ | 4 OZ | | | |
| 1 | 1 | C | 7022 | EA | KF 100% CLMBIAN COFFEE 3OZ | 3 OZ | | | |
| 1 | 1 | K | 80002644 | KIT | CA SP PROMO KIT JOHNSONVILLE | | | 2.95 | 2.95 |
| 1 | 1 | C | 80001189 | EA | SUMMER SSAGE ORIG | 12 OZ | | | |
| 1 | 1 | C | 80001191 | EA | SMMER SSAGE GARLIC | 12 OZ | | | |
| 1 | 1 | K | 80003111 | KIT | MIDAMAR KIT | | | 0.01 | 0.01 |
| 2 | 2 | C | 7238 | EA | MIDMAR HOT HALAL BEEF | 5 OZ | | | |
| 1 | 1 | C | 7239 | EA | HALAL BEEF SAUSAGE 5 OZ | 5 OZ | | | |
| 1 | 1 | K | 80003120 | KIT | CHATA PORK KIT | | | 2.50 | 2.50 |
| 2 | 2 | C | 80000586 | EA | CHATA SHREDDED PORK 8.8 OZ | 8.8 OZ | | | |
| 2 | 2 | | 20517 | EA | CHAP ET LIP BALM .16 OZ | .16 OZ | | 0.95 | 1.90 |
| 2 | 2 | | 20640 | EA | ULTRA BRITE WHITENG 6OZ | 6 OZ | | 2.50 | 5.00 |
| 2 | 2 | | 24969 | EA | DIAL ANTU BERRIES 4 OZ | 4 OZ 3 PK | | 1.15 | 2.30 |
| 3 | 3 | | 4397 | EA | FISH STK HT SAUCE 3.53OZ | 3.53 OZ | | 1.20 | 3.60 |
| 1 | 1 | | 4942 | EA | VELVTA NACHO SAUCE 1.5OZ | 1.5 OZ | | 1.05 | 1.05 |
| 1 | 1 | | 5328301099 | EA | F ADAPTOR 90 DEGREE | | | 2.00 | 2.00 |
| 2 | 2 | | 5880 | EA | INSTANT RICE 8 OZ | 8 OZ | | 1.15 | 2.30 |
| 2 | 2 | | 5940 | EA | HOT BEANS & RICE 4.4 OZ | 4.4 OZ | | 1.30 | 2.60 |
| 2 | 2 | | 7049 | EA | SPICY PORK CRACKLINS | 2 OZ | | 1.35 | 2.70 |
| 2 | 2 | | 7238 | EA | MIDMAR HOT HALAL BEEF | 5 OZ | | 2.25 | 4.50 |
| 6 | 6 | | 80000211 | EA | FC MCKERL CHILI OIL 3.53OZ | 3.53 OZ | | 1.55 | 9.30 |
| 1 | 1 | | 80001465 | EA | BRUSHY CREEK WHITE CHCKN CHILI | 8 OZ | | 3.25 | 3.25 |
| 3 | 3 | | 80001495 | EA | HORMEL SPAM 2.5OZ | 2.5 OZ | | 1.50 | 4.50 |
| 4 | 4 | | 80001716 | EA | BC HT SPCY SUM SAUS 1.625 OZ | 1.625 OZ | | 1.10 | 4.40 |
| 3 | 3 | | 80001726 | EA | BC SUMMER SAUSAGE HOT 11OZ | 11 OZ | | 4.95 | 14.85 |
| 4 | 4 | | 80001739 | EA | BC BEEF SALAMI SUM SAUSG 5OZ | 5 OZ | | 2.40 | 9.60 |
| 1 | 1 | | 80002589 | EA | BRUT DEODORNT STAMINA 2OZ | 2 OZ | | 3.65 | 3.65 |
| 3 | 3 | | 80003084 | EA | CAJUN RICE W CHKCN SAUSGE | 8 OZ | | 2.65 | 7.95 |
| 2 | 2 | | 80003085 | EA | MEXI STYLE CHKCN STEW | 8 OZ | | 2.65 | 5.30 |
| | | | | | | | Section Total | | $96.22 |

INMATE COPY

# Packing Slip



55-101 VISTA BLVD.
SPARKS, NV 89434
1-800-546-6283

| Package Id | Batch Id | Delivery Id | Page 2 of 2 |
|---|---|---|---|
| | CA_11112016_081104_67099 | | 20161114 150354 |

## 350-5102702-A

Deliver To:

| Order #: | Order Date: | Ordered By: | Paid By: |
|---|---|---|---|
| 6972297 | 11/10/2016 | | |

