UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 21-04066-GW (DFM) | Date: | December 20, 2023 |
|---|---|---|---|
| Title | James White v. J. Sanchez et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On October 23, 2023, the Court issued an Order granting Defendant's Motion to Dismiss and dismissing Plaintiff's Second Amended Complaint with leave to amend. See Dkt. 43. Plaintiff was ordered to return a Notice of Election form within thirty-five (35) days. See id. at 12. On November 20, 2023, the Court's Order was returned by the Postal Service as undeliverable. See Dkt. 44. Plaintiff has not filed a Notice of Change of Address, nor has he filed anything else in this case since the Court issued its Order.

Plaintiff's address of record is listed as: California Health Care Facility, PO Box 32290, Stockton, CA 95213. See Dkt. 31. Under Federal Rule of Evidence 201, the Court takes judicial notice of Plaintiff's other case pending before this Court. See White v. Gastelo, No. CV 21-02351-GW (DFM). In that case, Plaintiff's mail was returned as undeliverable, and, based on the CDCR Inmate Locator website, his address of record has been updated to: California Health Care Facility, PO Box 213040, Stockton, CA 95213. See White v. Gastelo, Dkts. 48-51.

It is Plaintiff's responsibility to keep the Court apprised of his current address. See L.R. 41-6. Further, it is Plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently. **Accordingly, the Court hereby ORDERS Plaintiff to show cause in writing no later than twenty-one (21) days from the date of this order why this action should not be dismissed for lack of prosecution.**

As an alternative to a written response by Plaintiff, the Court will consider the filing of the Notice of Election form as an appropriate response to this OSC, provided that Plaintiff's filing clearly indicates his current address. The Clerk is directed to provide a copy

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

of this order and a copy of the Court's prior Order (Dkt. 43) to Plaintiff at both addresses listed above.

**Plaintiff is advised that failure to act will result in a recommendation that this case be dismissed for lack of prosecution.**