ROB BONTA
Attorney General of California
MARISA KIRSCHENBAUER
Supervising Deputy Attorney General
State Bar No. 226729
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3582
Fax: (415) 703-5843
E-mail: Marisa.Kirschenbauer@doj.ca.gov
*Attorneys for Defendant*
*J. Sanchez*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JAMES E. WHITE,**<br>Plaintiff,<br>**v.**<br>**J. SANCHEZ,**<br>Defendant. | 2:21-cv-04066 GW (DFM)<br>**NOTICE OF MOTION AND MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br>Judge: The Honorable Douglas F. McCormick<br>Action Filed: 5/14/2021 |

**TO THE COURT AND PLAINTIFF JAMES E. WHITE, *PRO SE*:**

**PLEASE TAKE NOTICE** that Defendant Sanchez (Defendant) moves to dismiss the Third Amended Complaint (TAC) filed by Plaintiff James E. White (Plaintiff) in the above-captioned action. This motion will be made under Federal Rules of Civil Procedure 12(b)(6) on the grounds that the TAC does not allege facts sufficient to state a cause of action for a violation of Plaintiff's First Amendment rights against Defendant. Under Central District Civil Local Rule 7-15, Defendant waives oral argument unless the Court orders otherwise or if Plaintiff requests oral argument and the Court grants it. In accordance with Civil Local Rules 7-3 and 16-

12(c), Defendant is exempt from meeting and conferring with Plaintiff prior to filing the motion.

The motion is based on this notice, the accompanying memorandum of points and authorities in support of motion, and all pleadings and records properly filed with the Court.

Dated: May 13, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California

*/S/ Marisa Kirschenbauer*
MARISA KIRSCHENBAUER
Supervising Deputy Attorney General
*Attorneys for Defendant*
*J. Sanchez*

LA2022401620
44162563.docx

# CERTIFICATE OF SERVICE

Case Name: ***White (AI5074) v. Sanchez*** No. **2:21-cv-04066 GW (DFM)**

I hereby certify that on May 13, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **NOTICE OF MOTION AND MOTION TO DISMISS THIRD AMENDED COMPLAINT**
- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On May 13, 2024, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Pedro James White, Sr, AI5074**
**California Health Care Facility**
**PO Box 213040**
**Stockton, CA 95213**

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 13, 2024, at San Francisco, California.

| H. Su | */s/ H. Su* |
| --- | --- |
| Declarant | Signature |

LA2022401620
44162704.docx