UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 21-04066-GW (DFM) | Date: | November 26, 2024 |
| Title | Pedro James White v. J Sanchez et al. | | |

| | |
|---|---|
| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |
| **Proceedings:** | **(IN CHAMBERS) Order Vacating Report and Recommendation** |

On October 3, 2024, the Court issued a Report and Recommendation, recommending that Defendants' Motion to Dismiss be granted and Plaintiff's Third Amended Complaint ("TAC") be dismissed without leave to amend. See Dkt. 73. On October 31, 2024, Plaintiff filed objections, and Defendant filed a response. See Dkts. 76, 78.

In his objections, Plaintiff clarifies the timeline of his threat to file a grievance and the alleged retaliatory actions taken by Defendant Sanchez. See Dkt. 76 at 3 ("The destruction of property occurred prior to the filing of the grievance . . . To be clear, Plaintiff alleges his property was destroyed, unlawfully, immediately following his threat to file a grievance and lawsuit.").[1] He asserts that this "proximity in time" weighs in his favor. See id.

Considering Plaintiff's clarification, the Court finds it necessary to provide Plaintiff the opportunity to amend his complaint. Accordingly, the Court VACATES the Report and Recommendation filed on September 13, 2024, and hereby ORDERS as follows:

1. Plaintiff's TAC is DISMISSED with leave to amend.

2. Plaintiff may file a Fourth Amended Complaint ("4AC") within thirty-five days of this Order. The 4AC must clearly and correctly give the timeline of events relevant to Plaintiff's allegations in this case, including dates where applicable. Plaintiff is not granted leave to add new defendants or claims.

[1] The Court notes that this timeline appears to be different than the one asserted in the TAC. See TAC ¶¶ 47-48 ("Plaintiff refused to sign the 1083, later filed a grievance on Defendant, and requested an investigation by Internal Affairs. Plaintiff's property, including six boxes of legal documents, was then destroyed by Defendant.").

3. Within thirty (30) days of the service date of Plaintiff's 4AC, Defendant shall file a responsive pleading.