ROB BONTA
Attorney General of California
KYLE A. LEWIS
Supervising Deputy Attorney General
ISHA VAZIRANI
Deputy Attorney General
State Bar No. 354914
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 510-3478
  Fax:  (415) 703-5843
  E-mail:  Isha.Vazirani@doj.ca.gov
*Attorneys for Defendant
Sanchez*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **WHITE,**<br><br>Plaintiff,<br><br>v.<br><br>**SANCHEZ,**<br><br>Defendant. | 2:21-cv-04066-GW-DFM<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:    The Honorable Douglas F. McCormick<br>Trial Date:    Not Set<br>Action Filed: 5/14/2021 |

**TO THE COURT AND PLAINTIFF JAMES WHITE, PRO SE:**

**PLEASE TAKE NOTICE** that Defendant Sanchez moves for summary judgment under Federal Rule of Civil Procedure 56 on the grounds that the undisputed material facts demonstrate that Defendant did not violate Plaintiff's First Amendment rights by retaliating against Plaintiff in April 2020 at California Men's Colony.  Plaintiff cannot show that Defendant took adverse action against him or that any action taken by Defendant was due to Plaintiff's threat to file a grievance against Defendant.  Furthermore, Plaintiff cannot prove that his rights

1

were chilled as a result of Defendant's conduct.  Finally, Defendant is entitled to qualified immunity from suit.

This motion is based on this Notice; the Memorandum of Points and Authorities; Defendant's Statement of Uncontroverted Material Facts; the *Rand* notice; the attached declarations of counsel and J. Sanchez; and any matters properly before this Court.

Dated:  May 29, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
KYLE A. LEWIS
Supervising Deputy Attorney General

*/s/ Isha Vazirani*
ISHA VAZIRANI
Deputy Attorney General
*Attorneys for Defendant Sanchez*

LA2022401620
45099105.docx

2

# CERTIFICATE OF SERVICE

Case Name:  **White (AI5074) v. Sanchez**          No.   **2:21-cv-04066 GW (DFM)**

I hereby certify that on <u>May 29, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**
2. **DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
3. **DEFENDANT'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
4. **DEFENDANT'S RAND NOTICE TO PLAINTIFF REGARDING OPPOSING SUMMARY JUDGMENT**
5. **DECLARATION OF I. VAZIRANI IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
6. **DECLARATION OF J. SANCHEZ IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
7. **[PROPOSED] JUDGMENT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>June 1, 2026</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Pedro James Everett White, Sr.
CDCR # AI5074
California Health Care Facility - Stockton
P.O. Box 213040
Stockton, CA 95213
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>May 29, 2026</u>, at Los Angeles, California.

| J. Sissov | */s/ J. Sissov* |
|-----------|-----------------|
| Declarant | Signature |