IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WHITE,** | Case No. 2:21-cv-04066-GW-DFM |
| Plaintiff, | **[PROPOSED] JUDGMENT** |
| **v.** | |
| **SANCHEZ,** | |
| Defendant. | |

Defendant Sanchez moved for summary judgment on the grounds that no genuine issue of material fact exists, and Plaintiff will be unable to prove a material fact for which he will bear the burden of proof at trial, as to Plaintiff's First Amendment retaliation claim.  Defendant also contended that he is entitled to qualified immunity on Plaintiff's retaliation claim.

Having considered all pleadings and materials filed by the parties in connection with Defendant's Motion for Summary Judgment, the Court finds as follows pursuant to Federal Rule of Civil Procedure 56:

1.    No genuine issue of material fact exists as to Plaintiff's First Amendment retaliation claim; and

2.    Defendant is entitled to qualified immunity.

1

This Court GRANTS judgment as a matter of law for Defendant.  Plaintiff's complaint is DISMISSED, and JUDGMENT IS ENTERED in favor of Defendant.

**IT IS SO ORDERED.**

Dated: _____          _____

The Honorable Douglas F. McCormick

LA2022401620
45096613.docx