## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   2:21-cv-04066-GW-DFM | Date:   June 3, 2026 |
| Title   Pedro James White v. J Sanchez et al | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge | |
|---|---|---|
| Nancy Boehme | | Not Present |
| Deputy Clerk | | Court Reporter |
| Attorney(s) for Plaintiff(s): | | Attorney(s) for Defendant(s): |
| Not Present | | Not Present |

| Proceedings: | (IN CHAMBERS) Order Setting Briefing Schedule for Defendants' Motion for Summary Judgment (Dkt. 97) |
|---|---|

Plaintiff initiated this pro se civil rights action in May 2021. See Dkt. 1. On March 3, 2025, the Court issued a Case Management and Scheduling Order, setting September 3, 2025 as the fact discovery cutoff and November 3, 2025 as the last day to file dispositive motions. See Dkt. 84. On October 31, 2025, Defendant moved for an extension, which the Court granted, setting December 18, 2025 as the extended deadline to file dispositive motions. See Dkts. 86, 87. On December 17, 2025, Defendant moved for a second extension, which the Court granted, setting February 1, 2026 as the further extended deadline to file dispositive motions. See Dkts. 88, 89.

On January 16, 2026, the parties stipulated "to a stay of the deadline to file dispositive motions in this case for 60 days to allow the parties to explore resolution of this matter." See Dkt. 90. On January 20, 2026, the Court granted the parties' stipulation and stayed the deadline. See Dkt. 91. The Court instructed the parties to immediately inform the Court if the matter resolved or if discussions regarding resolution proved unsuccessful, after which the Court would set a new deadline. See id.

On April 10, 2026, the Court ordered the parties to file a status report within twenty-one (21) days stating, inter alia, whether this matter had been resolved or, if it had not and the parties were ready to move forward with the litigation, a proposed dispositive motion filing deadline. See Dkt. 97.

On May 1, 2026, Defendant filed a status report, stating that he did not seek to extend the stay and proposing a May 22, 2026 dispositive motion filing deadline. See Dkt. 94. On May 4, 2026, this Court set May 29, 2026 as the dispositive motion filing deadline. See Dkt. 95. This Court subsequently received Plaintiff's status report, requesting a dispositive motion filing

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

deadline of September 3, 2026. <u>See</u> Dkt. 96. Per Plaintiff, his proposed deadline "allows the parties to continue to explore resolution of this matter." <u>See</u> <u>id.</u>

On May 29, 2026, Defendant J. Sanchez filed a motion for summary judgment. <u>See</u> Dkt. 97 (Defendant's "Motion"). On June 2, 2026, attorney Cooper Alison-Mayne filed a Notice of Appearance on Plaintiff's behalf. <u>See</u> Dkt. 98.

Plaintiff's opposition to Defendant's Motion shall be filed **no later than thirty-five (35) days after the date of this Order**. Defendant's optional reply is due no later than fourteen (14) days after the opposition is docketed.