**LAW OFFICES OF DALE K. GALIPO**
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*



# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| WHITE,<br><br>              Plaintiff,<br><br>       vs.<br><br>SANCHEZ,<br><br>              Defendant. | Case No.: 2:21-cv-04066-GW-DFM<br>The Honorable Douglas F. McCormick<br><br>**JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

1

Plaintiff Pedro James White, Sr., and Defendant Sanchez, by and through their respective counsel of record, hereby stipulate as follows:

1. On May 29, 2026, Defendant filed his Motion for Summary Judgment (Dkt. 97).

2. On June 2, 2026, Cooper Alison-Mayne filed a Notice of Appearance as counsel of record for Plaintiff Pedro James White, Sr. (Dkt. 98).

3. On June 3, 2026, the Court issued a Minute Order setting the briefing schedule on Defendant's Motion for Summary Judgment (Dkt. 99, re Dkt. 97). Under that Order, Plaintiff's opposition is due no later than thirty-five (35) days after the date of the Order, which is July 8, 2026. Defendant's optional reply is due no later than fourteen (14) days after the opposition is docketed.

4. The parties stipulate, subject to the Court's approval, to extend Plaintiff's opposition deadline by sixteen days, from July 8, 2026 to July 24, 2026. The fourteen-day period for Defendant's reply would run from the date the opposition is docketed, making the reply due August 7, 2026 if the opposition is filed on July 24, 2026.

5. Good cause supports this request:

a. Plaintiff's pro bono counsel is new to this case. Counsel needs additional time to review the record and prepare an adequate opposition.

b. Mr. White is incarcerated, and each communication with him requires scheduling a legal call through the institution in advance. Arranging these calls takes substantial time, often in excess of two weeks, which has and will continue to delay counsel's ability to gather the facts and prepare Mr. White's declaration in support of his opposition.

c. Plaintiff's counsel needs to coordinate with defense counsel to obtain copies of the discovery materials produced in this case, which counsel requires to prepare the opposition.

2

d. Plaintiff's counsel has a pre-planned trip during the first two weeks of July 2026, which overlaps with the current July 8, 2026 opposition deadline.

4. Before Plaintiff's counsel appeared in this case, there had been several continuances of various deadlines for a variety of reasons. This, however, is the first request to modify the briefing schedule set by the Court's June 3, 2026 Order (Dkt. 99), and no party has previously sought to extend Plaintiff's opposition deadline to Defendant's Motion for Summary Judgment, which was filed on May 29, 2026. The requested extension will not affect any other date set by the Court.

5. The parties respectfully request that the Court enter the proposed order below.

IT IS SO STIPULATED.

Dated: June 3, 2026        **LAW OFFICES OF DALE K. GALIPO**

_/s/   Cooper Alison-Mayne_
Cooper Alison-Mayne[1]
_Attorneys for Plaintiff_

Dated: June 3, 2026        ROB BONTA
Attorney General of California
KYLE A. LEWIS
Supervising Deputy Attorney General

_/s/ Isha Vazirani_
ISHA VAZIRANI
Deputy Attorney General
Attorneys for Defendant Sanchez

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

3