**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| WHITE,<br><br>            Plaintiff,<br><br>    vs.<br><br>SANCHEZ,<br><br>            Defendant. | Case No.: 2:21-cv-04066-GW-DFM<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

The Court, having considered the parties' Joint Stipulation to Extend the Briefing Schedule on Defendant's Motion for Summary Judgment (Dkt. 97), and good cause appearing, hereby ORDERS as follows:

1. Plaintiff's opposition to Defendant's Motion for Summary Judgment shall be filed no later than July 24, 2026.
2. Defendant's optional reply shall be filed no later than fourteen (14) days after the opposition is docketed.

IT IS SO ORDERED.

**IT IS SO ORDERED**.

DATED: _____

_____
HON. DOUGLAS F. McCORMICK
United States Magistrate Judge