**LAW OFFICES OF DALE K. GALIPO**
Cooper Alison-Mayne, SBN 343169
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Email: cmayne@galipolaw.com

*Attorney for Plaintiff Pedro White, Sr.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO WHITE, SR.,<br><br>Plaintiff,<br><br>v.<br><br>J. SANCHEZ,<br><br>Defendant. | Case No.: 2:21-cv-04066-GW-DFM<br><br>**DECLARATION OF COOPER ALISON-MAYNE** |

DECLARATION OF COOPER ALISON-MAYNE

## DECLARATION OF COOPER ALISON-MAYNE

I, Cooper Alison-Mayne, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice before the United States District Court for the Central District of California. I am counsel of record for Plaintiff Pedro White in this action. I make this declaration in support of Plaintiff's Opposition to Defendant Sanchez's Motion for Summary Judgment. I have personal knowledge of the facts stated below and could and would competently testify to them if called as a witness.

2. Attached hereto as "Exhibit A" is a true and correct copy of excerpts of California Code of Regulations, title 15, sections 3161 and 3190 through 3193, obtained from the Westlaw legal database.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 24th day of July 2026.

Dated: July 24, 2026

/s/ *Cooper Alison-Mayne*
Cooper Alison-Mayne

*Attorney for Plaintiff*

2
DECLARATION OF COOPER ALISON-MAYNE

# EXHIBIT A

Cal. Code Regs. tit. 15, §§ 3161, 3190–3193 (Westlaw)

# § 3161. Incarcerated Person-Owned Legal Materials.

15 CA ADC § 3161 |    Barclays Official California Code of Regulations |    Effective: January 31, 2024

**Appended Content**

Regulatory History (p.3)

Versions (p.5)

**Search Details**

Jurisdiction:    California

**Delivery Details**

Date:    July 1, 2026 at 1:50 PM

Delivered By:    Cooper Mayne

Client ID:    COOPERALISONMAYNE

Status Icons:    

WESTLAW    © 2026  Thomson Reuters. No claim to original U.S. Government Works.

Barclays California Code of Regulations
    Title 15. Crime Prevention and Corrections
        Division 3. Adult Institutions, Programs and Parole
            Chapter 1. Rules and Regulations of Adult Operations and Programs (Refs & Annos)
                Subchapter 2. Incarcerated Person Resources
                    Article 6. Legal Documents

15 CCR § 3161

§ 3161. Incarcerated Person-Owned Legal Materials.

Effective: January 31, 2024
Currentness

(a) Incarcerated person-owned legal materials, documents, law books, and papers shall be limited to the availability of space authorized by section 3190(b) for personal property in the incarcerated person's quarters or living area, except as specified in this section. Incarcerated persons may possess up to one cubic foot of legal materials or documents related to their active cases, in addition to the six cubic feet of allowable property in their assigned quarters or living area. Legal materials, documents, law books, and papers in excess of this limitation shall be disposed of pursuant to section 3191(c). Incarcerated persons may request the institution or facility store excess legal materials or documents related to their active cases(s) when such materials/documents exceed this one cubic foot additional allowance. Incarcerated Person-owned law books in excess of the additional allowance shall not be stored by the institution or facility. Institutions or facilities shall provide for the storage of excess legal materials, law books, or documents related to the automatic appeal of the conviction resulting in the sentence of death of condemned incarcerated persons.

**Credits**
NOTE: Authority cited: Section 5058, Penal Code. Reference: Section 5054, Penal Code.

HISTORY

1. Amendment of section heading and text and new NOTE filed 10-19-93; operative 11-18-93 (Register 93, No. 43).

2. Amendment filed 5-27-2004 as an emergency; operative 5-27-2004 (Register 2004, No. 22). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 11-3-2004 or emergency language will be repealed by operation of law on the following day.

3. Certificate of Compliance as to 5-27-2004 order transmitted to OAL 10-28-2004 and filed 12-14-2004 (Register 2004, No. 51).

4. Redesignation and amendment of paragraph as subsection (a) filed 1-31-2024; operative 1-31-2024 pursuant to Government Code section 11343.4(b)(3) (Register 2024, No. 5).

5. Change without regulatory effect amending section heading and section filed 7-1-2024 pursuant to section 100, title 1, California Code of Regulations (Register 2024, No. 27).

This database is current through 6/19/26 Register 2026, No. 25.

Cal. Admin. Code tit. 15, § 3161, 15 CA ADC § 3161

**End of Document**

© 2026 Thomson Reuters. No claim to original U.S. Government Works.

**Regulatory History (17)**

1. 2024 CA REG TEXT 668840 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024cafz007a194, July 12, 2024, Crime
Prevention and Corrections, Action: Amend

2. 2024 CA REG TEXT 668840 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024carf006aft183, July 01, 2024, Crime
Prevention and Corrections, Action: Amend

3. 2024 CA REG TEXT 668840 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024carf006a183, July 01, 2024, Crime
Prevention and Corrections, Action: Amend

4. 2024 CA REG TEXT 658632 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024cafz006a040, Feb. 09, 2024, Crime
Prevention and Corrections, Action: Amend

5. 2024 CA REG TEXT 658632 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024carf002aft031, Jan. 31, 2024, Crime
Prevention and Corrections, Action: Amend

6. 2024 CA REG TEXT 658632 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024carf002a031, Jan. 31, 2024, Crime
Prevention and Corrections, Action: Amend

7. 2023 CA REG TEXT 634002 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2023ca-w002a264, Sep. 21, 2023, Crime
Prevention and Corrections, Action: Amend

8. 2023 CA REG TEXT 649960 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2023ca-w001a264, Sep. 21, 2023, Crime
Prevention and Corrections, Action: Amend

9. 2024 CA REG TEXT 668840 (NS)
CA REG TEXT, Proposed Action on Regulations, 2024ca-p002aft142, May 21, 2024, Crime Prevention and
Corrections, Action: Amend

10. 2024 CA REG TEXT 668840 (NS)
CA REG TEXT, Proposed Action on Regulations, 2024ca-p002a142, May 21, 2024, Crime Prevention and
Corrections, Action: Amend

11. 2023 CA REG TEXT 658632 (NS)
CA REG TEXT, Proposed Action on Regulations, 2023ca-p004aft349, Dec. 15, 2023, Crime Prevention and
Corrections, Action: Amend

12. 2023 CA REG TEXT 658632 (NS)
CA REG TEXT, Proposed Action on Regulations, 2023ca-p004a349, Dec. 15, 2023, Crime Prevention and
Corrections, Action: Amend

13. 2023 CA REG TEXT 649960 (NS)
CA REG TEXT, Proposed Action on Regulations, 2023ca-p003aft227, Aug. 15, 2023, Crime Prevention and
Corrections, Action: Amend

14. 2023 CA REG TEXT 649960 (NS)
CA REG TEXT, Proposed Action on Regulations, 2023ca-p003a227, Aug. 15, 2023, Crime Prevention and
Corrections, Action: Amend

15. 2023 CA REG TEXT 634002 (NS)
CA REG TEXT, Notice of Intended Action, 2023ca-z009a020, Jan. 20, 2023, Crime Prevention and Corrections,
Action: Amend

16. 2017 CA REG TEXT 461237 (NS)

Case 2:21-cv-04066-GW-DFM  Document 102-3  Filed 07/24/26  Page 8 of 49  Page ID #:945

CA REG TEXT, Notice of Intended Action, 2017capd001a181, June 30, 2017, Crime Prevention and Corrections, Action: Amend

17. 2017 CA REG TEXT 456766 (NS)
CA REG TEXT, Notice of Intended Action, 2017capd001a125, May 05, 2017, Crime Prevention and Corrections, Action: Amend

WESTLAW  © 2026 Thomson Reuters. No claim to original U.S. Government Works.

**Versions (2)**

### § 3161.   Incarcerated Person-Owned Legal Materials. ↫
**15 CA ADC § 3161**
**Effective January 31, 2024**

4.   Redesignation and amendment of paragraph as subsection (a) filed 1-31-2024 operative 1-31-2024 pursuant to Government Code section 11343.4(b)(3) (Register 2024, No. 5).

**Prior Versions (1)**

### § 3161.   Inmate-Owned Legal Materials.
**15 CA ADC § 3161**
**Effective [See Text Amendments] to January 30, 2024**

3.   Certificate of Compliance as to 5-27-2004 order transmitted to OAL 10-28-2004 and filed 12-14-2004 (Register 2004, No. 51)

**WESTLAW**   © 2026 Thomson Reuters. No claim to original U.S. Government Works.

Case 2:21-cv-04066-GW-DFM    Document 102-3    Filed 07/24/26    Page 10 of 49   Page ID #:947

**Validity**

There are no Validity results for this citation.

**Notes of Decisions**

There are no Notes of Decisions for this citation.

**Context & Analysis**

There are no Context & Analysis results for this citation.

 © 2026 Thomson Reuters. No claim to original U.S. Government Works.

## § 3190. General Policy.

15 CA ADC § 3190 |    Barclays Official California Code of Regulations |    Effective: May 12, 2026

| **Document Details** | | **Appended Content** |
|---|---|---|
| KeyCite: | **KeyCite Yellow Flag** | Validity (p.11) |
| | Proposed Regulation | Regulatory History (p.12) |

**Search Details**

| | |
|---|---|
| Search Query: | California Regulations | Article 9.   Personal Property and Religious Personal Property (§ 3190 to § 3195) |
| Jurisdiction: | California |

**Delivery Details**

| | |
|---|---|
| Date: | July 1, 2026 at 1:31 PM |
| Delivered By: | Cooper Mayne |
| Client ID: | COOPERALISONMAYNE |
| Status Icons: | |

⚑   KeyCite Yellow Flag
Proposed Regulation

Barclays California Code of Regulations
 Title 15. Crime Prevention and Corrections
  Division 3. Adult Institutions, Programs and Parole
   Chapter 1. Rules and Regulations of Adult Operations and Programs (Refs & Annos)
    Subchapter 2. Incarcerated Person Resources
     Article 9. Personal Property and Religious Personal Property

15 CCR § 3190

§ 3190. General Policy.

Effective: May 12, 2026
Currentness

(a) Incarcerated persons shall be permitted to possess in their quarters/living area, state-issued property items, and authorized personal/religious property items based upon privileges in section 3044 and/or assigned security level and/or institution mission, and subject to disciplinary provisions in sections 3314 and 3315.

