**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| PEDRO JAMES WHITE, SR.,<br>Plaintiff,<br>v.<br>J. SANCHEZ,<br>Defendant. | No. 2:21-cv-04066-GW (DFM)<br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. The Court engaged in a de novo review of the objections that were filed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered granting Defendant's Motion for Summary Judgment (Dkt. 97) and dismissing this action with prejudice.

Date: October 26, 2026

HON. GEORGE H. WU
United States District Judge