JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| PEDRO JAMES WHITE, SR., Plaintiff, v. J. SANCHEZ, Defendant. | No. 2:21-cv-04066-GW (DFM) JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendant's Motion for Summary Judgment (Dkt. 97) is granted and this action is dismissed with prejudice.

Date: October 26, 2026

GEORGE H. WU
United States District Judge