**LAW OFFICES OF DALE K. GALIPO**
Cooper Mayne, SBN 343169
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
*Attorney for Plaintiff Pedro James White, Sr.*

**ROB BONTA**
Attorney General of California
KYLE A. LEWIS
Supervising Deputy Attorney General
ISHA VAZIRANI, State Bar No. 354914
Isha.Vazirani@doj.ca.gov
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3478
*Attorneys for Defendant Sanchez*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEDRO JAMES WHITE, SR.,<br>Plaintiff,<br>v.<br>J. SANCHEZ,<br>Defendant. | Case No.: 2:21-cv-04066-GW-DFM<br>**STIPULATION TO EXTEND TIME TO FILE NOTICE OF APPEAL**<br>[Fed. R. App. P. 4(a)(5)]<br>[[Proposed] Order filed concurrently]<br>Judge: George H. Wu<br>Mag. Judge: Douglas F. McCormick<br>Complaint Filed: May 14, 2021<br>Judgment Entered: October 27, 2026 |

Plaintiff Pedro James White, Sr. ("White") and Defendant J. Sanchez ("Sanchez"), through their counsel, stipulate as follows and ask the Court to extend White's time to file a notice of appeal to and including December 24, 2026. This Stipulation also serves as White's motion under Federal Rule of Appellate Procedure 4(a)(5)(A), and it is filed before his time to appeal has expired.

## RECITALS

1. On October 26, 2026, the Court accepted the Report and Recommendation of the Magistrate Judge and granted Sanchez's motion for summary judgment. (Dkt. 107.) Judgment dismissing this action with prejudice was filed on October 26, 2026, and entered on the docket on October 27, 2026. (Dkt. 108.)

2. A notice of appeal in a civil case must be filed "within 30 days after entry of the judgment." Fed. R. App. P. 4(a)(1)(A). Counting conservatively from the October 26, 2026 filing date, White's notice of appeal is due no earlier than November 25, 2026. White has not yet filed a notice of appeal, and no prior extension has been requested.

3. The Court may extend the time to file a notice of appeal if a party so moves no later than 30 days after the prescribed time expires and shows excusable neglect or good cause. Fed. R. App. P. 4(a)(5)(A). Good cause applies when there is no fault and the need for an extension "is usually occasioned by something that is not within the control of the movant." Fed. R. App. P. 4 advisory committee's note to 2002 amendment. An extension may not exceed 30 days after the prescribed time or 14 days after the date the order granting the motion is entered, whichever is later. Fed. R. App. P. 4(a)(5)(C).

4. White's counsel states that good cause exists for the following reasons. White is incarcerated at the California Health Care Facility in Stockton, California. He represented himself in this action for approximately five years before his undersigned counsel appeared pro bono on June 2, 2026. (Dkt. 98.) That pro bono representation does not extend to an appeal. White has not secured counsel for an appeal and needs time to do so and to determine, with the advice of counsel, how to proceed. His custody limits how quickly he can contact and confer with prospective counsel.

5. The requested date of December 24, 2026 is within the limit set by Federal Rule of Appellate Procedure 4(a)(5)(C).

6. Sanchez does not oppose the requested extension. The case is closed, so the extension will not affect any other date in this action. Nothing in this Stipulation is a

concession by any party about the merits of any appeal, and Sanchez reserves all rights and defenses.

7. The parties understand that this Stipulation is not effective until approved by the Court..

**STIPULATION**

Based on the foregoing, the parties stipulate, subject to the Court's approval, that good cause exists under Federal Rule of Appellate Procedure 4(a)(5)(A) and that White's time to file a notice of appeal from the Judgment (Dkt. 108) is extended to and including December 24, 2026.

IT IS SO STIPULATED.

Dated: November 9, 2026

LAW OFFICES OF DALE K. GALIPO

/s/ *Cooper Mayne*
Cooper Mayne
*Attorney for Plaintiff Pedro James White, Sr.*

Dated: November 9, 2026

ROB BONTA
Attorney General of California
KYLE A. LEWIS
Supervising Deputy Attorney General

/s/ *Isha Vazirani*
Isha Vazirani
*Deputy Attorney General*
*Attorneys for Defendant Sanchez*

**ATTESTATION**

I, Cooper Mayne, am the filer of this Stipulation. Under L.R. 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing. /s/ Cooper Mayne