**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEDRO JAMES WHITE, SR.,<br>Plaintiff,<br>v.<br>J. SANCHEZ,<br>Defendant. | Case No.: CV 21-4066-GW-DFM<br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE NOTICE OF APPEAL** |

**ORDER**

The Court has considered the Stipulation to Extend Time to File Notice of Appeal filed by Plaintiff Pedro James White, Sr. (“White”) and Defendant J. Sanchez (“Sanchez”), which also serves as White’s motion under Federal Rule of Appellate Procedure 4(a)(5)(A). White filed the motion before his time to appeal expired, and Sanchez does not oppose the requested extension.

The Court finds that White has shown good cause for the extension under Federal Rule of Appellate Procedure 4(a)(5)(A), and that the requested date is within the limit set by Federal Rule of Appellate Procedure 4(a)(5)(C).

Accordingly, the Stipulation is APPROVED and the motion is GRANTED. White's time to file a notice of appeal from the Judgment (Dkt. 108) is extended to and including December 24, 2026.

IT IS SO ORDERED.

Dated: November 10, 2026

HON. GEORGE H. WU,
United States District Judge