CA MEN'S COLONY EAST PG A B QP
3 MI N SANLUIS HWY 1
SAN LUIS OBISPO, CA, 93409-0001
Housing:

| Sub Allowed | Whse | Carrier | Schd Ship Date | Customer # | PKG Weight | Program |
|---|---|---|---|---|---|---|
| Y | 350 | | 11/11/2016 | 20906 (73516) | 19.38994 Lbs | CA QP A/B 4th Quarter 2016 10041 |

This package must be signed at the time of receipt with any shortages or damages noted at time on this packing slip. All refunds will be sent to sender of package. Sales tax of $1.10 is included in the item price.

| | |
|---|---|
| Sub Total | $96.22 |
| Processing Fee | $6.99 |
| Sales Tax | $0.00 |
| Discount-Promo | $0.00 |
| Order Total | $103.21 |
| Amount Received | $103.21 |
| Discount-Shortage | $0.00 |
| Refund Due | $0.00 |

RECEIVED BY_____          DATE_____

STAFF - REPORT ALL DISCREPANCIES BELOW AND RETURN TO ACCESS SECUREPAK.

| ITEM# | ISSUE (CIRCLE) | QTY | ACTION (CIRCLE) |
|---|---|---|---|
| _____ | SHORT OR DAMAGED | _____ | REFUND OR REPLACE |
| _____ | SHORT OR DAMAGED | _____ | REFUND OR REPLACE |

Line Type (LT) NA=Not Available S=Substituted K=Kit C=Kit Component BB=Backorder BS=Backorder Ship

INMATE COPY

# Packing Slip



55-101 VISTA BLVD.
SPARKS, NV 89434
1-800-546-6283

| Package Id | Batch Id | Delivery Id | Page 1 of 2 |
|---|---|---|---|
| | CA_06192017_143506_83170 | | |

**350-6319223-A**

20170622
144402

**Deliver To:**

| | Order #: | Sys Ref#: | Order Date: | Ordered By: | Paid By: |
|---|---|---|---|---|---|
| | 8245729 | | 06/19/2017 | | |

CA MEN'S COLONY EAST PG A B QP
3 MI N SANLUIS HWY 1
SAN LUIS OBISPO, CA, 93409-0001
Housing:

| Sub Allowed | Whse | Carrier | Schd Ship Date | Customer # | PKG Weight | Program |
|---|---|---|---|---|---|---|
| N | 350 | | 06/20/2017 | 20906 (73516) | 27.97313 Lbs | CA QP A/B 2nd Quarter 2017 10367 |