(b) Specific items of personal property shall be established by a consensus of individual facilities within the Division of Adult Institutions. An Authorized Personal Property Schedule, identifying a list of allowable property, not including religious property, shall be developed and updated no more frequently than twice yearly. Local facility exemptions to the property lists shall also be identified. All changes to the Authorized Personal Property Schedule shall be adopted in accordance with the rulemaking requirements of the Administrative Procedure Act (Government Code sections 11340 through 11350.3) and, if applicable, Penal Code section 5058.3.

The following five property lists are incorporated by reference:

(1) Authorized Personal Property Schedule -- Reception Center Male Incarcerated Persons (Rev. 05/26). This personal property schedule applies to all facilities which operate Male Reception Center Housing.

(2) Authorized Personal Property Schedule -- General Population Levels I, II, and III, Male Incarcerated Persons (Rev. 05/26). This personal property schedule applies to all facilities which operate Levels I, II, III Male Incarcerated Person Housing.

(3) Authorized Personal Property Schedule -- Level IV Male Incarcerated Persons (Rev. 05/26). This personal property schedule applies to all facilities which operate Level IV Male Incarcerated Person Housing.

(4) Authorized Personal Property Schedule -- Restricted Housing Units (RHU) Male Incarcerated Persons (Rev. 05/26). This personal property schedule applies to all facilities which operate RHU Male Incarcerated Person Housing.

(5) Authorized Personal Property Schedule -- Female Incarcerated Persons (Rev. 05/26). This personal property schedule applies to all facilities which operate Female Incarcerated Person Housing.

(c) The Religious Personal Property Matrix (RPPM) (Rev. 11/23) identifies a separate list of allowable personal religious property, and is incorporated by reference. The RPPM shall be developed and updated by the Statewide Religious Review Committee (SRRC) no more frequently than twice yearly. Local exceptions to the RPPM shall also be identified.

(1) Incarcerated person requests for additional religious personal property items to be added to the RPPM shall be submitted to the local Religious Review Committee (RRC) on a CDCR Form 2279 (Rev. 07/24), Religious Personal Property Matrix (RPPM) Request for Additional Item, which is incorporated by reference. The local RRC shall review the request and forward the CDCR Form 2279 with a recommendation to the SRRC for review and decision.

(2) All changes to the RPPM shall be adopted in accordance with the rulemaking requirements of the Administrative Procedure Act (Government Code sections 11340 through 11350.3) and, if applicable, Penal Code section 5058.3.

(d) The Non-Disciplinary Restricted Housing (NDRH) Personal Property Matrix (Rev. 11/23) identifies a separate list of allowable personal property afforded to incarcerated persons housed in RHU for non-disciplinary reasons as affirmed by a classification committee, and is incorporated by reference. The NDRH Personal Property Matrix shall be updated by collaboration of all Division of Adult Institutions mission-based programs no more frequently than twice yearly. All changes to the NDRH Personal Property Matrix shall be adopted in accordance with the rulemaking requirements of the Administrative Procedure Act (Government Code sections 11340 through 11350.3) and, if applicable, Penal Code section 5058.3.

(e) The Transgender, Non-Binary, and Intersex Incarcerated Persons Authorized Personal Property Schedule (TNIAPPS) (Rev. 07/24) identifies a separate list of allowable personal property afforded to transgender, non-binary, and intersex incarcerated persons as identified and documented in SOMS within a CDCR institution, and is incorporated by reference. The TNIAPPS shall be updated through the collaboration of all mission-based programs within the Division of Adult Institutions no more frequently than twice yearly. All changes to the TNIAPPS shall be adopted in accordance with the rulemaking requirements of the Administrative Procedure Act (Government Code sections 11340 through 11350.3) and, if applicable, Penal Code section 5058.3.

The following two property lists are incorporated by reference:

(1) TNIAPPS -- Designated Male Institutions (Rev. 07/24). This personal property schedule applies to transgender, non-binary, and intersex incarcerated persons who are housed at male institutions.

(2) TNIAPPS -- Designated Female Institutions (Rev. 07/24). This personal property schedule applies to transgender, non-binary, and intersex incarcerated persons who are housed at female institutions.

(f) The combined volume of state-issued and allowable personal property items shall not exceed six cubic feet, except as specifically allowed in these regulations.

(g) Upon an incarcerated person's transfer between institutions of the department, the sending institution shall inventory the incarcerated person's property and, pursuant to section 3191 ensure the proper disposition of property not allowed at the receiving institution as a result of privilege group, and/or security level, and/or institution mission changes.

(h) Incarcerated persons may receive authorized packages based upon their privilege group, pursuant to section 3044. Packages shall be ordered by incarcerated persons or their correspondents via departmentally-approved package vendors. All packages shall be shipped to the incarcerated person's institution by the departmentally-approved vendor in a sealed container. Packages, not including special purchases or publications-only packages, shall be limited to a 30-pound weight limit and maximum dimensions of 24″ x 24″ x 24″.

(i) Incarcerated persons may possess authorized food, personal care, hygiene items, and personal clothing in their living areas, subject to subsections 3190(a) and (b), unless otherwise prohibited by these regulations. The total volume of canteen merchandise retained in possession of an incarcerated person shall be pursuant to section 3094. Incarcerated persons shall be required to maintain their purchase receipt to verify ownership of their purchases until such items are expended.

(j) Incarcerated persons shall be restricted to clear (see-through) personal care and hygiene items encased in clear containers or tubing based upon industry availability. An exemption shall be authorized by the institution's health care manager or chief medical officer when deemed medically necessary. Such exemption shall not exceed one (1) year. If the condition persists beyond one year, the incarcerated person shall submit another exemption request.

(k) Incarcerated persons shall only be permitted to possess state-issued clothing and authorized personal clothing subject to subsections 3190(a)-(e).

(*l*) Incarcerated persons shall be allowed special purchases of authorized personal property items from either departmentally-approved package vendors, departmentally-approved vendors of religious items, or locally-approved special purchase vendors. The institution head or their designee shall ensure approved vendor catalogs and order forms are available to eligible incarcerated persons. Special purchases are limited to the following:

(1) Health Care Appliances, subject to prescription by health care staff and approval by designated custody staff, and shall be excluded from the six cubic foot limitation of subsection 3190(f).

(2) Legal Material, including but not limited to, legal reference material, publications, and legal pads, pursuant to section 3161. There shall be no "Approved Vendor Lists" for any legal publications. Incarcerated persons may receive legal publications directly from bookstores, book distributors, publishers that conduct mail order business, religious organizations, or packages as outlined in this section. There shall be no requirement for the publisher, bookstore, book distributor, or similar vendor to receive approval from the department prior to sending legal publications to incarcerated persons. There shall be no weight restrictions for legal books.

(3) Correspondence Courses, subject to approval by the supervisor of correctional education programs and designated custody staff.

(4) Religious Items, as authorized by the Religious Personal Property Matrix. Special purchases of religious items shall be from departmentally approved vendors of religious items only. Departmental approval of vendors of religious items shall be at the determination of the Statewide Religious Review Committee (SRRC). Departmental approval of each vendor's religious items offered for sale to be shipped to incarcerated persons shall be in accordance with the Religious Personal Property Matrix as determined by the SRRC.

(5) Handicraft Material, subject to approval by handicraft manager and designated custody staff.

(6) Entertainment Appliances, Headphones, Earbuds, and Musical Instruments, subject to section 3190.

(7) Network capable tablets. Incarcerated persons expressly authorized by the Secretary to possess network capable tablets are listed in the Authorized Personal Property Schedules, pursuant to subsections 3190(b)(1) through (b)(5).

(m) Incarcerated persons shall be allowed special issuances of authorized items from departmentally-approved vendors. Special issuances include wireless communication devices, such as a network capable tablet or laptop computer, authorized for incarcerated person use, provided at no-cost to the incarcerated person to facilitate incarcerated persons' communications and programming. Incarcerated persons may possess (but do not own) a wireless communication device via a special issuance, and special issuances are not itemized within the Authorized Personal Property Schedules. Prior to a special issuance of an authorized wireless communication device, incarcerated persons shall sign the mandatory CDCR Form 2293 (06/24), Authorized Wireless Communication Device User Agreement, which is incorporated by reference.

(n) Incarcerated persons may be allowed to possess appliances and one musical instrument as follows:

(1) Incarcerated persons assigned to Privilege Groups A or B may possess up to three approved appliances in their quarters/living area, facility physical plant limitations permitting, and shall not exceed the six cubic feet maximum limitation. One musical instrument with case not exceeding 46″ x 24″ x 12″ may be substituted as one of the three appliances.

(2) Incarcerated persons assigned to Privilege Group C may not possess entertainment appliances and/or a musical instrument. Incarcerated persons placed on Privilege Group C pursuant to a disciplinary action pursuant to subsections 3314(e)(3), 3315(g)(5)(C), or classification committee action shall have the disallowed property stored at the incarcerated person's institution.

Incarcerated persons assigned to Privilege Group C by a classification committee as a result of being deemed a program failure as defined in Section 3000 who receive one or more additional Administrative or Serious Rules Violation Reports shall be required to mail out, return, donate, or dispose of disallowed property in accordance with Subsection 3191(c).

(3) Incarcerated persons assigned to a RHU or other restricted housing may possess or acquire one television or one radio or one television/radio combination unit, through the Special Purchase process, facility physical plant limitations permitting, and shall not exceed the six cubic feet maximum limitation. Incarcerated persons assigned to RHU are authorized two entertainment appliances. Eligibility to possess an entertainment appliance commences on the date of Privilege Group D assignment. An incarcerated person who is deemed to be a program failure, as defined in section 3000, based on conduct prior to or while in the RHU or other restricted housing shall have their entertainment appliance stored by the institution pending removal of program failure designation. Incarcerated persons deemed a program failure as defined in section 3000 who receive one or more additional Administrative or Serious Rules Violation Reports while assigned to program failure status shall be required to mail out, return, donate or dispose of disallowed property in accordance with subsection 3191(c). An incarcerated person who has not been deemed a program failure, but who is found guilty of any Rules Violation Report based on conduct while in the RHU or other restricted housing, is subject to temporary loss of the entertainment appliance as follows: (1) thirty days for the first offense; (2) sixty days for the second offense; and (3) ninety days for the third and subsequent offenses. Incarcerated persons assigned to Privilege Group D shall not possess a musical instrument.

(4) Incarcerated persons assigned to Privilege Group U shall not possess any appliances or musical instruments.

(5) Incarcerated persons housed at conservation camps shall not possess a television or television/radio combination.

(6) An incarcerated person deemed to be a program failure, based on conduct prior to or while in the RHU or other restricted housing, shall have their maximum monthly canteen draw items limited to stationery, stationery supplies, personal hygiene, vitamins, and medications. Incarcerated persons may maintain their current canteen items, which must be verified with a current receipt. Any subsequent canteen purchases while deemed a program failure shall be limited to stationery, stationery supplies, personal hygiene, vitamins, and medication.