| QTY ORD | QTY SHP | LT | ITEM # | U/M | DESCRIPTION | SIZE | COLOR | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | K | 80000802 | KIT | CA COFFEE BUTTRHRN KIT | | | 2.99 | 2.99 |
| 1 | 1 | C | 10938 | EA | FRIED CINNAMON BUN 4 OZ | 4 OZ | | | |
| 1 | 1 | C | 4650 | EA | APPLE DANISH 4.25 OZ | 4.25 OZ | | | |
| 1 | 1 | C | 6462 | EA | FLGRS REG INST COFFEE 16OZ | 16 OZ | | | |
| 1 | 1 | C | 6539 | EA | BUTTERHORN SWIRL 4 OZ | 4 OZ | | | |
| 1 | 1 | K | 80002632 | KIT | CA PROMO KIT BRUSHY CR | | | 0.01 | 0.01 |
| 1 | 1 | C | 80001719 | EA | BC BEEF SUM SAUSG 5OZ | 5 OZ | | | |
| 1 | 1 | C | 80001721 | EA | BC HOT SMMR SAUSAGE 5OZ | 5 OZ | | | |
| 1 | 1 | C | 80001723 | EA | BC SALAMI SUM SAUSG 5OZ | 5 OZ | | | |
| 1 | 1 | K | 80002644 | KIT | CA KIT JOHNSONVILLE | | | 2.95 | 2.95 |
| 1 | 1 | C | 80001189 | EA | SUMMER SSAGE ORIG | 12 OZ | | | |
| 1 | 1 | C | 80001191 | EA | SMMER SSAGE GARLIC | 12 OZ | | | |
| 1 | 1 | K | 80003120 | KIT | CHATA PORK KIT | | | 2.50 | 2.50 |
| 2 | 2 | C | 80000586 | EA | CHATA SHREDDED PORK 8.8 OZ | 8.8 OZ | | | |
| 1 | 1 | K | 80003132 | KIT | OPTIC WHITE KIT | | | 1.75 | 1.75 |
| 1 | 1 | C | 80000713 | EA | CLGT OPTC WHT TOOTHPST 5OZ | 5 OZ | | | |
| 1 | 1 | C | 80002881 | EA | COLGATE ZIGZAG TTHERUSH | MEDIUM | | | |
| 1 | 1 | K | 80003648 | KIT | HALAL SAUSAGE PACK KIT | | | 0.01 | 0.01 |
| 1 | 1 | C | 80003316 | EA | BRUSHY CREEK BF AND CHICKEN HALAL SAUGAGE | 5 OZ | | | |
| 2 | 2 | C | 80003317 | EA | BRUSHY CRK 5OZ HOT BF CHICKEN HALAL SAUSAGE | 5 OZ | | | |
| 5 | 5 | | 4388 | EA | SARDINE SOYBN OIL 3.53OZ | 3.53 OZ | | 1.15 | 5.75 |
| 4 | 4 | | 4389 | EA | BABY CLAMS 3.53 OZ | 3.53 OZ | | 2.35 | 9.40 |
| 10 | 10 | | 4397 | EA | FISH STK HT SAUCE 3.53OZ | 3.53 OZ | | 1.20 | 12.00 |
| 3 | 3 | | 6300 | EA | JERK PORK 5 OZ | 5 OZ | | 2.95 | 8.85 |
| 10 | 10 | | 80000211 | EA | FC MCKERL CHILI OIL 3.53OZ | 3.53 OZ | | 1.55 | 15.50 |
| 3 | 3 | | 80001465 | EA | BRUSHY CREEK WHITE CHCKN CHILI | 8 OZ | | 3.25 | 9.75 |
| 4 | 4 | | 80001722 | EA | BC SUMMER SAUSAGE HOT 5OZ | 5 OZ | | 2.40 | 9.60 |
| 10 | 10 | | 80003084 | EA | CAJUN RICE W CHKCN SAUSGE | 8 OZ | | 2.65 | 26.50 |
| 10 | 10 | | 80003317 | EA | BRUSHY CRK 5OZ HOT BF CHICKEN HALAL SAUSAGE | 5 OZ | | 2.00 | 20.00 |
| 1 | 1 | | 8093801099 | EA | BOOSTAROO AMPLIFIER | | CLEAR | 29.95 | 29.95 |
| | | | | | | | Section Total | | $157.51 |

RECEIVED JUL 0 3 2017

INMATE COPY

# Packing Slip

55-101 VISTA BLVD.
SPARKS. NV 89434
1-800-546-6283


**ACCESS SECUREPAK**

| Package Id | Batch Id | Delivery Id | Page 2 of 2 |
|---|---|---|---|
| | CA_06192017_143506_83170 | | 20170622 144402 |

## 350-6319223-A

**Deliver To:**

| | Order #: | Sys Ref#: | Order Date: | Ordered By: | Paid By: |
|---|---|---|---|---|---|
| | 8245729 | | 06/19/2017 | | |

CA MEN'S COLONY EAST PG A B QP
3 MI N SANLUIS HWY 1
SAN LUIS OBISPO, CA, 93409-0001
Housing:

| Sub Allowed | Whse | Carrier | Schd Ship Date | Customer # | PKG Weight | Program |
|---|---|---|---|---|---|---|
| N | 350 | | 06/20/2017 | 20906 (73516) | 27.97313 Lbs | CA QP A/B 2nd Quarter 2017 10367 |

| | |
|---|---|
| This package must be signed at the time of receipt with any shortages or damages noted at time on this packing slip. All refunds will be sent to sender of package. Sales tax of $2.24 is included in the item price. | **Sub Total** $157.51 |
| | **Processing Fee** $6.99 |
| | **Sales Tax** $0.00 |
| | **Discount-Promo** $0.00 |
| | **Order Total** $164.50 |
| | **Amount Received** $164.50 |
| | **Discount-Shortage** $0.00 |
| | **Refund Due** $0.00 |

RECEIVED BY_____      DATE_____

STAFF - REPORT ALL DISCREPANCIES BELOW AND RETURN TO ACCESS SECUREPAK.

| ITEM# | ISSUE (CIRCLE) | QTY | ACTION (CIRCLE) |
|---|---|---|---|
| _____ | SHORT OR DAMAGED | _____ | REFUND OR REPLACE |
| _____ | SHORT OR DAMAGED | _____ | REFUND OR REPLACE |