(o) All appliances shall be sealed by staff by covering exterior pieces of the appliance that may be used to access the interior of the appliance with hotglue.

(p) Incarcerated persons who break or tamper with the seal of an appliance(s) may be subject to disciplinary action and confiscation of the item.

(q) Incarcerated persons ordering new or replacement appliances shall be required to purchase clear-case appliances, as they become available.

(r) Incarcerated person correspondents shall be permitted to purchase appliances for qualifying incarcerated persons, including health care appliances, and Entertainment Appliances, Headphones/Earbuds and Musical Instruments, from either a departmentally-approved incarcerated person package vendor or a locally-approved special purchase vendor, pursuant to section 3044.

(s) In addition to the six cubic feet limitation of authorized property, incarcerated persons who participate in institution academic or Career Technical Educational programs shall be allowed to possess, in their quarters/living

area, state provided textbooks/materials necessary to complete their education requirements. In accordance with section 3011, incarcerated persons who do not return state textbooks in serviceable condition, may be charged a replacement fee, as determined by the supervisor of correctional education programs.

(t) Incarcerated persons may acquire and possess correspondence course materials, including textbooks, in their quarters/living area as approved by the supervisor of correctional education programs and designated custody staff pursuant to limitations in section 3190(b). Correspondence courses requiring tools, construction kits, or other materials that may pose a threat to the institution's security or the safety of persons shall not be allowed.

(u) The amount charged an incarcerated person for a special purchase or incarcerated person package shall include normal taxes and a 10% service charge based upon the purchase price. Service charges shall be deposited in the Incarcerated Welfare Fund. Exception: The 10% service charge shall not be added to purchases of health care appliances, correspondence courses, nonfiction books, religious items, and legal materials.

(v) Incarcerated persons shall be permitted to possess membership cards, identification cards, or service-type cards in addition to those issued by the department in accordance with subsection 3237(c).

(w) All allowable incarcerated person property shall be inventoried, documented, and stored for incarcerated persons transferred Out-to-Medical or Out-to-Court, or placed in restricted housing, a Correctional Treatment Center, or an Outpatient Housing Unit, until the incarcerated person returns. Specific to publications, incarcerated persons in restricted housing units shall be afforded the opportunity to choose which publications they want to maintain in their assigned living quarters and the publications that shall be stored as excess personal property.

(x) Privilege Group A or B incarcerated persons placed in RHU shall have their property inventoried and stored pending the outcome of Initial Classification Committee review. If the incarcerated person is released to general population and maintains their Privilege Group A or B assignment, all allowable property shall be returned. If the incarcerated person is retained in RHU, all allowable property as determined by current departmental regulations shall be reissued to the incarcerated person. If the incarcerated person received a RHU term, the incarcerated person shall be required to dispose of unallowable property due to privilege group and/or security level and/or institution mission change in accordance with subsection 3191(c).

**Credits**

NOTE: Authority cited: Sections 5058 and 5058.3, Penal Code. Reference: Sections 2086, 5006 and 5054, Penal Code; *In re Alcala*, Marin County Superior Court, No. 117925, December 20, 1984; *Armstrong v. Davis* Court Ordered Remedial Plan, Amended January 3, 2001; *In re Armstrong*, N.D. Cal, No. C 94-02307, March 20, 1998; and *Quine v. Beard*, No. C 14-02726 JST, *Rhoades v. Montgomery*, No. EHC01917, *Taylor v. Hubbard*, No. CV-00404-BAM PC, *Rouser v. White* Settlement Agreement, No. CV-0767-LKK-GGH(PC); and *Prison Legal News v. Schwarzenegger* Settlement Agreement, No. Civ-07-02058 CW and Religious Land Use and Institutionalized Persons Act, 42 United States Code Sections 2000cc et seq.

HISTORY

1. Amendment filed 3-6-85 as an emergency; effective upon filing (Register 85, No. 12). A Certificate of Compliance must be transmitted to OAL within 120 days or emergency language will be repealed on 7-3-85. For prior history, see Register 84, No. 47.

2. Order of Repeal of 3-6-85 emergency order filed 8-1-85 by OAL pursuant to Government Code Section 11349.6(b) (Register 85, No. 31).

3. Amendment filed 8-2-85 as an emergency; effective upon filing (Register 85, No. 31). A Certificate of Compliance must be transmitted to OAL within 120 days or emergency language will be repealed on 12-2-85.

4. Certificate of Compliance transmitted to OAL 12-2-85 and filed 12-23-85 (Register 85, No. 52).

5. Amendment of subsections (a) and (c), new subsection (d), relocation and amendment of former section 3092(a) to section 3190(e), new subsections (e)(1)-(7), relocation and amendment of former section 3092(b) to section 3190(f) and amendment of NOTE filed 12-30-2003 as an emergency; operative 1-1-2004 (Register 2004, No. 1). Pursuant to Penal Code section 5058.3(a)(1), a Certificate of Compliance must be transmitted to OAL by 6-9-2004 or emergency language will be repealed by operation of law on the following day.

6. Withdrawal and repeal of 12-30-2003 amendments filed 5-27-2004 as an emergency; operative 5-27-2004 (Register 2004, No. 22). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 9-24-2004 or emergency language will be repealed by operation of law on the following day.

7. Amendment of section and NOTE, including relocation and amendment of former subsection 3092(a) to section 3190(h), relocation and amendment of former section 3044(g)(4)(G) to section 3190(i)(3) and relocation and amendment of former section 3092(b) to section 3190(p), filed 5-27-2004 as an emergency; operative 5-27-2004 (Register 2004, No. 22). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 11-3-2004 or emergency language will be repealed by operation of law on the following day.

8. Certificate of Compliance as to 5-27-2004 order transmitted to OAL 10-28-2004 and filed 12-14-2004 (Register 2004, No. 51).

9. Amendment of section and NOTE filed 8-13-2007 as an emergency; operative 8-13-2007 (Register 2007, No. 33). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 1-22-2008 or emergency language will be repealed by operation of law on the following day.

10. Amendment of section and NOTE refiled 1-23-2008 as an emergency; operative 1-23-2008 (Register 2008, No. 4). A Certificate of Compliance must be transmitted to OAL by 4-22-2008 or emergency language will be repealed by operation of law on the following day.

11. Certificate of Compliance as to 1-23-2008 order, including further amendment of section and NOTE, transmitted to OAL 4-22-2008 and filed 6-4-2008 (Register 2008, No. 23).

12. Amendment filed 5-12-2009; operative 5-12-2009 (Register 2009, No. 20).

13. Amendment of article heading and subsections (a), (b), (b)(1), (b)(2), (b)(3), (b)(4), (b)(5) and (i)(4) filed 2-21-2013 as an emergency; operative 2-21-2013 (Register 2013, No. 8). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 7-31-2013 or emergency language will be repealed by operation of law on the following day.

14. Amendment of article heading and subsections (a), (b), (b)(1), (b)(2), (b)(3), (b)(4), (b)(5) and (i)(4) refiled 7-29-2013 as an emergency; operative 7-29-2013 (Register 2013, No. 31). Pursuant to Penal Code section 5058.3,

a Certificate of Compliance must be transmitted to OAL by 10-28-2013 or emergency language will be repealed by operation of law on the following day.

15. New subsection (c) and subsection relettering filed 9-24-2013 as an emergency; operative 9-24-2013 (Register 2013, No. 39). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 3-3-2014 or emergency language will be repealed by operation of law on the following day.

16. Amendment of subsection (p) filed 10-29-2013 as an emergency; operative 10-29-2013 (Register 2013, No. 44). A Certificate of Compliance must be transmitted to OAL by 4-7-2014 or emergency language will be repealed by operation of law on the following day.

17. Certificate of Compliance as to 7-29-2013 order, including further amendment of article heading and subsections (b) and (j)(4), transmitted to OAL 10-24-2013 and filed 12-9-2013; amendments operative 12-9-2013 pursuant to Government Code section 11343.4(b)(3) (Register 2013, No. 50).

18. Amendment filed 1-8-2014 as an emergency; operative 1-8-2014 (Register 2014, No. 2). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 6-17-2014 or emergency language will be repealed by operation of law on the following day.

19. Certificate of Compliance as to 9-24-2013 order, including amendment of subsection (c), transmitted to OAL 2-20-2014 and filed 3-24-2014; amendments operative 3-24-2014 pursuant to Government Code section 11343.4(b)(3) (Register 2014, No. 13).

20. Certificate of Compliance as to 10-29-2013 order transmitted to OAL 4-4-2014 and filed 5-14-2014 (Register 2014, No. 20).

21. Certificate of Compliance as to 1-8-2014 order, including further amendment of subsections (b)(1)-(5), (j)(6), (k)(2) and (o), transmitted to OAL 6-16-2014 and filed 7-22-2014; amendments effective 7-22-2014 pursuant to Government Code section 11343.4(b)(3) (Register 2014, No. 30).

22. New subsections (d)-(d)(2), subsection relettering and amendment of NOTE filed 4-17-2017 as an emergency; operative 4-28-2017 (Register 2017, No. 16). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 10-5-2017 or emergency language will be repealed by operation of law on the following day.

23. New subsections (d)-(d)(2), subsection relettering and amendment of NOTE refiled 10-4-2017 as an emergency; operative 10-6-2017 (Register 2017, No. 40). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 1-4-2018 or emergency language will be repealed by operation of law on the following day.

24. New subsections (d)-(d)(2), subsection relettering and amendment of NOTE refiled 1-2-2018 as an emergency; operative 1-5-2018 (Register 2018, No. 1). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 4-5-2018 or emergency language will be repealed by operation of law on the following day.

25. Certificate of Compliance as to 1-2-2018 order, including amendment of subsections (d)(1)-(2), transmitted to OAL 4-4-2018 and filed 5-15-2018; amendments operative 5-15-2018 pursuant to Government Code section 11343.4(b)(3) (Register 2018, No. 20).

26. Amendment of subsections (k) and (k)(4) filed 8-13-2018; operative 10-1-2018 (Register 2018, No. 33).

27. Amendment of subsections (b)(1)-(5) and new subsection (k)(8) filed 7-23-2020 as an emergency; operative 7-23-2020 (Register 2020, No. 30). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 12-30-2020 or emergency language will be repealed by operation of law on the following day.

28. Emergency filed 7-23-2020 extended 60 days pursuant to Executive Order N-40-20 and an additional 60 days pursuant to Executive Order N-66-20 (Register 2020, No. 48). A Certificate of Compliance must be transmitted to OAL by 4-30-2021 or emergency language will be repealed by operation of law on the following day.