Line Type (LT) NA=Not Available S=Substituted K=Kit C=Kit Component BB=Backorder BS=Backorder Ship

RECEIVED JUL 0 3 2017

INMATE COPY

# Packing Slip


**ACCESS SECUREPAK**

55-100 VISTA BLVD.
SPARKS, NV 89434
1-800-546-6283

| Package Id | Batch Id | Delivery Id | Page 1 of 2 |
|---|---|---|---|
| | CA_01032020_100645_165375 | | 20200101 153816 |

**35000473090-A**

**Deliver To:**

| | Order #: | Sys Ref#: | Order Date: | Ordered By: | Paid By: |
|---|---|---|---|---|---|
| | 14188208 | | 01/02/2020 | | |

CA MEN'S COLONY EAST PG A B QP
3 MI N SANLUIS HWY 1
SAN LUIS OBISPO, CA, 93409-0001
Housing:

| Sub Allowed | Whse | Carrier | Schd Ship Date | Customer # | PKG Weight | Program |
|---|---|---|---|---|---|---|
| N | 350 | | 01/03/2020 | 20906 (73516) | 28.58125 Lbs | CA QP A-B 1st Quarter 2020 11564 |

| QTY ORD | QTY SHP | LT | ITEM # | U/M | DESCRIPTION | SIZE | COLOR | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | K | 80006574 | KIT | PROMO KIT 80006574 | | | 0.40 | 0.40 |
| 1 | 1 | C | 5880 | EA | INSTANT RICE 8 OZ | 8 OZ | | | |
| 1 | 1 | C | 7205 | EA | LK HOISIN SAUCE 20 OZ | 20 OZ | | | |
| 1 | 1 | K | 80007428 | KIT | PROMO KIT 80007428 | | | 3.88 | |
| 1 | 1 | C | 80001189 | EA | SUMMER SSAGE ORIG | 12 OZ | | | |
| 1 | 1 | C | 80001191 | EA | SMMER SSAGE GARLIC | 12 OZ | | | |
| 1 | 1 | K | 80006583 | KIT | PROMO KIT 80006583 | | | 1.95 | |
| 3 | 3 | C | 4385 | EA | F.C MAKEREL IN OIL 3.53 | 3.53 OZ | | | |
| 1 | 1 | C | 4397 | EA | FISH STK HT SAUCE 3.53OZ | 3.53 OZ | | | |
| 1 | 1 | C | 5696 | EA | YELLOWFIN STEAK THAI CHILI SAUCE | 3.53 OZ | | | |
| 1 | 1 | C | 80005307 | EA | CHIKN OF THE SEA SMOKD OYSTERS | 3.53 OZ | | | |
| 1 | 0 | K NA | 80007938 | KIT | PROMO KIT 80007938 | | | 3.99 | |
| 1 | 0 | C | 6462 | EA | FLGRS REG INST COFFEE 16OZ | 16 OZ | | | |
| 1 | 0 | C | 80007325 | EA | MARKET SQUARE_DONUT_POWDERED LEMON _3 OZ_72/CS | 3 OZ | | | |
| 0 | 1 | S | 6462 | EA | FLGRS REG INST COFFEE 16OZ | 16 OZ | | 0.00 | |
| 0 | 1 | S | 6538 | EA | CREAM CHS POUND CAKE 4OZ | 4 OZ | | 0.00 | |
| 10 | 10 | | 10187 | EA | AG CHINESE PORK 4.5 OZ | 4.5 OZ | | 2.35 | |
| 5 | 5 | | 1710 | EA | CHILI W/O BEANS 11.25 OZ | 11.25 OZ | | 2.10 | |
| 5 | 5 | | 1712 | EA | HOT CHILI W/BEAN 11.25OZ | 11.25 OZ | | 2.10 | |
| 1 | 1 | | 24984 | EA | AC DELCO AAA RECHARGBL | | | 14.95 | |
| 3 | 3 | | 6300 | EA | JERK PORK 5 OZ | 5 OZ | | 3.30 | |
| 1 | 1 | | 6462 | EA | FLGRS REG INST COFFEE 16OZ | 16 OZ | | 3.30 | |
| 10 | 10 | | 7239 | EA | HALAL BEEF SAUSAGE 5 OZ | 5 OZ | | 2.30 | |
| 2 | 2 | | 80006361 | EA | BIRTHDAY CAKE RISE KRISPY TRT | 10.9 OZ | | 0.45 | |
| 2 | 2 | | 80006362 | EA | COOKI CREM RICE KRSP TRET | 10.9 OZ | | 0.45 | |
| 10 | 10 | | 80006780 | EA | DONA ADELA SHRED PORK 4.4 OZ | 4.4 OZ | | 2.30 | |
| 2 | 2 | | 80006954 | EA | STRWBRY ZNGR 3.82 OZ | 3.82 OZ | | 1.00 | |
| 2 | 2 | | 80007401 | EA | NIVEA BODY LOTION ENR 8.4 OZ | 8.4 OZ | | 9.55 | |
| 1 | 1 | | 80007688 | EA | KELLOGGS CUPCAKE POPTRT 13.5OZ | 13.5 OZ | | 3.20 | |
| 1 | 1 | | 8169606002 | EA | PRO CLUB 9 IN | 2 XL | LIGHT GRAY | 0.99 | |