29. Amendment of subsections (l)(2)-(l)(3) and new subsection (l)(6) filed 2-24-2021; operative 4-1-2021 (Register 2021, No. 9). (Filing deadline specified in Government Code section 11349.3(a) extended 60 calendar days pursuant to Executive Order N-40-20.)

30. Amendment of subsections (b)(1)-(5) and new subsection (k)(8) refiled 4-27-2021 as an emergency; operative 4-30-2021 (Register 2021, No. 18). Emergency expiration extended 60 days (Executive Order N-40-20) plus an additional 60 days (Executive Order N-71-20). A Certificate of Compliance must be transmitted to OAL by 11-29-2021 or emergency language will be repealed by operation of law on the following day.

31. Certificate of Compliance as to 4-27-2021 order, including amendment of subsections (b)-(b)(5) and (k)(8), transmitted to OAL 11-29-2021 and filed 12-20-2021; amendments effective 12-20-2021 pursuant to Government Code section 11343.4(b)(3) (Register 2021, No. 52). Transmission deadline specified in Government Code section 11346.4(b) extended 60 calendar days pursuant to Executive Order N-40-20 and an additional 60 calendar days pursuant to Executive Order N-71-20.

32. Amendment of section and NOTE filed 11-22-2022; operative 1-1-2023 (Register 2022, No. 47).

33. Amendment of subsections (b)(1)-(b)(5) filed 1-23-2023; operative 4-1-2023 (Register 2023, No. 4).

34. Change without regulatory effect amending document "Religious Personal Property Matrix" (incorporated by reference) filed 4-11-2023 pursuant to section 100, title 1, California Code of Regulations (Register 2023, No. 15).

35. Amendment filed 10-24-2023 as an emergency; operative 11-1-2023 (Register 2023, No. 43). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 4-9-2024 or emergency language will be repealed by operation of law on the following day.

36. Amendment refiled 4-8-2024 as an emergency; operative 4-11-2024 (Register 2024, No. 15). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 7-10-2024 or emergency language will be repealed by operation of law on the following day.

37. Amendment of subsection (m)(2) filed 3-7-2024; operative 7-1-2024 (Register 2024, No. 10).

38. Change without regulatory effect amending section filed 7-1-2024 pursuant to section 100, title 1, California Code of Regulations (Register 2024, No. 27).

39. Certificate of Compliance as to 4-8-2024 order, including further amendment of subsections (d), (e), (m)(3), (m)(6) and (w) and amendment of NOTE, transmitted to OAL 6-18-2024 and filed 7-31-2024; amendments effective 7-31-2024 pursuant to Government Code section 11343.4(b)(3) (Register 2024, No. 31).

40. Amendment of subsections (h)-(*l*)(4) and (*l*)(6) repealer of subsection (*l*)(7), subsection renumbering and amendment of newly designated subsection (*l*)(7), subsection (v) and NOTE filed 11-21-2024; operative 11-21-2024 pursuant to Government Code section 11343.4(b)(3) (Register 2024, No. 47).

41. Change without regulatory effect amending subsections (i) and (*l*) filed 2-28-2025 pursuant to section 100, title 1, California Code of Regulations (Register 2025, No. 9).

42. New subsection (m) and subsection relettering filed 4-3-2026; operative 4-3-2026 pursuant to Government Code section 11343.4(b)(3) (Register 2026, No. 14).

43. Amendment of subsections (e)-(e)(2) filed 4-9-2026; operative 4-9-2026 pursuant to Government Code section 11343.4(b)(3) (Register 2026, No. 15).

44. Amendment of subsections (b)(1)-(5) filed 4-30-2026 as an emergency; operative 5-1-2026 (Register 2026, No. 18). Pursuant to Penal Code section 5058.3 a Certificate of Compliance must be transmitted to OAL by 10-08-2026 or emergency language will be repealed by operation of law on the following day.

45. Change without regulatory effect amending document "Transgender, Non-Binary, and lntersex Incarcerated Persons Authorized Personal Property Schedule" (incorporated by reference) filed 5-12-2026 pursuant to section 100, title 1, California Code of Regulations; operative 5-12-2026 (Register 2026, No. 20).

This database is current through 6/19/26 Register 2026, No. 25.

Cal. Admin. Code tit. 15, § 3190, 15 CA ADC § 3190

---

**End of Document**

© 2026 Thomson Reuters. No claim to original U.S. Government Works.

**Validity (6)**

**Proposed Regulation (6)**

2026 CA REG TEXT 717737 (NS)
CA REG TEXT, Proposed Action on Regulations, May 22, 2026, Crime Prevention and Corrections,

2026 CA REG TEXT 715246 (NS)
CA REG TEXT, Proposed Action on Regulations, Apr. 16, 2026, Crime Prevention and Corrections,

2026 CA REG TEXT 715246 (NS)
CA REG TEXT, Proposed Action on Regulations, Apr. 16, 2026, Crime Prevention and Corrections,

2026 CA REG TEXT 701698 (NS)
CA REG TEXT, Proposed Action on Regulations, Feb. 19, 2026, Crime Prevention and Corrections,

2026 CA REG TEXT 701698 (NS)
CA REG TEXT, Proposed Action on Regulations, Feb. 19, 2026, Crime Prevention and Corrections,

2025 CA REG TEXT 701698 (NS)
CA REG TEXT, Proposed Action on Regulations, Sep. 19, 2025, Crime Prevention and Corrections,

WESTLAW  © 2026 Thomson Reuters. No claim to original U.S. Government Works.

**Regulatory History (135)**

1. 2026 CA REG TEXT 715246 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2026cafz002a142, May 22, 2026, Crime
Prevention and Corrections, Action: Amend

2. 2026 CA REG TEXT 715246 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2026carf004aft132, May 12, 2026, Crime
Prevention and Corrections, Action: Amend

3. 2026 CA REG TEXT 715246 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2026carf004a132, May 12, 2026, Crime
Prevention and Corrections, Action: Amend

4. 2026 CA REG TEXT 714932 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2026cafz002a135, May 15, 2026, Crime
Prevention and Corrections, Action: Amend

5. 2026 CA REG TEXT 711859 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2026cafz009a114, Apr. 24, 2026, Crime
Prevention and Corrections, Action: Amend

6. 2026 CA REG TEXT 711859 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2026carf001aft099, Apr. 09, 2026, Crime
Prevention and Corrections, Action: Amend

7. 2026 CA REG TEXT 711859 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2026carf001a099, Apr. 09, 2026, Crime
Prevention and Corrections, Action: Amend

8. 2026 CA REG TEXT 701698 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2026cafz006a107, Apr. 17, 2026, Crime
Prevention and Corrections, Action: Amend

9. 2026 CA REG TEXT 701698 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2026carf002aft093, Apr. 03, 2026, Crime
Prevention and Corrections, Action: Amend

10. 2026 CA REG TEXT 701698 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2026carf002a093, Apr. 03, 2026, Crime
Prevention and Corrections, Action: Amend

11. 2026 CA REG TEXT 688543 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2026ca-w001a026, Jan. 26, 2026, Crime
Prevention and Corrections, Action: Amend

12. 2025 CA REG TEXT 685985 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2025cafz008a073, Mar. 14, 2025, Crime
Prevention and Corrections, Action: Amend

13. 2025 CA REG TEXT 685985 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2025carf002a059, Feb. 28, 2025, Crime
Prevention and Corrections, Action: Amend

14. 2025 CA REG TEXT 685985 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2025carf002aft059, Feb. 28, 2025, Crime
Prevention and Corrections, Action: Amend

15. 2025 CA REG TEXT 654611 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2025caer001a059, Feb. 28, 2025, Crime
Prevention and Corrections, Action: Amend

16. 2025 CA REG TEXT 654611 (NS)

 © 2026 Thomson Reuters. No claim to original U.S. Government Works.

CA REG TEXT, Regulations Filed with the Secretary of State, 2025caer001aft059, Feb. 28, 2025, Crime Prevention and Corrections, Action: Amend

17. 2024 CA REG TEXT 654611 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024caer001a346, Dec. 11, 2024, Crime Prevention and Corrections, Action: Amend

18. 2024 CA REG TEXT 654611 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024cafz016a341, Dec. 06, 2024, Crime Prevention and Corrections, Action: Amend

19. 2024 CA REG TEXT 654611 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024carf001aft326, Nov. 21, 2024, Crime Prevention and Corrections, Action: Amend

20. 2024 CA REG TEXT 654611 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024carf001a326, Nov. 21, 2024, Crime Prevention and Corrections, Action: Amend

21. 2024 CA REG TEXT 665917 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024cafz001a222, Aug. 09, 2024, Crime Prevention and Corrections, Action: Amend

22. 2024 CA REG TEXT 665917 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024carf002aft213, July 31, 2024, Crime Prevention and Corrections, Action: Amend

23. 2024 CA REG TEXT 665917 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024carf002a213, July 31, 2024, Crime Prevention and Corrections, Action: Amend

24. 2024 CA REG TEXT 654611 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024ca-w001a207, July 25, 2024, Crime Prevention and Corrections, Action: Amend

25. 2024 CA REG TEXT 668840 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024cafz007a194, July 12, 2024, Crime Prevention and Corrections, Action: Amend

26. 2024 CA REG TEXT 668840 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024carf006aft183, July 01, 2024, Crime Prevention and Corrections, Action: Amend

27. 2024 CA REG TEXT 668840 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024carf006a183, July 01, 2024, Crime Prevention and Corrections, Action: Amend

28. 2024 CA REG TEXT 661525 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024cafz012a082, Mar. 22, 2024, Crime Prevention and Corrections, Action: Amend

29. 2024 CA REG TEXT 661525 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024carf003aft067, Mar. 07, 2024, Crime Prevention and Corrections, Action: Amend

30. 2024 CA REG TEXT 661525 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024carf003a067, Mar. 07, 2024, Crime Prevention and Corrections, Action: Amend

31. 2024 CA REG TEXT 665917 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024ca-w002a116, Apr. 25, 2024, Crime Prevention and Corrections, Action: Amend

32. 2024 CA REG TEXT 665049 (NS)

CA REG TEXT, Regulations Filed with the Secretary of State, 2024cafz002a110, Apr. 19, 2024, Crime Prevention and Corrections, Action: Amend

33. 2023 CA REG TEXT 653486 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2023cafz004a307, Nov. 03, 2023, Crime Prevention and Corrections, Action: Amend

34. 2023 CA REG TEXT 637165 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2023ca-z018a111, Apr. 21, 2023, Crime Prevention and Corrections, Action: Amend