**Section Total**

**Items Not Shipped**

| Qty Ord | Qty Cncld | ITEM # | U/M | DESCRIPTION | Reason |
|---|---|---|---|---|---|
| 2 | 2 | 80006778 | EA | CINN TOAST CRUNCH BAR 1.42 OZ | NO ITEM SUBSTITUTE |

# Packing Slip

55-101 VISTA BLVD.
SPARKS, NV 89434
1-800-546-6283



| Package Id | Batch Id | Delivery Id | Page 2 of 2 |
|---|---|---|---|
| | CA_01032020_100645_165375 | | 20200'0 153816 |

**35000473090-A**

**Deliver To:**

| Order #: | Sys Ref#: | Order Date: | Ordered By: | Paid By: |
|---|---|---|---|---|
| 14188208 | | 01/02/2020 | | |

CA MEN'S COLONY EAST PG A B QP
3 MI N SANLUIS HWY 1
SAN LUIS OBISPO, CA, 93409-0001
Housing:

| Sub Allowed | Whse | Carrier | Schd Ship Date | Customer # | PKG Weight | Program |
|---|---|---|---|---|---|---|
| N | 350 | | 01/03/2020 | 20906 (73516) | 28.58125 Lbs | CA QP A-B 1st Quarter 2020 11564 |

| | |
|---|---|
| This package must be signed at the time of receipt with any shortages or damages noted at time on this packing slip. All refunds will be sent to sender of package. Sales tax of $2.50 is included in the item price. | |

| | |
|---|---|
| Sub Total | |
| Processing Fee | |
| Sales Tax | |
| Discount-Promo | |
| Order Total | |
| Amount Received | |
| Discount-Shortage | |
| Refund Due | |

RECEIVED BY_____        DATE_____

STAFF - REPORT ALL DISCREPANCIES BELOW AND RETURN TO ACCESS SECUREPAK.

| ITEM# | ISSUE (CIRCLE) | QTY | ACTION (CIRCLE) |
|---|---|---|---|
| _____ | SHORT OR DAMAGED | ____ | REFUND OR REPLACE |
| _____ | SHORT OR DAMAGED | ____ | REFUND OR REPLACE |

Line Type (LT) NA=Not Available S=Substituted K=Kit C=Kit Component BB=Backorder BS=Backorder Ship

## PROOF OF SERVICE BY MAIL
[C.C.P.1013,2015.;28 U.S.C.1746]

STATE OF CALIFORNIA     )

                                 )         SS:

County of San Luis Obispo  )

I,(A) _JAMES WHITE_, am a resident of the California Men's Colony State Prison, County of San Luis Obispo, California am at least 18 years of age. My mailing address is P.O. Box 8101, San Luis Obispo, CA. 93409.

On (B) _____, 20_21_, I served a true and correct copy of the following document(s):

(c) _Civil Rights Action/Complaint 42 USC 1983 & Exhibits_

On each party listed below by placing it in an envelope, with adequate postage, provided, and by depositing said envelope in a box for the United States Mail at CMC East, P.O. Box 8101,San Luis Obispo, CA. 93409.

Each party to the action has been duly served.

This copy is being mailed to (D): _Officer J. Sanchez_
_California Mov's Colony_
_P.O. Box 8101_
_San Luis Obispo Ca 93409_

I have mailed additional copies to (D):

There is regular delivery service by the United States Mail between the above place a mailing and the parties' listed.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated(E): _____ 20_21_, at San Luis Obispo, California.

Signed: _James White_ CDCR I.D.# _AI5074_

| CMC EAST SP MAILROOM ACKOWLEDGEMENT OF MAILING |
| --- |
| DATE:_____ |
| SIGNED:_____ |