35. 2023 CA REG TEXT 637165 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2023carf002aft101, Apr. 11, 2023, Crime Prevention and Corrections, Action: Amend

36. 2023 CA REG TEXT 637165 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2023carf002a101, Apr. 11, 2023, Crime Prevention and Corrections, Action: Amend

37. 2023 CA REG TEXT 630838 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2023carf003aft023, Jan. 23, 2023, Crime Prevention and Corrections, Action: Amend

38. 2023 CA REG TEXT 630838 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2023carf003a023, Jan. 23, 2023, Crime Prevention and Corrections, Action: Amend

39. 2022 CA REG TEXT 626329 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2022ca-z019a336, Dec. 02, 2022, Crime Prevention and Corrections, Action: Amend

40. 2022 CA REG TEXT 626329 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2022carf003aft326, Nov. 22, 2022, Crime Prevention and Corrections, Action: Amend

41. 2022 CA REG TEXT 626329 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2022carf003a326, Nov. 22, 2022, Crime Prevention and Corrections, Action: Amend

42. 2021 CA REG TEXT 563768 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2021carf001aft365, Dec. 31, 2021, Crime Prevention and Corrections, Action: Amend

43. 2021 CA REG TEXT 563768 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2021carf001a365, Dec. 31, 2021, Crime Prevention and Corrections, Action: Amend

44. 2021 CA REG TEXT 553914 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2021carf003aft064, Mar. 05, 2021, Crime Prevention and Corrections, Action: Amend

45. 2021 CA REG TEXT 553914 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2021carf003a064, Mar. 05, 2021, Crime Prevention and Corrections, Action: Amend

46. 2018 CA REG TEXT 482604 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2018carf003aft236, Aug. 24, 2018, Crime Prevention and Corrections, Action: Amend

47. 2018 CA REG TEXT 482604 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2018carf003a236, Aug. 24, 2018, Crime Prevention and Corrections, Action: Amend

48. 2018 CA REG TEXT 456002 (NS)

CA REG TEXT, Regulations Filed with the Secretary of State, 2018carf002aft145, May 25, 2018, Crime Prevention and Corrections, Action: Amend

49. 2018 CA REG TEXT 456002 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2018carf002a145, May 25, 2018, Crime Prevention and Corrections, Action: Amend

50. 2014 CA REG TEXT 349970 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2014carf004aft213, Aug. 01, 2014, Crime Prevention and Corrections, Action: Amend

51. 2014 CA REG TEXT 349970 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2014carf004a213, Aug. 01, 2014, Crime Prevention and Corrections, Action: Amend

52. 2014 CA REG TEXT 343429 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2014carf004a143, May 23, 2014, Crime Prevention and Corrections, Action: Amend

53. 2014 CA REG TEXT 343429 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2014carf004aft143, May 23, 2014, Crime Prevention and Corrections, Action: Amend

54. 2014 CA REG TEXT 339959 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2014carf002aft094, Apr. 04, 2014, Crime Prevention and Corrections, Action: Amend

55. 2014 CA REG TEXT 339959 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2014carf002a094, Apr. 04, 2014, Crime Prevention and Corrections, Action: Amend

56. 2013 CA REG TEXT 320675 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2013carf002aft354, Dec. 20, 2013, Crime Prevention and Corrections, Action: Amend

57. 2013 CA REG TEXT 320675 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2013carf002a354, Dec. 20, 2013, Crime Prevention and Corrections, Action: Amend

58. 2013 CA REG TEXT 339276 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2013carf004a277, Oct. 04, 2013, Crime Prevention and Corrections, Action: Amend

59. 2013 CA REG TEXT 339276 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2013carf004aft277, Oct. 04, 2013, Crime Prevention and Corrections, Action: Amend

60. 2026 CA REG TEXT 714932 (NS)
CA REG TEXT, Emergency Regulations, 2026ca-e001aft120, Apr. 30, 2026, Crime Prevention and Corrections, Action: Amend

61. 2026 CA REG TEXT 714932 (NS)
CA REG TEXT, Emergency Regulations, 2026ca-e001a120, Apr. 30, 2026, Crime Prevention and Corrections, Action: Amend

62. 2024 CA REG TEXT 665049 (NS)
CA REG TEXT, Emergency Regulations, 2024ca-e001aft099, Apr. 08, 2024, Crime Prevention and Corrections, Action: Amend

63. 2024 CA REG TEXT 665049 (NS)
CA REG TEXT, Emergency Regulations, 2024ca-e001a099, Apr. 08, 2024, Crime Prevention and Corrections, Action: Amend

64. 2023 CA REG TEXT 653486 (NS)

WESTLAW    © 2026 Thomson Reuters. No claim to original U.S. Government Works.

CA REG TEXT, Emergency Regulations, 2023ca-e002aft297, Oct. 24, 2023, Crime Prevention and Corrections, Action: Amend

65. 2023 CA REG TEXT 653486 (NS)
CA REG TEXT, Emergency Regulations, 2023ca-e002a297, Oct. 24, 2023, Crime Prevention and Corrections, Action: Amend

66. 2021 CA REG TEXT 583125 (NS)
CA REG TEXT, Emergency Regulations, 2021ca-e004aft127, May 07, 2021, Crime Prevention and Corrections, Action: Amend

67. 2021 CA REG TEXT 583125 (NS)
CA REG TEXT, Emergency Regulations, 2021ca-e004a127, May 07, 2021, Crime Prevention and Corrections, Action: Amend

68. 2020 CA REG TEXT 562080 (NS)
CA REG TEXT, Emergency Regulations, 2020ca-e002aft220, Aug. 07, 2020, Crime Prevention and Corrections, Action: Amend

69. 2020 CA REG TEXT 562080 (NS)
CA REG TEXT, Emergency Regulations, 2020ca-e002a220, Aug. 07, 2020, Crime Prevention and Corrections, Action: Amend

70. 2018 CA REG TEXT 455991 (NS)
CA REG TEXT, Emergency Regulations, 2018ca-e003aft012, Jan. 12, 2018, Crime Prevention and Corrections, Action: Amend

71. 2018 CA REG TEXT 455991 (NS)
CA REG TEXT, Emergency Regulations, 2018ca-e003a012, Jan. 12, 2018, Crime Prevention and Corrections, Action: Amend

72. 2017 CA REG TEXT 455991 (NS)
CA REG TEXT, Emergency Regulations, 2017ca-e001aft286, Oct. 13, 2017, Crime Prevention and Corrections, Action: Amend

73. 2017 CA REG TEXT 455991 (NS)
CA REG TEXT, Emergency Regulations, 2017ca-e001a286, Oct. 13, 2017, Crime Prevention and Corrections, Action: Amend

74. 2017 CA REG TEXT 455991 (NS)
CA REG TEXT, Emergency Regulations, 2017ca-e003aft118, Apr. 28, 2017, Crime Prevention and Corrections, Action: Amend

75. 2017 CA REG TEXT 455991 (NS)
CA REG TEXT, Emergency Regulations, 2017ca-e003a118, Apr. 28, 2017, Crime Prevention and Corrections, Action: Amend

76. 2014 CA REG TEXT 349494 (NS)
CA REG TEXT, Emergency Regulations, 2014ca-e001a017, Jan. 17, 2014, Crime Prevention and Corrections, Action: Amend

77. 2014 CA REG TEXT 349494 (NS)
CA REG TEXT, Emergency Regulations, 2014ca-e001aft017, Jan. 17, 2014, Crime Prevention and Corrections, Action: Amend

78. 2013 CA REG TEXT 342944 (NS)
CA REG TEXT, Emergency Regulations, 2013ca-e001a312, Nov. 08, 2013, Natural Resources, Action: Amend

79. 2013 CA REG TEXT 342944 (NS)
CA REG TEXT, Emergency Regulations, 2013ca-e001aft312, Nov. 08, 2013, Natural Resources, Action: Amend

80. 2013 CA REG TEXT 320097 (NS)
CA REG TEXT, Emergency Regulations, 2013ca-e001aft221, Aug. 09, 2013, Crime Prevention and Corrections, Action: Amend

 © 2026 Thomson Reuters. No claim to original U.S. Government Works.

81. 2013 CA REG TEXT 320097 (NS)
CA REG TEXT, Emergency Regulations, 2013ca-e001a221, Aug. 09, 2013, Crime Prevention and Corrections,
Action: Amend

82. 2013 CA REG TEXT TITLE 320097 (NS)
CA REG TEXT, Emergency Regulations, 2013ca-e001aft067, Mar. 08, 2013, Crime Prevention and Corrections,
Action: Amend

83. 2013 CA REG TEXT TITLE 320097 (NS)
CA REG TEXT, Emergency Regulations, 2013ca-e001a067, Mar. 08, 2013, Crime Prevention and Corrections,
Action: Amend

84. 2026 CA REG TEXT 714932 (NS)
CA REG TEXT, Proposed Action on Regulations, 2026caep001a100, Apr. 10, 2026, Crime Prevention and
Corrections, Action: Amend

85. 2026 CA REG TEXT 714932 (NS)
CA REG TEXT, Proposed Action on Regulations, 2026caep001aft100, Apr. 10, 2026, Crime Prevention and
Corrections, Action: Amend

86. 2026 CA REG TEXT 711859 (NS)
CA REG TEXT, Proposed Action on Regulations, 2026ca-p003aft056, Feb. 25, 2026, Crime Prevention and
Corrections, Action: Amend

87. 2026 CA REG TEXT 711859 (NS)
CA REG TEXT, Proposed Action on Regulations, 2026ca-p003a056, Feb. 25, 2026, Crime Prevention and
Corrections, Action: Amend

88. 2025 CA REG TEXT 688543 (NS)
CA REG TEXT, Proposed Action on Regulations, 2025ca-p001aft345, Dec. 11, 2025, Crime Prevention and
Corrections, Action: Amend

89. 2025 CA REG TEXT 688543 (NS)
CA REG TEXT, Proposed Action on Regulations, 2025ca-p001a345, Dec. 11, 2025, Crime Prevention and
Corrections, Action: Amend

90. 2025 CA REG TEXT 688543 (NS)
CA REG TEXT, Proposed Action on Regulations, 2025capz005a059, Feb. 28, 2025, Crime Prevention and
Corrections, Action: Amend

91. 2025 CA REG TEXT 685985 (NS)
CA REG TEXT, Proposed Action on Regulations, 2025ca-p002aft015, Jan. 15, 2025, Crime Prevention and
Corrections, Action: Amend

92. 2025 CA REG TEXT 685985 (NS)
CA REG TEXT, Proposed Action on Regulations, 2025ca-p002a015, Jan. 15, 2025, Crime Prevention and
Corrections, Action: Amend

93. 2024 CA REG TEXT 654611 (NS)
CA REG TEXT, Proposed Action on Regulations, 2024ca-p001a283, Oct. 09, 2024, Crime Prevention and
Corrections, Action: Amend

94. 2024 CA REG TEXT 654611 (NS)
CA REG TEXT, Proposed Action on Regulations, 2024ca-p001aft283, Oct. 09, 2024, Crime Prevention and
Corrections, Action: Amend

95. 2024 CA REG TEXT 665917 (NS)
CA REG TEXT, Proposed Action on Regulations, 2024ca-p005aft171, June 19, 2024, Crime Prevention and
Corrections, Action: Amend

96. 2024 CA REG TEXT 665917 (NS)
CA REG TEXT, Proposed Action on Regulations, 2024ca-p005a171, June 19, 2024, Crime Prevention and
Corrections, Action: Amend

97. 2024 CA REG TEXT 654611 (NS)

CA REG TEXT, Proposed Action on Regulations, 2024ca-p003aft166, June 14, 2024, Crime Prevention and Corrections, Action: Amend

98. 2024 CA REG TEXT 654611 (NS)
CA REG TEXT, Proposed Action on Regulations, 2024ca-p003a166, June 14, 2024, Crime Prevention and Corrections, Action: Amend

99. 2024 CA REG TEXT 668840 (NS)
CA REG TEXT, Proposed Action on Regulations, 2024ca-p002aft142, May 21, 2024, Crime Prevention and Corrections, Action: Amend

100. 2024 CA REG TEXT 668840 (NS)
CA REG TEXT, Proposed Action on Regulations, 2024ca-p002a142, May 21, 2024, Crime Prevention and Corrections, Action: Amend

101. 2024 CA REG TEXT 665917 (NS)
CA REG TEXT, Proposed Action on Regulations, 2024ca-p002a096, Apr. 05, 2024, Crime Prevention and Corrections, Action: Amend

102. 2024 CA REG TEXT 665917 (NS)
CA REG TEXT, Proposed Action on Regulations, 2024ca-p002aft096, Apr. 05, 2024, Crime Prevention and Corrections, Action: Amend

103. 2024 CA REG TEXT 665049 (NS)
CA REG TEXT, Proposed Action on Regulations, 2024caep002aft081, Mar. 21, 2024, Crime Prevention and Corrections, Action: Amend

104. 2024 CA REG TEXT 665049 (NS)
CA REG TEXT, Proposed Action on Regulations, 2024caep002a081, Mar. 21, 2024, Crime Prevention and Corrections, Action: Amend

105. 2023 CA REG TEXT 658642 (NS)
CA REG TEXT, Proposed Action on Regulations, 2023capz009a349, Dec. 15, 2023, Crime Prevention and Corrections, Action: Amend

106. 2023 CA REG TEXT 654611 (NS)
CA REG TEXT, Proposed Action on Regulations, 2023capz003a293, Oct. 20, 2023, Crime Prevention and Corrections, Action: Amend

107. 2023 CA REG TEXT 653486 (NS)
CA REG TEXT, Proposed Action on Regulations, 2023caep001aft277, Oct. 04, 2023, Crime Prevention and Corrections, Action: Amend

108. 2023 CA REG TEXT 653486 (NS)
CA REG TEXT, Proposed Action on Regulations, 2023caep001a277, Oct. 04, 2023, Crime Prevention and Corrections, Action: Amend

109. 2023 CA REG TEXT 637165 (NS)
CA REG TEXT, Proposed Action on Regulations, 2023ca-p001aft060, Mar. 01, 2023, Crime Prevention and Corrections, Action: Amend

110. 2023 CA REG TEXT 637165 (NS)
CA REG TEXT, Proposed Action on Regulations, 2023ca-p001a060, Mar. 01, 2023, Crime Prevention and Corrections, Action: Amend

111. 2022 CA REG TEXT 630838 (NS)
CA REG TEXT, Proposed Action on Regulations, 2022ca-p003aft341, Dec. 07, 2022, Crime Prevention and Corrections, Action: Amend

112. 2022 CA REG TEXT 630838 (NS)
CA REG TEXT, Proposed Action on Regulations, 2022ca-p003a341, Dec. 07, 2022, Crime Prevention and Corrections, Action: Amend

113. 2022 CA REG TEXT 626329 (NS)

CA REG TEXT, Proposed Action on Regulations, 2022ca-p001aft284, Oct. 11, 2022, Crime Prevention and Corrections, Action: Amend

114. 2022 CA REG TEXT 626329 (NS)
CA REG TEXT, Proposed Action on Regulations, 2022ca-p001a284, Oct. 11, 2022, Crime Prevention and Corrections, Action: Amend

115. 2022 CA REG TEXT 620072 (NS)
CA REG TEXT, Proposed Action on Regulations, 2022ca-p005aft203, July 22, 2022, Crime Prevention and Corrections, Action: Amend

116. 2022 CA REG TEXT 620072 (NS)
CA REG TEXT, Proposed Action on Regulations, 2022ca-p005a203, July 22, 2022, Crime Prevention and Corrections, Action: Amend

117. 2021 CA REG TEXT 600359 (NS)
CA REG TEXT, Proposed Action on Regulations, 2021ca-p008aft337, Dec. 03, 2021, Crime Prevention and Corrections, Action: Amend

118. 2021 CA REG TEXT 600359 (NS)
CA REG TEXT, Proposed Action on Regulations, 2021ca-p008a337, Dec. 03, 2021, Crime Prevention and Corrections, Action: Amend

119. 2020 CA REG TEXT 563768 (NS)
CA REG TEXT, Proposed Action on Regulations, 2020ca-p004aft241, Aug. 28, 2020, Crime Prevention and Corrections, Action: Amend

120. 2020 CA REG TEXT 563768 (NS)
CA REG TEXT, Proposed Action on Regulations, 2020ca-p004a241, Aug. 28, 2020, Crime Prevention and Corrections, Action: Amend

121. 2020 CA REG TEXT 553914 (NS)
CA REG TEXT, Proposed Action on Regulations, 2020ca-p003aft122, May 01, 2020, Crime Prevention and Corrections, Action: Amend

122. 2020 CA REG TEXT 553914 (NS)
CA REG TEXT, Proposed Action on Regulations, 2020ca-p003a122, May 01, 2020, Crime Prevention and Corrections, Action: Amend

123. 2018 CA REG TEXT 482604 (NS)
CA REG TEXT, Proposed Action on Regulations, 2018ca-p009aft040, Feb. 09, 2018, Crime Prevention and Corrections, Action: Amend

124. 2018 CA REG TEXT 482604 (NS)
CA REG TEXT, Proposed Action on Regulations, 2018ca-p009a040, Feb. 09, 2018, Crime Prevention and Corrections, Action: Amend

125. 2017 CA REG TEXT 456002 (NS)
CA REG TEXT, Proposed Action on Regulations, 2017ca-p009aft118, Apr. 28, 2017, Crime Prevention and Corrections, Action: Amend

126. 2017 CA REG TEXT 456002 (NS)
CA REG TEXT, Proposed Action on Regulations, 2017ca-p009a118, Apr. 28, 2017, Crime Prevention and Corrections, Action: Amend

127. 2014 CA REG TEXT 349970 (NS)
CA REG TEXT, Proposed Action on Regulations, 2014ca-p009a024, Jan. 24, 2014, Crime Prevention and Corrections, Action: Amend

128. 2014 CA REG TEXT 349970 (NS)
CA REG TEXT, Proposed Action on Regulations, 2014ca-p009aft024, Jan. 24, 2014, Crime Prevention and Corrections, Action: Amend

129. 2013 CA REG TEXT 343429 (NS)

CA REG TEXT, Proposed Action on Regulations, 2013ca-p006aft319, Nov. 15, 2013, Crime Prevention and Corrections, Action: Amend

130. 2013 CA REG TEXT 343429 (NS)
CA REG TEXT, Proposed Action on Regulations, 2013ca-p006a319, Nov. 15, 2013, Crime Prevention and Corrections, Action: Amend

131. 2013 CA REG TEXT 339959 (NS)
CA REG TEXT, Proposed Action on Regulations, 2013ca-p005aft284, Oct. 11, 2013, Crime Prevention and Corrections, Action: Amend

132. 2013 CA REG TEXT 339959 (NS)
CA REG TEXT, Proposed Action on Regulations, 2013ca-p005a284, Oct. 11, 2013, Crime Prevention and Corrections, Action: Amend

133. 2013 CA REG TEXT TITLE 320675 (NS)
CA REG TEXT, Proposed Action on Regulations, 2013ca-p006aft074, Mar. 15, 2013, Crime Prevention and Corrections, Action: Amend

134. 2013 CA REG TEXT TITLE 320675 (NS)
CA REG TEXT, Proposed Action on Regulations, 2013ca-p006a074, Mar. 15, 2013, Crime Prevention and Corrections, Action: Amend

135. 2011 CA REG TEXT TITLE 254651 (NS)
CA REG TEXT, Notice of Intended Action, 2011capd001a098, Apr. 08, 2011, Department of Corrections and Rehabilitation, Action: Amend

WESTLAW   © 2026 Thomson Reuters. No claim to original U.S. Government Works.

**Notes of Decisions**

There are no Notes of Decisions for this citation.

**Context & Analysis**

There are no Context & Analysis results for this citation.

**WESTLAW**   © 2026 Thomson Reuters. No claim to original U.S. Government Works.

# § 3191. Property Registration and Disposition.

15 CA ADC § 3191 |     Barclays Official California Code of Regulations

**Search Details**

| | |
|---|---|
| Search Query: | California Regulations | Article 9.    Personal Property and Religious Personal Property (§ 3190 to § 3195) |
| Jurisdiction: | California |

**Delivery Details**

| | |
|---|---|
| Date: | July 1, 2026 at 1:31 PM |
| Delivered By: | Cooper Mayne |
| Client ID: | COOPERALISONMAYNE |
| Status Icons: | |

**Appended Content**

Validity (p.        )
Regulatory History (p.3)

Barclays California Code of Regulations
  Title 15. Crime Prevention and Corrections
    Division 3. Adult Institutions, Programs and Parole
      Chapter 1. Rules and Regulations of Adult Operations and Programs (Refs & Annos)
        Subchapter 2. Incarcerated Person Resources
          Article 9. Personal Property and Religious Personal Property

15 CCR § 3191

§ 3191. Property Registration and Disposition.

Currentness

(a) Registerable personal property must be registered under the incarcerated person's name and number in the institution's incarcerated person property records.

(b) Incarcerated persons are required upon request by institution staff to properly account for all registerable personal property registered in their name and number. An incarcerated person's failure to possess or properly account for personal property registered in the incarcerated person's name and number, or possession of property which is not registered in the incarcerated person's name and number will be cause for disciplinary action, including confiscation of the unregistered property. In all instances of confiscation, every reasonable effort will be made to determine the rightful owner of the property. The property will be returned to its rightful owner unless, as the result of disciplinary action for misuse of property, the incarcerated person's approval to possess the property is rescinded.

(c) Incarcerated person personal property not meeting the criteria in section 3190, shall be disposed of in accordance with this section. An incarcerated person shall select one of the methods listed in sections 3191(c)(1) through 3191(c)(5) below for disposing of non-allowable personal property which is unauthorized pursuant to subsection (b) and section 3190. If the incarcerated person makes no selection or has insufficient funds, staff shall document that fact and determine the method of disposition. Property that is considered contraband pursuant to section 3006(a) or (c) shall be retained by staff as may be required by ongoing investigation or court order. Following the completion of all disciplinary, investigative, or court requirements, the contraband property shall be disposed of according to institutional/facility procedures.

(1) Mail the item to an address of an individual willing to accept the personal property, provided by the incarcerated person, via USPS or common carrier at the incarcerated person's expense. This option is not available for incarcerated persons with insufficient trust account funds.

(2) Return the item to the sender via USPS or common carrier at the incarcerated person's expense. This option is not available for incarcerated persons with insufficient trust account funds.

(3) Donate the item to a charitable organization as designated by the institution/facility.

(4) Donate the item to the institution/facility.

(5) Render the item useless and dispose of it according to institution/facility procedures.

(d) Incarcerated persons shall not send personal property to any state agency or agent of the state. Failure to comply may result in disciplinary action, and confiscation and/or disposal of the property.

**Credits**

NOTE: Authority cited: Sections 5058 and 5058.3, Penal Code. Reference: Sections 2601 and 5054, Penal Code.

HISTORY

1. Amendment filed 9-30-77; effective thirtieth day thereafter (Register 77, No. 40).

2. Amendment filed 8-18-78; effective thirtieth day thereafter (Register 78, No. 33).

3. New subsection (c) and NOTE filed 6-26-92; operative 7-27-92 (Register 92, No. 26).

4. Amendment of section and NOTE filed 5-27-2004 as an emergency; operative 5-27-2004 (Register 2004, No. 22). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 11-3-2004 or emergency language will be repealed by operation of law on the following day.

5. Certificate of Compliance as to 5-27-2004 order transmitted to OAL 10-28-2004 and filed 12-14-2004 (Register 2004, No. 51).

6. Amendment of subsection (c) and amendment of NOTE filed 8-13-2007 as an emergency; operative 8-13-2007 (Register 2007, No. 33). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 1-22-2008 or emergency language will be repealed by operation of law on the following day.

7. Amendment of subsection (c) and amendment of NOTE refiled 1-23-2008 as an emergency; operative 1-23-2008 (Register 2008, No. 4). A Certificate of Compliance must be transmitted to OAL by 4-22-2008 or emergency language will be repealed by operation of law on the following day.

8. Certificate of Compliance as to 1-23-2008 order, including further amendment of subsection (c), transmitted to OAL 4-22-2008 and filed 6-4-2008 (Register 2008, No. 23).

9. Change without regulatory effect amending section filed 7-1-2024 pursuant to section 100, title 1, California Code of Regulations (Register 2024, No. 27).

This database is current through 6/19/26 Register 2026, No. 25.

Cal. Admin. Code tit. 15, § 3191, 15 CA ADC § 3191

---

**End of Document** © 2026 Thomson Reuters. No claim to original U.S. Government Works.

**Regulatory History (5)**

1. 2024 CA REG TEXT 668840 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024cafz007a194, July 12, 2024, Crime Prevention and Corrections, Action: Amend

2. 2024 CA REG TEXT 668840 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024carf006aft183, July 01, 2024, Crime Prevention and Corrections, Action: Amend

3. 2024 CA REG TEXT 668840 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024carf006a183, July 01, 2024, Crime Prevention and Corrections, Action: Amend

4. 2024 CA REG TEXT 668840 (NS)
CA REG TEXT, Proposed Action on Regulations, 2024ca-p002aft142, May 21, 2024, Crime Prevention and Corrections, Action: Amend

5. 2024 CA REG TEXT 668840 (NS)
CA REG TEXT, Proposed Action on Regulations, 2024ca-p002a142, May 21, 2024, Crime Prevention and Corrections, Action: Amend

**WESTLAW**  © 2026 Thomson Reuters. No claim to original U.S. Government Works.

**Notes of Decisions**

There are no Notes of Decisions for this citation.

**Validity**

There are no Validity results for this citation.

**Context & Analysis**

There are no Context & Analysis results for this citation.

WESTLAW   © 2026 Thomson Reuters. No claim to original U.S. Government Works.

## § 3192. Possession and Exchange.

15 CA ADC § 3192 |    Barclays Official California Code of Regulations |    Effective: October 1, 2025

**Search Details**

| | |
|---|---|
| Search Query: | California Regulations | Article 9.   Personal Property and Religious Personal Property (§  3190 to §  3195) |
| Jurisdiction: | California |

**Delivery Details**

| | |
|---|---|
| Date: | July 1, 2026 at 1:31 PM |
| Delivered By: | Cooper Mayne |
| Client ID: | COOPERALISONMAYNE |
| Status Icons: | |

**Appended Content**

Validity (p.        )
Regulatory History (p.3)

Barclays California Code of Regulations

Title 15. Crime Prevention and Corrections

Division 3. Adult Institutions, Programs and Parole

Chapter 1. Rules and Regulations of Adult Operations and Programs (Refs & Annos)

Subchapter 2. Incarcerated Person Resources

Article 9. Personal Property and Religious Personal Property

15 CCR § 3192

§ 3192. Possession and Exchange.

Effective: October 1, 2025

Currentness

(a) An incarcerated person's right to inherit, own, sell or convey real and/or personal property does not include the right to possess such property within the institutions/facilities of the department. An incarcerated person may not exchange, borrow, loan, give away or convey personal property to or from other incarcerated persons. Violation(s) of this rule may result in disciplinary action, and confiscation and/or disposal of the personal property.

(b) For incarcerated persons who are participants in the Developmental Disability Program (DDP) and identified with potential victimization concerns, staff are required to meet privately with the incarcerated person and query for possible victimization concerns, including but not limited to theft or destruction of property, manipulation, pressuring, and undue influence regarding their property.

(c) Staff shall meet with the incarcerated person privately, and as frequently as listed on their automated CDCR Form 200-A (09/24), Developmental Disability Program Adaptive Support Log -- Housing Unit, which is incorporated by reference and is located within SOMS.

**Credits**

NOTE: Authority cited: Section 5058, Penal Code. Reference: Sections 2601 and 5054, Penal Code; and *Clark v California* (2002) USDC-ND (No. C-96-1486-CRB).

HISTORY

1. Amendment filed 9-30-77; effective thirtieth day thereafter (Register 77, No. 40).

2. Amendment of section and new NOTE filed 5-27-2004 as an emergency; operative 5-27-2004 (Register 2004, No. 22). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 11-3-2004 or emergency language will be repealed by operation of law on the following day.

3. Certificate of Compliance as to 5-27-2004 order transmitted to OAL 10-28-2004 and filed 12-14-2004 (Register 2004, No. 51).

4. Change without regulatory effect amending section filed 7-1-2024 pursuant to section 100, title 1, California Code of Regulations (Register 2024, No. 27).

Case 2:21-cv-04066-GW-DFM    Document 102-3    Filed 07/24/26    Page 40 of 49   Page ID #:977

5. Redesignation of first paragraph as subsection (a), new subsections (b)-(c) and amendment of NOTE filed 6-3-2025; operative 10-1-2025 (Register 2025, No. 23).

This database is current through 6/19/26 Register 2026, No. 25.

Cal. Admin. Code tit. 15, § 3192, 15 CA ADC § 3192

---

**End of Document** © 2026 Thomson Reuters. No claim to original U.S. Government Works.

**Regulatory History (16)**

1. 2025 CA REG TEXT 685342 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2025cafz009a164, June 13, 2025, Crime Prevention and Corrections, Action: Amend

2. 2025 CA REG TEXT 685342 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2025caer001aft161, June 10, 2025, Crime Prevention and Corrections, Action: Amend

3. 2025 CA REG TEXT 685342 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2025caer001a161, June 10, 2025, Crime Prevention and Corrections, Action: Amend

4. 2025 CA REG TEXT 685342 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2025carf001aft154, June 03, 2025, Crime Prevention and Corrections, Action: Amend

5. 2025 CA REG TEXT 685342 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2025carf001a154, June 03, 2025, Crime Prevention and Corrections, Action: Amend

6. 2025 CA REG TEXT 685342 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2025ca-w001a050, Feb. 19, 2025, Crime Prevention and Corrections, Action: Amend

7. 2024 CA REG TEXT 668840 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024cafz007a194, July 12, 2024, Crime Prevention and Corrections, Action: Amend

8. 2024 CA REG TEXT 668840 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024carf006aft183, July 01, 2024, Crime Prevention and Corrections, Action: Amend

9. 2024 CA REG TEXT 668840 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024carf006a183, July 01, 2024, Crime Prevention and Corrections, Action: Amend

10. 2025 CA REG TEXT 685342 (NS)
CA REG TEXT, Proposed Action on Regulations, 2025ca-p001aft111, Apr. 21, 2025, Crime Prevention and Corrections, Action: Amend

11. 2025 CA REG TEXT 685342 (NS)
CA REG TEXT, Proposed Action on Regulations, 2025ca-p001a111, Apr. 21, 2025, Crime Prevention and Corrections, Action: Amend

12. 2025 CA REG TEXT 685342 (NS)
CA REG TEXT, Proposed Action on Regulations, 2025ca-p002aft007, Jan. 07, 2025, Crime Prevention and Corrections, Action: Amend

13. 2025 CA REG TEXT 685342 (NS)
CA REG TEXT, Proposed Action on Regulations, 2025ca-p002a007, Jan. 07, 2025, Crime Prevention and Corrections, Action: Amend

14. 2024 CA REG TEXT 668840 (NS)
CA REG TEXT, Proposed Action on Regulations, 2024ca-p002aft142, May 21, 2024, Crime Prevention and Corrections, Action: Amend

15. 2024 CA REG TEXT 668840 (NS)
CA REG TEXT, Proposed Action on Regulations, 2024ca-p002a142, May 21, 2024, Crime Prevention and Corrections, Action: Amend

16. 2024 CA REG TEXT 667241 (NS)

WESTLAW  © 2026 Thomson Reuters. No claim to original U.S. Government Works.

CA REG TEXT, Proposed Action on Regulations, 2024capz005a117, Apr. 26, 2024, Crime Prevention and Corrections, Action: Amend

WESTLAW   © 2026 Thomson Reuters. No claim to original U.S. Government Works.

**Notes of Decisions**

There are no Notes of Decisions for this citation.

**Validity**

There are no Validity results for this citation.

**Context & Analysis**

There are no Context & Analysis results for this citation.

**WESTLAW**   © 2026 Thomson Reuters. No claim to original U.S. Government Works.

# § 3193. Liability.

15 CA ADC § 3193 |        Barclays Official California Code of Regulations |        Effective: January 5, 2022

**Appended Content**

Validity (p.        )

Regulatory History
(p.3)

**Search Details**

Search Query:     California Regulations | Article 9.    Personal Property and Religious
                  Personal Property (§  3190 to §  3195)
Jurisdiction:     California

**Delivery Details**

Date:           July 1, 2026 at 1:31 PM
Delivered By:   Cooper Mayne
Client ID:      COOPERALISONMAYNE

**WESTLAW**    © 2026 Thomson Reuters. No claim to original U.S. Government Works.

---

Barclays California Code of Regulations
Title 15. Crime Prevention and Corrections
Division 3. Adult Institutions, Programs and Parole
Chapter 1. Rules and Regulations of Adult Operations and Programs (Refs & Annos)
Subchapter 2. Incarcerated Person Resources
Article 9. Personal Property and Religious Personal Property

15 CCR § 3193

§ 3193. Liability.

Effective: January 5, 2022
Currentness

(a) In permitting incarcerated persons to possess items of personal property while they are incarcerated, the department does not accept liability for the theft, loss, damage or destruction of such property resulting from the intentional or careless act or activities of any incarcerated person. The department does not accept liability for the loss or destruction of personal property in the incarcerated person's possession or control at the time of any willful act by the incarcerated person, such as escape, which exposes such property to loss or theft before it can be recovered and controlled by staff.

(b) The department shall accept liability for the loss or destruction of incarcerated person personal property when it is established that such loss or destruction results from employee action. Incarcerated persons shall utilize the administrative remedies procedures if unable to resolve a personal property claim pursuant to section 3481. Upon acceptance of liability, the department shall provide to the incarcerated person similar items of equal or greater value when such items are available via donated property items. If donated items are not available, monetary compensation to the incarcerated person for such loss shall not exceed either the dollar value assigned to the item or items at the time the incarcerated person received authorization to possess the property; the cost of the item, verified by receipt; or the replacement value for the item or a similar item, as determined by the department. Staff recommendations to the Victim Compensation and Government Claims Board regarding monetary reimbursement will be made accordingly.

(c) The department shall not assume responsibility for property abandoned by an escapee until such time as the escape is discovered and the property is inventoried. Inventoried property shall be stored and final disposition of the property shall be pursuant to Penal Code 5062 and 5063.

**Credits**
NOTE: Authority cited: Section 5058, Penal Code. Reference: Sections 2085, 2600, 2601, 5062 and 5063, Penal Code.

HISTORY

1. New section filed 5-13-77: effective thirtieth day thereafter (Register 77, No. 20).

2. Amendment filed 9-30-77; effective thirtieth day thereafter (Register 77, No. 40).

---

3. Amendment filed 8-18-78; effective thirtieth day thereafter (Register 78, No. 33).

4. Repealer and new section filed 10-7-82; effective thirtieth day thereafter (Register 82, No. 41).

5. Amendment of section and NOTE filed 5-27-2004 as an emergency; operative 5-27-2004 (Register 2004, No. 22). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 11-3-2004 or emergency language will be repealed by operation of law on the following day.

6. Certificate of Compliance as to 5-27-2004 order transmitted to OAL 10-28-2004 and filed 12-14-2004 (Register 2004, No. 51).

7. Amendment of subsection (b) filed 12-13-2010 as an emergency; operative 1-28-2011 (Register 2010, No. 51). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 7-7-2011 or emergency language will be repealed by operation of law on the following day.

8. Certificate of Compliance as to 12-13-2010 order transmitted to OAL 6-15-2011 and filed 7-28-2011 (Register 2011, No. 30).

9. Amendment of subsection (b) filed 3-25-2020 as an emergency; operative 6-1-2020 (Register 2020, No. 13). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 11-9-2020 or emergency language will be repealed by operation of law on the following day.

10. Emergency filed 3-25-2020 and operative 6-1-2020 extended 60 days pursuant to Executive Order N-40-20 and an additional 60 days pursuant to Executive Order N-66-20 (Register 2020, No. 42). A Certificate of Compliance must be transmitted to OAL by 3-9-2021 or emergency language will be repealed by operation of law on the following day.

11. Amendment of subsection (b) refiled 2-25-2021 as an emergency; operative 3-10-2021 (Register 2021, No. 9). Emergency expiration extended 60 days (Executive Order N-40-20) plus an additional 60 days (Executive Order N-71-20). A Certificate of Compliance must be transmitted to OAL by 10-8-2021 or emergency language will be repealed by operation of law on the following day.

12. Amendment of subsection (b) refiled 10-4-2021 as an emergency; operative 10-8-2021 pursuant to Government Code section 11346.1(d) (Register 2021, No. 41). A Certificate of Compliance must be transmitted to OAL by 1-6-2022 pursuant to Government Code section 11346.1(h) or emergency language will be repealed by operation of law on the following day.

13. Certificate of Compliance as to 10-4-2021 order transmitted to OAL 12-7-2021 and filed 1-5-2022 (Register 2022, No. 1).

14. Change without regulatory effect amending section filed 7-1-2024 pursuant to section 100, title 1, California Code of Regulations (Register 2024, No. 27).

This database is current through 6/19/26 Register 2026, No. 25.

Cal. Admin. Code tit. 15, § 3193, 15 CA ADC § 3193

**End of Document**

© 2026 Thomson Reuters. No claim to original U.S. Government Works.

**Regulatory History (21)**

1. 2024 CA REG TEXT 668840 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024cafz007a194, July 12, 2024, Crime Prevention and Corrections, Action: Amend

2. 2024 CA REG TEXT 668840 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024carf006aft183, July 01, 2024, Crime Prevention and Corrections, Action: Amend

3. 2024 CA REG TEXT 668840 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2024carf006a183, July 01, 2024, Crime Prevention and Corrections, Action: Amend

4. 2022 CA REG TEXT 591911 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2022carf001aft014, Jan. 14, 2022, Crime Prevention and Corrections, Action: Amend

5. 2022 CA REG TEXT 591911 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2022carf001a014, Jan. 14, 2022, Crime Prevention and Corrections, Action: Amend

6. 2011 CA REG TEXT TITLE 248824 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2011carf004aft224, Aug. 12, 2011, Department of Corrections and Rehabilitation, Action: Amend

7. 2011 CA REG TEXT TITLE 248824 (NS)
CA REG TEXT, Regulations Filed with the Secretary of State, 2011carf004a224, Aug. 12, 2011, Department of Corrections and Rehabilitation, Action: Amend

8. 2021 CA REG TEXT 551506 (NS)
CA REG TEXT, Emergency Regulations, 2021ca-e005aft288, Oct. 15, 2021, Crime Prevention and Corrections, Action: Amend

9. 2021 CA REG TEXT 551506 (NS)
CA REG TEXT, Emergency Regulations, 2021ca-e005a288, Oct. 15, 2021, Crime Prevention and Corrections, Action: Amend

10. 2021 CA REG TEXT 551506 (NS)
CA REG TEXT, Emergency Regulations, 2021ca-e003aft071, Mar. 12, 2021, Crime Prevention and Corrections, Action: Amend

11. 2021 CA REG TEXT 551506 (NS)
CA REG TEXT, Emergency Regulations, 2021ca-e003a071, Mar. 12, 2021, Crime Prevention and Corrections, Action: Amend

12. 2020 CA REG TEXT 551506 (NS)
CA REG TEXT, Emergency Regulations, 2020ca-e001aft094, Apr. 03, 2020, Crime Prevention and Corrections, Action: Amend

13. 2020 CA REG TEXT 551506 (NS)
CA REG TEXT, Emergency Regulations, 2020ca-e001a094, Apr. 03, 2020, Crime Prevention and Corrections, Action: Amend

14. 2010 CA REG TEXT TITLE 245538 (NS)
CA REG TEXT, Emergency Regulations, 2010ca-e001aft358, Dec. 24, 2010, Department of Corrections and Rehabilitation, Action: Amend

15. 2010 CA REG TEXT TITLE 245538 (NS)
CA REG TEXT, Emergency Regulations, 2010ca-e001a358, Dec. 24, 2010, Department of Corrections and Rehabilitation, Action: Amend

16. 2024 CA REG TEXT 668840 (NS)

CA REG TEXT, Proposed Action on Regulations, 2024ca-p002aft142, May 21, 2024, Crime Prevention and Corrections, Action: Amend

17. 2024 CA REG TEXT 668840 (NS)
CA REG TEXT, Proposed Action on Regulations, 2024ca-p002a142, May 21, 2024, Crime Prevention and Corrections, Action: Amend

18. 2021 CA REG TEXT 591911 (NS)
CA REG TEXT, Proposed Action on Regulations, 2021ca-p001aft239, Aug. 27, 2021, Crime Prevention and Corrections, Action: Amend

19. 2021 CA REG TEXT 591911 (NS)
CA REG TEXT, Proposed Action on Regulations, 2021ca-p001a239, Aug. 27, 2021, Crime Prevention and Corrections, Action: Amend

20. 2011 CA REG TEXT TITLE 248824 (NS)
CA REG TEXT, Proposed Action on Regulations, 2011ca-p001aft028, Jan. 28, 2011, Department of Corrections and Rehabilitation, Action: Amend

21. 2011 CA REG TEXT TITLE 248824 (NS)
CA REG TEXT, Proposed Action on Regulations, 2011ca-p001a028, Jan. 28, 2011, Department of Corrections and Rehabilitation, Action: Amend

WESTLAW   © 2026 Thomson Reuters. No claim to original U.S. Government Works.

**Notes of Decisions**

There are no Notes of Decisions for this citation.


**Validity**

There are no Validity results for this citation.


**Context & Analysis**

There are no Context & Analysis results for this citation.

WESTLAW   © 2026 Thomson Reuters. No claim to original U.S. Government Works.